## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No.: 1:23-cv-00409-MN<br><br>Hon. Maryellen Noreika |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No.: 1:23-cv-00576-MN<br><br>Hon. Maryellen Noreika |

**MOTION OF GLORIA ANN EVANS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Gloria Ann Evans ("Movant") hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for the entry of an Order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired Plug Power Inc. ("Plug" or the "Company") common stock between August 9, 2022, and March 1, 2023, inclusive (the "Class Period"); (3) approving Lead Plaintiff's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel and Halloran Farkas + Kittila LLP as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Movant, as the proposed Lead Plaintiff, has timely filed her motion and, pursuant to the PSLRA, believes that she has the largest financial interest in the outcome of the case. Movant meets the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that her claims are typical of the claims of the Class, and she will fairly and adequately represent the interests of the Class. The proposed Lead Plaintiff's choice of counsel should be accepted by this Court because selected counsel are nationally recognized firms with extensive experience and expertise in class actions under the securities laws. In further support of her motion, Movant relies on the accompanying Memorandum of Law and the Declaration of Theodore A. Kittila and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court. A Proposed Order is annexed hereto.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Actions; (2) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) appoint Levi & Korsinsky as Lead Counsel and Halloran Farkas + Kittila LLP as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

## COMPLIANCE WITH CIVIL LOCAL RULE 7.1.1.

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this motion.

Dated: June 12, 2023

Respectfully Submitted,

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Telephone: (302) 257-2025
Email: tk@hfk.law

*Liaison Counsel for Gloria Ann Evans and [Proposed] Lead Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
(*pro hac vice* forthcoming)
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Gloria Ann Evans and [Proposed] Lead Counsel for the Class*