**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No.: 1:23-cv-00409-MN<br><br>Hon. Maryellen Noreika |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No.: 1:23-cv-00576-MN<br><br>Hon. Maryellen Noreika |

**DECLARATION OF THEODORE A. KITTILA IN SUPPORT OF GLORIA ANN EVANS' MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Theodore A. Kittila, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Halloran Farkas + Kittila LLP, proposed Liaison Counsel for lead plaintiff movant Gloria Ann Evans ("Movant"). I respectfully submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the Actions, appointment as Lead Plaintiff, and approval of her selection counsel for the Class.

2. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Movant attesting to her transactions of Plug Power Inc. ("Plug" or the "Company") common stock;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Plug common stock;

**Exhibit C**:   Press Release published April 12, 2023, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Melton v. Plug Power Inc., et. al.,* Case No. 1:23-cv-00409-MN;

**Exhibit D**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class; and

**Exhibit E**:   Firm Résumé of Halloran Farkas + Kittila LLP, proposed Liaison Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 12, 2023

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)

2