## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No. 1:23-cv-00409-MN |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | Case No. 1:23-cv-00576-MN |

**MOTION OF PEACE OFFICERS' ANNUITY AND BENEFIT FUND OF GEORGIA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**Dated: June 12, 2023**

**SAXENA WHITE P.A.**
Thomas Curry (DE Bar ID #5877)
Tayler D. Bolton (DE Bar ID #6640)
824 N. Market Street, Suite 1003
Wilmington, DE 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
tcurry@saxenawhite.com
tbolton@saxenawhite.com

*Counsel for Proposed Lead Plaintiff Peace Officers' Annuity and Benefit Fund of Georgia, and Proposed Lead Counsel for the Class*
[Additional counsel listed on signature block]

PLEASE TAKE NOTICE that class member and proposed Lead Plaintiff Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers"), by and through its counsel, hereby moves this Court for the entry of an Order: (1) consolidating the above-captioned, related actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Georgia Peace Officers as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), in the Related Actions; (3) approving Georgia Peace Officers' selection of Saxena White P.A. and Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.   In support of this Motion, Georgia Peace Officers submits herewith an opening brief and the declaration of Thomas Curry with exhibits attached thereto.

DATED:  June 12, 2023

Respectfully submitted,

*/s/ Thomas Curry*
Thomas Curry (DE Bar ID #5877)
Tayler D. Bolton (DE Bar ID #6640)
**SAXENA WHITE P.A.**
824 N. Market Street, Suite 1003
Wilmington, DE 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
tcurry@saxenawhite.com
tbolton@saxenawhite.com

-and-

Maya Saxena (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

1

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan (*pro hac vice* forthcoming)
Joshua S. Keszczyk (*pro hac vice* forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
jkeszczyk@ktmc.com

*Counsel for Proposed Lead Plaintiff Peace
Officers' Annuity and Benefit Fund of
Georgia, and Proposed Lead Counsel for
the Class*

2

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

This Motion has been filed pursuant to the Exchange Act, as amended by the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B).  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, at the time of filing this motion, counsel for Georgia Peace Officers has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Georgia Peace Officers has been unable to confer with counsel for any opposing movants as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this Motion.

DATED:  June 12, 2023

/s/ Thomas Curry
Thomas Curry (DE Bar ID #5877)
**SAXENA WHITE P.A.**
824 N. Market Street, Suite 1003
Wilmington, DE 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
tcurry@saxenawhite.com

*Counsel for Proposed Lead Peace Officers'*
*Annuity and Benefit Fund of Georgia, and*
*Proposed Lead Counsel for the Class*

3