**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>           Defendants. | Case No. 1:23-cv-00409-MN |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>           Defendants. | Case No. 1:23-cv-00576-MN |

**DECLARATION OF THOMAS CURRY IN SUPPORT OF THE MOTION OF PEACE OFFICERS' ANNUITY AND BENEFIT FUND OF GEORGIA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**SAXENA WHITE P.A.**
Thomas Curry (DE Bar ID #5877)
824 N. Market Street, Suite 1003
Wilmington, DE 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
tcurry@saxenawhite.com

*Counsel for Proposed Lead Plaintiff Peace Officers' Annuity and Benefit Fund of Georgia, and Proposed Lead Counsel for the Class*

I, Thomas Curry, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and of this Court.  I am a Director at the law firm of Saxena White P.A. ("Saxena White").  I submit this Declaration in support of the motion filed by Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers") for consolidation of the related actions, appointment as Lead Plaintiff, and approval of its selection of Saxena White and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn certification of Georgia Peace Officers pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart of Georgia Peace Officers' transactions and losses in Plug Power Inc. common stock during the Class Period;

Exhibit C:    Notice of the pendency of *Melton v. Plug Power Inc., et al.*, No. 1:23-cv-00409-MN (D. Del.), published on April 12, 2023, in *Globe Newswire*;

Exhibit D:    Firm Résumé of Saxena White; and

Exhibit E:    Firm Profile of Kessler Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of June 2023.

*/s/ Thomas Curry*
Thomas Curry (DE Bar ID #5877)

1