EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Homer Bryson, on behalf of the Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against Plug Power Inc. ("Plug Power") alleging violations of the federal securities laws.  I am authorized in my capacity as Secretary/Treasurer of Georgia Peace Officers to execute this Certification on behalf of Georgia Peace Officers.  Georgia Peace Officers has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related action.

2.  Georgia Peace Officers did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Georgia Peace Officers is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Georgia Peace Officers' transactions in Plug Power's common stock during the Class Period are set forth in the attached Schedule A.

5.  Georgia Peace Officers has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.  Georgia Peace Officers has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *City of St. Clair Shores Police and Fire Ret. Sys. v. Credit Suisse Grp. AG*, No. l:21-cv-3385 (S.D.N.Y.)

    *In re PayPal Holdings Inc. Sec. Litig.*, No. 3:22-cv-05864 (D.N.J.)

7.  Georgia Peace Officers will not accept any payment for serving as a representative party on behalf of the Class beyond Georgia Peace Officers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2023.

Peace Officers' Annuity and Benefit Fund of Georgia

Homer Bryson, Secretary/Treasurer

2

### SCHEDULE A
### Peace Officers' Annuity and Benefit Fund of Georgia
### Transactions in Plug Power Inc.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 08/10/22 | 5,998 | $28.54 | 10/07/22 | 6,065 | $20.32 |
| 08/24/22 | 5,677 | $27.94 | 10/12/22 | 4,702 | $18.62 |
| 08/30/22 | 4,577 | $29.88 | 11/16/22 | 6,620 | $16.76 |
| 09/07/22 | 1,198 | $27.17 | | | |

3