EXHIBIT B

**Plug Power Inc.**
**Peace Officers' Annuity and Benefit Fund of Georgia**
Class Period: 08/09/2022 to 03/01/2023
Lookback Price: $9.9504 (03/02/23 - 05/30/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 62,267 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 10/07/22 | 6,065 | $20.3206 | $123,244.44 |
| Purchase | 08/10/22 | 5,998 | $28.5351 | $171,153.53 | Sale | 10/12/22 | 4,702 | $18.6226 | $87,563.47 |
| Purchase | 08/24/22 | 5,677 | $27.9394 | $158,611.97 | Sale | 11/16/22 | 6,620 | $16.7594 | $110,947.23 |
| Purchase | 08/30/22 | 4,577 | $29.8764 | $136,744.28 | | | | | |
| Purchase | 09/07/22 | 1,198 | $27.1688 | $32,548.22 | Retained | | 63 | $9.9504 | $626.88 |
| | | **17,450** | | **$499,058.01** | | | **17,450** | | **$322,382.01** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($176,676.00)** |