# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLUG POWER INC., et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00409-MN<br><br>CLASS ACTION |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLUG POWER INC., et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00576-MN<br><br>CLASS ACTION |

## NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

FRIEDLANDER & GORRIS, P.A.
JEFFREY M. GORRIS (Bar No. 5012)
DAVID HAHN (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: 302/573-3500
302/573-3501 (fax)
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

*Liaison Counsel*

*Proposed Lead Counsel for Proposed Lead Plaintiff*

DATED: June 12, 2023

{FG-W0505079.}

PLEASE TAKE NOTICE that as soon as this matter may be heard before this Court, the undersigned counsel for proposed lead plaintiff Guy T. Brown and Wesley C. Brown (the "Brown Family") will and hereby do move the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B) for an Order: (i) consolidating the Related Actions;[1] (ii) appointing the Brown Family as Lead Plaintiff; and (iii) approving the Brown Family's selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.[2]  The undersigned intends to rely upon the annexed Brief and Declaration of Jeffrey M. Gorris.  A proposed Order accompanies this motion.

DATED:  June 12, 2023

FRIEDLANDER & GORRIS, P.A.
JEFFREY M. GORRIS
DAVID HAHN


*/s/ Jeffrey M. Gorris*
JEFFREY M. GORRIS

1201 N. Market Street, Suite 2200
Wilmington, DE  19801
Telephone:  302/573-3500
302/573-3501 (fax)
jgorris@friedlandergorris.com

*Liaison  Counsel*

---

[1]     The Related Actions are *Melton v. Plug Power Inc.*, No. 1:23-cv-00409-MN and *Buttar v. Plug Power Inc.*, No. 1:23-cv-00576-MN.

[2]     Local Rule 7.1.1 requires "an averment of counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion."  Because the PSLRA permits any "purported class member . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Brown Family cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on June 12, 2023.  Under these narrow circumstances, the Brown Family respectfully requests that the conferral requirement of D. Del. LR 7.1.1 be waived due to the fact that the Brown Family cannot confer with unknown movants.

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead Plaintiff*

- 2 -

{FG-W0505079.}