## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>PLUG POWER INC., et al.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:23-cv-00409-MN<br><br><u>CLASS ACTION</u> |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>PLUG POWER INC., et al.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:23-cv-00576-MN<br><br><u>CLASS ACTION</u> |

### [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL</u>

FRIEDLANDER & GORRIS, P.A.
JEFFREY M. GORRIS (Bar No. 5012)
DAVID HAHN (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE  19801
Telephone:  302/573-3500
302/573-3501 (fax)
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

*Liaison Counsel*

*Proposed Lead Counsel for Proposed Lead Plaintiff*

Dated: June 12, 2023

{FG-W0505086.}

Having considered Guy T. Brown and Wesley C. Brown's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), the Memorandum of Law, and Declaration of Jeffrey M. Gorris in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.     The Motion is **GRANTED**;

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (i) *Melton v. Plug Power Inc.*, No. 1:23-cv-00409-MN; and (ii) *Buttar v. Plug Power Inc.*, No. 1:23-cv-00576-MN, are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | )  Master File No. 1:23-cv-00409-MN |
| | ) |
| | )  <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) |
| | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)     The file in Case No. 1:23-cv-00409-MN shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions on behalf of purchasers of Plug Power Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

- 1 -

(c)    This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Guy T. Brown and Wesley C. Brown are appointed as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    preparing and filing all pleadings;

(b)    briefing and arguing any and all motions;

(c)    conducting any and all discovery proceedings including depositions;

(d)    settlement negotiations;

(e)    pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

\*        \*        \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____            _____
                                 THE HONORABLE MARYELLEN NOREIKA
                                 UNITED STATES DISTRICT JUDGE

- 2 -

{FG-W0505086.}