## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated, ) )<br><br>Plaintiff, )<br><br>vs. )<br><br>PLUG POWER INC., et al., )<br><br>Defendants. ) | Civil Action No. 1:23-cv-00409-MN<br><br>CLASS ACTION |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated, ) )<br><br>Plaintiff, )<br><br>vs. )<br><br>PLUG POWER INC., et al., )<br><br>Defendants. ) | Civil Action No. 1:23-cv-00576-MN<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY M. GORRIS IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

FRIEDLANDER & GORRIS, P.A.
JEFFREY M. GORRIS (Bar No. 5012)
DAVID HAHN (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: 302/573-3500
302/573-3501 (fax)
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

*Liaison Counsel*

*Proposed Lead Counsel for Proposed Lead Plaintiff*

Dated: June 12, 2023

{FG-W0505080.}

- 1 -

I, JEFFREY M. GORRIS declare, under penalty of perjury, that:

1.      I am an attorney licensed to practice before all the courts of the State of Delaware and this Court.  I am a partner with Friedlander & Gorris, P.A., liaison counsel for Guy T. Brown and Wesley C. Brown (the "Brown Family"), proposed lead plaintiff in the above-captioned related securities class actions.  I submit this affidavit in support of the Brown Family's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Globe Newswire*, a national business-oriented wire service, on April 12, 2023;

Exhibit B:    The Brown Family's Certifications;

Exhibit C:    The Brown Family's loss estimate, prepared by counsel; and

Exhibit D:    Joint Declaration in Support of Lead Plaintiff Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 12, 2023, at Wilmington, Delaware.

                                        */s/ Jeffrey M. Gorris*
                                        JEFFREY M. GORRIS

- 1 -

{FG-W0505080.}