IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL, <br><br> Defendants. | C.A. No.  1:23-cv-00409-MN <br><br> Hon. Judge Maryellen Noreika <br><br> <u>CLASS ACTION</u> |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL, <br><br> Defendants. | C.A. No.  1:23-cv-00576-MN <br><br> Hon. Judge Maryellen Noreika |

**MOTION OF MATTHEW HANCOCK AND ROB LACY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL**

1

Matthew Hancock and Rob Lacy (together, "Hancock and Lacy") hereby respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Hancock and Lacy as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons or entities other than the above-captioned defendants that purchased or otherwise acquired Plug Power Inc. common stock between August 9, 2022 and March 1, 2023, inclusive; and (3) approving proposed Co-Lead Plaintiffs Hancock and Lacy's selection of Pomerantz LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the Class.

In support of this motion, Hancock and Lacy respectfully submit herewith the accompanying Opening Brief, Declaration of Ryan M. Ernst, and exhibits appended thereto.

Dated:  June 12, 2023                    Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

2

*Counsel for Co-Lead Plaintiff Movants*
*Matthew Hancock and Rob Lacy and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants*
*Matthew Hancock and Rob Lacy and*
*Proposed Lead Counsel for the Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy, Esq.
(*pro hac vice* application forthcoming)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Co-Lead Plaintiff*
*Movants Matthew Hancock and Rob Lacy*

3

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

This motion has been filed pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Hancock and Lacy has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for Hancock and Lacy has been unable to confer with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this motion.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

June 12, 2023

4