# EXHIBIT C

Financial Interest Analysis

**Company Name:** Plug Power Inc.
**Ticker:** PLUG
**Class Period:** 08/09/2022 - 03/01/2023
**Name:** Richard F. Gordon

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/31/2022* | -8,372 | | $0.0000 | $16.0510 | $134,378.9720 | $0.00 |
| 12/6/2022 | 8,372 | $15.0100 | -$125,663.7200 | | $0.0000 | -$125,663.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **8,372** | | | | **Subtotal:** | **-$125,663.72** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $83,305.45 |
| | | | $9.9505 | 8,372 | **Total:** | **-$42,358.27** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 2, 2023 and May 30, 2023.

*Transaction matched to pre Class Period shares and removed in this analysis.