# EXHIBIT A

# ASSIGNMENT

Susan Hancock ("Assignor") hereby assigns, transfers, and sets over to Matthew Hancock all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Plug Power, Inc.  Further, the Assignor hereby appoints Matthew Hancock as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Matthew Hancock agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Matthew Hancock.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed** _____6/4/2023_____
                        **(Date)**

DocuSigned by:

*Susan Hancock*
6A4BA0F416204B6...
_____
                    **(Signature)**

Susan Hancock
_____
                **(Type or Print Name)**

{00553904;1 }