# EXHIBIT B

**Plug Power Inc. (PLUG)**
**Class Period: August 9, 2022 to March 1, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $9.9505 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Rob Lacy | | 24,855 | | ($398,878) | | 0 | | $0 | 24,855 | $247,319 | ($151,559) |
| Matthew Hancock | | 64,602 | | ($1,230,576) | | (46,300) | | $825,400 | 18,302 | $182,114 | ($223,063) |
| **Total** | | **89,457** | | **($1,629,454)** | | **(46,300)** | | **$825,400** | **43,157** | **$429,433** | **($374,621)** |
| | | | | | | | | | | | |
| **Rob Lacy** | **11/1/2022** | **24,855** | **$16.0482** | **($398,878)** | | | | | **24,855** | **$247,319** | **($151,559)** |
| | | | | | | | | | | | |
| Account 1 | 8/23/2022 | 4,000 | $26.1189 | ($104,476) | 9/16/2022 | (8,500) | $28.0000 | $238,000 | | | |
| Account 1 | 8/30/2022 | 4,500 | $27.9900 | ($125,955) | 11/11/2022 | (9,700) | $17.0000 | $164,900 | | | |
| Account 1 | 9/21/2022 | 9,400 | $26.0000 | ($244,400) | 1/13/2023 | (11,000) | $14.0000 | $154,000 | | | |
| Account 1 | 9/26/2022 | 300 | $22.8848 | ($6,865) | 2/3/2023 | (9,700) | $17.0000 | $164,900 | | | |
| Account 1 | 11/28/2022 | 11,000 | $15.2100 | ($167,310) | | | | | | | |
| Account 1 | 1/18/2023 | 9,700 | $16.6991 | ($161,981) | | | | | | | |
| Account 1 | 2/8/2023 | 10,700 | $15.9506 | ($170,671) | | | | | | | |
| Account 1 | 3/1/2023 | 435 | $14.1536 | ($6,157) | | | | | | | |
| **Account 1** | | **50,035** | | **($987,816)** | | **(38,900)** | | **$721,800** | **11,135** | **$110,799** | **($155,217)** |
| | | | | | | | | | | | |
| Account 2 | 10/28/2022 | 1,450 | $16.1059 | ($23,354) | 1/13/2023 | (7,400) | $14.0000 | $103,600 | | | |
| Account 2 | 11/14/2022 | 6,000 | $16.8691 | ($101,215) | | | | | | | |
| Account 2 | 1/18/2023 | 6,700 | $16.7099 | ($111,956) | | | | | | | |
| Account 2 | 2/28/2023 | 417 | $14.9550 | ($6,236) | | | | | | | |
| **Account 2** | | **14,567** | | **($242,761)** | | **(7,400)** | | **$103,600** | **7,167** | **$71,315** | **($67,846)** |
| | | | | | | | | | | | |
| **Matthew Hancock** | | **64,602** | | **($1,230,576)** | | **(46,300)** | | **$825,400** | **18,302** | **$182,114** | **($223,063)** |

*Avg Closing Prices from March 2, 2023 to May 30, 2023