# EXHIBIT C

6/12/23, 12:21 PM
Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud...

Case 1:23-cv-00409-JLH    Document 19-3    Filed 06/12/23    Page 2 of 6 PageID #: 434





# Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud Class Action Lawsuit Against Plug Power Inc.

April 12, 2023 16:26 ET    | Source: **Kessler Topaz Meltzer & Check LLP**    **Follow**

RADNOR, Pa., April 12, 2023 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP informs investors that the firm has filed a securities class action lawsuit against Plug Power Inc. ("Plug") on behalf of investors who purchased or acquired Plug (NASDAQ: PLUG) common stock between **August 9, 2022 and March 1, 2023**, inclusive (the "Class Period"). This action, captioned *Melton v. Plug Power Inc., et al.*, Case No. 1:23-cv-00409-UNA, was filed in the United States District Court for the District of Delaware.

*Important Deadline Reminder: Investors who purchased or otherwise acquired Plug common stock during the Class Period may, no later than June 12, 2023, move the Court to serve as lead plaintiff for the class.*

**CLICK HERE** TO SUBMIT YOUR PLUG LOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER: https://www.ktmc.com/new-cases/plug-power-inc-2023?utm_source=PR&utm_medium=link&utm_campaign=plug&mktm=r

**TO VIEW OUR VIDEO, PLEASE CLICK HERE**

**LEAD PLAINTIFF DEADLINE: JUNE 12, 2023**

**CLASS PERIOD: AUGUST 9, 2022 THROUGH MARCH 1, 2023**

**CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS:**

**Jonathan Naji, Esq.** (484) 270-1453 or Toll Free (844) 887-9500 or Email at info@ktmc.com

Business Outlook" and touting a $15 billion sales funnel. Defendants also emphasized that Plug's supply chain was strong—with its Chief Executive Officer stating that he did "not foresee supply chain issues this year"—and that Plug's rapidly growing inventory was simply attributable to the substantial growth Plug would experience in the second half of 2022. Consistent with these representations, Defendants projected that Plug would generate 2022 revenue between $900 million and $925 million, representing approximately 80% year-over-year growth.

Just a few months later, however, on October 14, 2022, investors began to learn the truth when Plug warned that full-year revenue could be 5% to 10% lower than previously projected. Defendants attributed the revenue revision to "some larger projects potentially being completed in 2023 instead of 2022 due to timing and broader supply chain issues." On this news, the price of Plug common stock declined $1.20 per share, or more than 6%, from a close of $19.23 per share on October 13, 2022, to close at $18.03 per share on October 14, 2022.

About three weeks later, on November 8, 2022, Plug reported its financial results for the third quarter of 2022, reporting a decrease in gross margins and a further increase in inventory levels. On this news, the price of Plug common stock declined $0.20 per share, or more than 1%, from a close of $14.81 per share on November 8, 2022, to close at $14.61 per share on November 9, 2022.

On January 25, 2023, despite Defendants' previous assurances that revenue growth would be at least 60% on a year-over-year basis, Plug revealed that it now expected to generate year-over-year revenue growth of just 45% to 50% in 2022. Defendants explained that this disappointing result "had to do with the fact that the new products came out a little slower than we hoped," as Plug's "[m]anufacturing had a few more issues than we hoped" and "added . . . complexity to supply chain." Following this revelation, the price of Plug common stock declined $0.97 per share, or approximately 6%, from a close of $16.34 per share on January 25, 2023, to close at $15.37 per share on January 26, 2023.

Then, after the market closed on March 1, 2023, Plug announced its financial results for the fourth quarter and full year 2022, including full-year revenue growth of just 40% on a year-over-year basis—missing even the reduced guidance range provided just a few weeks prior. On this news, the



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The Complaint alleges that, throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts, about Plug's business and operations. Specifically, Defendants misrepresented and/or failed to disclose that Plug was unable to effectively manage its supply chain and product manufacturing, resulting in reduced revenues and margins, increased inventory levels, and several large deals being delayed until at least 2023, among other issues. As a result, Defendants' statements about the company's business, operations, prospects, and ability to effectively manage its supply chain and production lacked a reasonable basis.

**WHAT CAN I DO?**

Plug investors may, **_no later than June 12, 2023,_** move the Court to serve as lead plaintiff for the class, through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages Plug investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE TO SIGN UP FOR THE CASE**

**WHO CAN BE A LEAD PLAINTIFF?**

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

**ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP**

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses



**CONTACT:**

Kessler Topaz Meltzer & Check, LLP

[Jonathan Naji, Esq.](#)

280 King of Prussia Road

Radnor, PA 19087

(844) 887-9500 (toll free)

[info@ktmc.com](#)

---

## Tags

securities    securities class action    securities fraud    securities fraud class action

shareholders    investors    class action    lawsuit    Class Action

## Related Links

- [Plug Power Inc. Securities Fraud Class Action Lawsuit](#)

# Recommended Reading

June 10, 2023 20:32 ET

Source: [Kessler Topaz Meltzer & Check LLP](#)

**CRL Class Action Lawsuit Reminder: Kessler Topaz Meltzer & Check, LLP Reminds Charles River Laboratories International, Inc. (CRL) Investors...**



RADNOR, Pa., June 10, 2023 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed in the...

June 10, 2023 10:39 ET

Source: [Kessler Topaz Meltzer & Check LLP](#)

**Virtu Financial, Inc. Deadline Reminder: Kessler Topaz Meltzer & Check, LLP Reminds Investors of Important Lead Plaintiff Deadline on July...**



RADNOR, Pa., June 10, 2023 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed in the...

Case 1:23-cv-00409-JLH     Document 19-3     Filed 06/12/23     Page 6 of 6 PageID #: 438

Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud...



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER





### Watson's celebrates grand opening in the Detroit a...

June 12, 2023 10:15 ET

### GREA Sells 383-Bed Student Housing Property in Bet...

June 12, 2023 10:11 ET



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact us