# EXHIBIT D

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _____ Matthew B Hancock _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Plug Power Inc. ("Plug") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Plug securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Plug securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Plug securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____5/5/2023_____
            **(Date)**



_____
**(Signature)**

Matthew B Hancock
_____
**(Type or Print Name)**

**Plug Power Inc. (PLUG)**                                                                                                          **Matthew Hancock**

**List of Purchases and Sales**

| Account | Security | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|---|
| Account 1 | C 20220922 30.5 | Purchase | 9/2/2022 | 40 | expired |
| Account 1 | C 20220916 28 | Purchase | 9/16/2022 | 85 | assigned |
| Account 1 | C 20220930 27.5 | Purchase | 9/23/2022 | 94 | $0.0700 |
| Account 1 | C 20221021 21 | Purchase | 10/21/2022 | 97 | expired |
| Account 1 | C 20221111 17 | Purchase | 11/11/2022 | 97 | assigned |
| Account 1 | C 20221209 16.5 | Purchase | 12/9/2022 | 110 | expired |
| Account 1 | C 20230113 14 | Purchase | 1/13/2023 | 110 | assigned |
| Account 1 | C 20230127 18 | Purchase | 1/27/2023 | 97 | expired |
| Account 1 | C 20230203 17 | Purchase | 2/3/2023 | 97 | assigned |
| Account 1 | C 20230224 18 | Purchase | 2/24/2023 | 107 | expired |
| Account 1 | C 20230310 17 | Purchase | 3/10/2023 | 107 | expired |
| Account 1 | C 20220922 30.5 | Sale | 8/30/2022 | (40) | $0.2600 |
| Account 1 | C 20220916 28 | Sale | 9/6/2022 | (85) | $0.5300 |
| Account 1 | C 20220930 27.5 | Sale | 9/21/2022 | (94) | $0.6300 |
| Account 1 | C 20221021 21 | Sale | 10/18/2022 | (97) | $0.2600 |
| Account 1 | C 20221111 17 | Sale | 11/4/2022 | (97) | $0.2700 |
| Account 1 | C 20221209 16.5 | Sale | 11/29/2022 | (110) | $0.3000 |
| Account 1 | C 20230113 14 | Sale | 1/3/2023 | (110) | $0.1600 |
| Account 1 | C 20230127 18 | Sale | 1/23/2023 | (97) | $0.4000 |
| Account 1 | C 20230203 17 | Sale | 1/31/2023 | (97) | $0.2700 |
| Account 1 | C 20230224 18 | Sale | 2/16/2023 | (107) | $0.2100 |
| Account 1 | C 20230310 17 | Sale | 2/28/2023 | (107) | $0.2900 |
| Account 1 | Common Stock | Purchase | 8/23/2022 | 4,000 | $26.1189 |
| Account 1 | Common Stock | Purchase | 8/30/2022 | 4,500 | $27.9900 |
| Account 1 | Common Stock | Purchase | 9/21/2022 | 9,400 | $26.0000 |
| Account 1 | Common Stock | Purchase | 9/26/2022 | 300 | $22.8848 |
| Account 1 | Common Stock | Purchase | 11/28/2022 | 11,000 | $15.2100 |
| Account 1 | Common Stock | Purchase | 1/18/2023 | 9,700 | $16.6991 |
| Account 1 | Common Stock | Purchase | 2/8/2023 | 10,700 | $15.9506 |
| Account 1 | Common Stock | Purchase | 3/1/2023 | 435 | $14.1536 |
| Account 1 | Common Stock | Sale | 9/16/2022 | (8,500) | $28.0000 |
| Account 1 | Common Stock | Sale | 11/11/2022 | (9,700) | $17.0000 |
| Account 1 | Common Stock | Sale | 1/13/2023 | (11,000) | $14.0000 |
| Account 1 | Common Stock | Sale | 2/3/2023 | (9,700) | $17.0000 |
| Account 2 | C 20221125 19.5 | Purchase | 11/25/2022 | 74 | expired |
| Account 2 | C 20221209 16.5 | Purchase | 12/9/2022 | 74 | expired |
| Account 2 | C 20230113 14 | Purchase | 1/13/2023 | 74 | assigned |
| Account 2 | C 20230217 17.5 | Purchase | 2/17/2023 | 67 | expired |
| Account 2 | C 20230303 17 | Purchase | 3/3/2023 | 67 | expired |
| Account 2 | C 20221125 19.5 | Sale | 11/15/2022 | (74) | $0.3400 |
| Account 2 | C 20221209 16.5 | Sale | 11/28/2022 | (74) | $0.3100 |
| Account 2 | C 20230113 14 | Sale | 1/3/2023 | (74) | $0.1600 |
| Account 2 | C 20230217 17.5 | Sale | 2/6/2023 | (67) | $0.5100 |
| Account 2 | C 20230303 17 | Sale | 2/21/2023 | (67) | $0.3100 |
| Account 2 | Common Stock | Purchase | 10/28/2022 | 1,450 | $16.1059 |
| Account 2 | Common Stock | Purchase | 11/14/2022 | 6,000 | $16.8691 |
| Account 2 | Common Stock | Purchase | 1/18/2023 | 6,700 | $16.7099 |
| Account 2 | Common Stock | Purchase | 2/28/2023 | 417 | $14.9550 |
| Account 2 | Common Stock | Sale | 1/13/2023 | (7,400) | $14.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _____Rob Lacy_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Plug Power Inc. ("Plug") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Plug securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Plug securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Plug securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____5/2/2023_____
           **(Date)**

DocuSigned by:

549ECE7884E54B2...

_____
                **(Signature)**

                Rob Lacy
_____
           **(Type or Print Name)**

**Plug Power Inc. (PLUG)**                                                                                 **Rob Lacy**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 11/1/2022 | 24,855 | $16.0482 |