**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL, <br><br> Defendants. | Case No. 1:23-cv-00409-MN |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL, <br><br> Defendants. | Case No. 1:23-cv-00576-MN |

**DECLARATION OF JOHN C. PHILLIPS, JR. IN SUPPORT OF MOTION OF**
**RICHARD F. GORDON FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, John C. Phillips, Jr., hereby declare as follows:

1.      I am a partner with the law firm of Phillips, McLaughlin & Hall, P.A., Liaison Counsel for Lead Plaintiff Movant Richard F. Gordon ("Gordon") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Gordon's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published April 12, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of Gordon;

Exhibit C:    Analysis of Gordon's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of June 2023.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr.

1