IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY E. MELTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | C.A. No.  1:23-cv-00409-MN<br><br>Hon. Judge Maryellen Noreika<br><br><u>CLASS ACTION</u> |
| SHAFQUAT BUTTAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, PAUL B. MIDDLETON, DAVID MINDNICH, and MARTIN D. HULL,<br><br>Defendants. | C.A. No.  1:23-cv-00576-MN<br><br>Hon. Judge Maryellen Noreika |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF MOTION OF MATTHEW HANCOCK AND ROB LACY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL**

1

I, Ryan M. Ernst, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court.  I am an attorney at the law firm of Bielli & Klauder, LLC ("Bielli & Klauder"), proposed Liaison Counsel for the class.  I submit this declaration in support of the motion filed by Matthew Hancock and Rob Lacy (together, "Hancock and Lacy") for appointment as Co-Lead Plaintiffs and approval of their selection of Pomerantz LLP ("Pomerantz") to serve as Lead Counsel for the class and Bielli & Klauder to serve as Liaison Counsel for the class. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignment of claims from Susan Hancock to Matthew Hancock; |
| Exhibit B: | Loss chart of Hancock and Lacy; |
| Exhibit C: | Press release published over *Globe Newswire* on April 12, 2023, announcing the pendency of the first-filed of the above-captioned Related Actions; |
| Exhibit D: | Shareholder Certifications executed by Hancock and Lacy; |
| Exhibit E: | Joint Declaration executed by Hancock and Lacy; |
| Exhibit F: | Firm resume of Pomerantz; and |

2

Exhibit G:          Firm resume of Bielli & Klauder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 12, 2023, at Wilmington, Delaware.

*/s/ Ryan M. Ernst*
Ryan M. Ernst
