## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (MN) CONSOLIDATED |

## DECLARATION OF JEFFREY M. GORRIS

FRIEDLANDER & GORRIS, P.A.
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street
Suite 2200
Wilmington, DE  19801
(302) 573-3500

ROBBINS GELLER RUDMAN
  & DOWD LLP
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Desiree Cummings ( *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
(212) 432-5100

*Liaison Counsel for the Class*

*Lead Counsel for the Class*

Dated:  October 6, 2023

{FG-W0507962.}

- 2 -

I, Jeffrey M. Gorris, declare as follows:

1.      I am an attorney licensed to practice before all courts in the State of Delaware, including this Court.  I am a partner with Friedlander & Gorris, P.A., and serve as Liaison Counsel for Guy T. Brown and Wesley C. Brown (collectively, "Lead Plaintiffs").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A hereto is a true and correct copy of Lead Plaintiffs' Certifications.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on October 6, 2023.

*/s/ Jeffrey M. Gorris*
JEFFREY M. GORRIS

{FG-W0507962.}