# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-0409 (MN) |

## DEFENDANTS' MOTION TO DISMISS AND TO STRIKE

Defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, David Mindnich, and Sanjay Shrestha hereby move (1) pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the amended complaint dated September 28, 2023 [D.I. 45] for failure to state a claim upon which relief can be granted, and (2) pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike certain allegations in the complaint attributed to an unnamed person identified in the complaint as "Witness 1."

The grounds for this motion are set forth in the Opening Brief in Support of Defendants' Motion to Dismiss and to Strike and are further supported by Defendants' Request for Judicial Notice and its attached exhibits, all of which are being filed contemporaneously.

Dated: December 14, 2023

Of Counsel:

John J. Clarke, Jr.*
Richard Zelichov*
Yan Grinblat*

* Admitted *pro hac vice*

          **DLA PIPER LLP (US)**

By: */s/ Ronald N. Brown, III*
    Ronald N. Brown, III (D.E. Bar No. 4831)
    1201 North Market Street, Suite 2100
    Wilmington, Delaware 19801
    Tel.: (302) 468-5700
    ronald.brown@dlapiper.com

*Counsel for Defendant Plug Power Inc.*

**RICHARDS, LAYTON, & FINGER P.A**

By: */s/ Rudolf Koch*
    Rudolf Koch (Bar No. 4947)
    koch@rlf.com
    Jason J. Rawnsley (Bar No. 5379)
    rawnsley@rlf.com
    920 North King Street
    Wilmington, Delaware 19801
    Tel.: (302) 651-7700

*Counsel for Defendants*
*Andrew Marsh, Paul B. Middleton,*
*David Mindnich, and Sanjay Shrestha*