# Exhibit 11

# Plug Provides 2022 Revenue Expectations Update Reflecting Potential Timing and Supply Chain Impact

Demand and Pipeline Remains Robust

LATHAM, N.Y., Oct. 14, 2022 (GLOBE NEWSWIRE) -- Plug Power Inc. (NASDAQ: PLUG), a leading provider of turnkey hydrogen solutions for the global green hydrogen economy, provides revenue expectations update for 2022. The company believes that its prior full year 2022 revenue guidance of $900-$925M could be 5% -10% lower for the year. The revenue impact reflects some larger projects potentially being completed in 2023 instead of 2022 due to timing and broader supply chain issues. While revenue could be lower than previously anticipated in 2022, demand for the fuel cell applications and electrolyzer business remains robust.

The Company recently became aware of the potential impact to its full year 2022 revenue and believes it is prudent to update stakeholders. It is important to note that the company expects the completion of the projects no later than 2023. Plug is excited to communicate in more detail on its near, medium and long-term guidance as well as path to profitability during the Plug Symposium on October 19th, which will be hosted and broadcast from its Gigafactory in Rochester, New York.

For more information about the 2022 Plug Symposium, including the event agenda and registration details, please visit https://www.plugsymposium.com.

**About Plug**
Plug is building an end-to-end green hydrogen ecosystem, from production, storage and delivery to energy generation, to help its customers meet their business goals and decarbonize the economy. In creating the first commercially viable market for hydrogen fuel cell technology, the company has deployed more than 50,000 fuel cell systems and over 165 fueling stations, more than anyone else in the world, and is the largest buyer of liquid hydrogen. With plans to build and operate a green hydrogen highway across North America and Europe, Plug is building a state-of-the-art Gigafactory to produce electrolyzers and fuel cells and multiple green hydrogen production plants that are expected to yield 500 tons of liquid green hydrogen daily by 2025. Plug will deliver its green hydrogen solutions directly to its customers and through joint venture partners into multiple environments, including material handling, e-mobility, power generation, and industrial applications. For more information, visit www.plugpower.com.

**Plug Power Safe Harbor Statement**

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("PLUG"), including but not limited to statements about: the forecasted amount that PLUG's revenue outlook may be lowered; the timing of the completion of projects in light of timing and supply chain issues; PLUG's expectation that forecasted revenue will shift from the second half of 2022 to 2023; PLUG's expectation of continued demand for fuel cell applications and electrolyzer products; and Plug's expectation regarding its ability to achieve profitability. Such statements should not be read as a guarantee of future performance or results. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the

business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2021 and any subsequent filings with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, are based on current expectations, estimates, forecasts and projections as well as the beliefs and assumptions of management and PLUG undertakes no obligation to update such statements as a result of new information.

**MEDIA CONTACTS:**

**Plug**

Caitlin Coffee

Allison+Partners

plugPR@allisonpr.com



Source: Plug Power, Inc.