# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (JLH) CONSOLIDATED |

## REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO STRIKE

In connection with their opposition to Defendants' motion to dismiss and to strike, Lead Plaintiffs Guy T. Brown and Wesley C. Brown, through their undersigned counsel, respectfully request that the Court take judicial notice of the press release issued by defendant Plug Power Inc. ("Plug") on January 23, 2024, entitled "Plug Power Starts Production of Liquid Green Hydrogen at its Georgia Plant." Annexed hereto as Exhibit A is a true and correct copy of this press release in the form it was retrieved from Plug's website. Exhibit A is subject to judicial notice for the same reasons set out in Defendants' Request for Judicial Notice, D.I. 58 ¶28, namely, because it is a publicly available press release published by Plug.

DATED: February 12, 2024

**FRIEDLANDER & GORRIS, P.A.**

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Desiree Cummings (admitted pro hac vice)
420 Lexington Avenue, Suite 1832
New York, NY 10170
(212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
jzweig@rgrdlaw.com
dcummings@rgrdlaw.com

*Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Nathan A. Hasiuk (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for the Class*