**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (JLH) CONSOLIDATED |

## <u>LEAD PLAINTIFFS' NOTICE OF SUBSEQUENT AUTHORITY</u>

Lead Plaintiffs Guy T. Brown and Wesley C. Brown respectfully submit the decision attached hereto as Exhibit A in *Gorlamari v. Verrica Pharms., Inc.*, 2024 WL 4026176 (E.D. Pa. Sept. 3, 2024) as subsequent authority for purposes of the pending motion to dismiss and to strike. Lead Plaintiffs previously cited an earlier decision in the *Gorlamari* matter in their opposition to the motion to dismiss and to strike (D.I. 59 at 23 n.11 & 27 n.17). In the new *Gorlamari* decision, the court has largely denied the defendants' renewed motion to dismiss, notwithstanding that *both* of the two confidential witnesses cited in the complaint asserted in declarations attached to the motion to dismiss that "the statements attributed to them are either false or taken out of context." *Id.* at *2. The court held that such recanting declarations are not properly considered at the motion to dismiss stage, particularly when the plaintiff continues to stand behind the allegations in question, *id.* at *4, and further held on the basis of the confidential witness allegations that the plaintiff had adequately alleged scienter as to the defendant company and its CEO. *Id.* at *4-5.

- 1 -

{FG-W0515252.}

DATED:  September 9, 2024

**FRIEDLANDER & GORRIS, P.A.**

*/s/ Jeffrey M. Gorris*

Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE  19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Desiree Cummings (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
(212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
jzweig@rgrdlaw.com
dcummings@rgrdlaw.com

*Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Nathan A. Hasiuk (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for the Class*

- 2 -

{FG-W0515252.}