**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-0409 (MN) |

**DEFENDANTS' RESPONSE TO NOTICE OF SUBSEQUENT AUTHORITY**

Defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, David Mindnich, and Sanjay Shrestha respectfully submit this response to lead plaintiffs' notice of subsequent authority [D.I. 63], filed in connection with the defendants' pending motion to dismiss the amended complaint and to strike allegations attributed to "Witness 1" [D.I. 56]. The out-of-District decision attached to plaintiffs' notice is inapposite. In *Gorlamari v. Verrica Pharms., Inc.*, 2024 WL 4026176 (E.D. Pa. Sept. 3, 2024), the defendants submitted sworn statements from alleged confidential witnesses, which the court held were "outside the scope of a motion to dismiss[.]" *Id.* at *1. In this case, however, it was plaintiffs' counsel who reported in a Court filing that "Witness 1" disputed the allegations attributed to them. Plaintiffs' statements are judicial admissions that can be considered on a motion to dismiss, Defs. Br. [D.I. 57] at 3 n.3 (legal standard), in addition to warranting an order striking the allegations, *id.* at 10-11.

Dated: September 12, 2024

Of Counsel:

John J. Clarke, Jr.*
Richard Zelichov*
Yan Grinblat*

* Admitted *pro hac vice*

**DLA PIPER LLP (US)**


By:  */s/ Ronald N. Brown, III*
    Ronald N. Brown, III (D.E. Bar No. 4831)

1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Tel.: (302) 468-5700
ronald.brown@dlapiper.com

*Counsel for Defendant Plug Power Inc.*


**RICHARDS, LAYTON, & FINGER P.A**


By:  */s/ Rudolf Koch*
    Rudolf Koch (Bar No. 4947)
    koch@rlf.com
    Jason J. Rawnsley (Bar No. 5379)
    rawnsley@rlf.com

920 North King Street
Wilmington, Delaware 19801
Tel.: (302) 651-7700

*Counsel for Defendants*
 *Andrew Marsh, Paul B. Middleton,*
 *David Mindnich, and Sanjay Shrestha*

2