UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (JLH) <br> CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND VOLUNTARY DISMISSAL OF DEFENDANT DAVID MINDNICH**

Subject to the approval of the Court, lead plaintiffs Guy T. Brown and Wesley C. Brown, and defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, David Mindnich, and Sanjay Shrestha, stipulate and agree as follows:

WHEREAS,

A. In accordance with the Court's February 4, 2025 order [D.I. 65], the parties have conferred and agreed on representative statements to be addressed in defendants' anticipated motion to dismiss the Second Amended Class Action Complaint.

B. The parties have agreed on a proposed briefing schedule for defendants' forthcoming motion to dismiss.

C. Lead plaintiffs have agreed to voluntarily dismiss without prejudice the claims asserted against defendant David Mindnich in the Second Amended Class Action Complaint.

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the Court's approval:

1. The representative statements to be addressed in the forthcoming motion to dismiss briefing shall be those identified in Paragraphs 131, 132, 139, 150(a) & (c), 152, 157(b) & (f), and 163(b) of the Second Amended Class Action Complaint.

2. Defendants shall file their motion to dismiss, not to exceed 30 pages, on or before April 30, 2025.

3. Lead plaintiffs shall file their opposition, not to exceed 30 pages, on or before June 18, 2025.

4. Defendants shall file their reply, not to exceed 15 pages, on or before July 18, 2025.

5. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, lead plaintiffs voluntarily dismiss, without prejudice, the claims asserted against defendant David Mindnich in the Second Amended Class Action Complaint.

DATED: March 14, 2025                **FRIEDLANDER & GORRIS, P.A.**

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Desiree Cummings (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY 10170
(212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
jzweig@rgrdlaw.com
dcummings@rgrdlaw.com
jaic@rgrdlaw.com

*Lead Counsel for the Class*

      **KESSLER TOPAZ MELTZER**
        **& CHECK, LLP**
Johnston de F. Whitman, Jr. (admitted *pro hacmvice*)
Nathan A. Hasiuk (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for the Class*

**DLA PIPER LLP (US)**

*/s/ Ronald N. Brown*
———————————————
Ronald N. Brown, III (Bar No. 4831)
Peter H. Kyle (Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

*Counsel for Defendant Plug Power Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason J. Rawnsley*
———————————————
Rudolf Koch (Bar No. 4947)
Jason J. Rawnsley (Bar No. 5379)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com

*Counsel for Defendants Andrew Marsh, Paul B. Middleton, David Mindnich, and Sanjay Shrestha*

- 4 -

IT IS SO ORDERED this  17th  day of   March         , 2025.

                                             _____
                                             The Honorable Jennifer L. Hall
                                             United States District Judge