# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-0409 (JLH) |

## DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha hereby move pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the second amended complaint dated February 25, 2025 [D.I. 67] for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in the Opening Brief in Support of All Defendants' Motion to Dismiss the Second Amended Complaint and are further supported by Defendants' Request for Judicial Notice and its attached exhibits, all of which are being filed contemporaneously.

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted, |
| Of Counsel: | DLA PIPER LLP (US) |
| John J. Clarke, Jr.*<br>john.clarke@us.dlapiper.com<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>(212) 335-4500 | By: */s/ Ronald N. Brown, III*<br>Ronald N. Brown, III (Bar No. 4831)<br>ronald.brown@us.dlapiper.com<br>Peter H. Kyle (Bar No. 5918)<br>peter.kyle@us.dlapiper.com<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>(302) 468-5700 |
| | *Counsel for Defendant Plug Power Inc.* |
| Yan Grinblat*<br>yan.grinblat@us.dlapiper.com<br>DLA PIPER LLP (US)<br>444 W. Lake Street, Suite 900<br>Chicago, Illinois 60606<br>(312) 368-4000<br>* Admitted *pro hac vice* | RICHARDS, LAYTON, & FINGER P.A<br><br>By: */s/ Rudolf Koch*<br>Rudolf Koch (Bar No. 4947)<br>koch@rlf.com<br>Jason J. Rawnsley (Bar No. 5379)<br>rawnsley@rlf.com<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Counsel for Defendants*<br>*Andrew Marsh, Paul B. Middleton,*<br>*and Sanjay Shrestha* |