# Exhibit 12

**S&P Global**
Market Intelligence

# Plug Power Inc. NasdaqCM:PLUG

# Company Conference Presentation

**Wednesday, October 19, 2022 2:00 PM GMT**

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ............................................................................ 3

Presentation ............................................................................ 4

Question and Answer ............................................................................ 24

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Andrew J. Marsh**
*President, CEO & Director*

**Chris Guenther**

**David Mindnich**
*Executive Vice President of Global Manufacturing*

**David P. Waldek**
*Former Interim Chief Financial Officer*

**Dirk Ole Hoefelmann**
*Executive VP & GM of Electrolyzers*

**Erin Lane**

**George C. McNamee**
*Independent Chairman*

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

**Noelle DiPietro**

**Ole Hoefelmann**

**Paul B. Middleton**
*Executive VP & CFO*

**Preeti Pande**
*Chief Marketing Officer*

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

**Tim Cortes**
*Chief Technology Officer*

**Unknown Executive**

**ANALYSTS**

**Benjamin Andrew Tainter**
*FBR Capital Markets & Co., Research Division*

**Bridget van Dorsten**

**Christopher J. Dendrinos**
*RBC Capital Markets, Research Division*

**Unknown Analyst**

**SHAREHOLDERS**

**Unknown Shareholder**

**ATTENDEES**

**Dean Fullerton**

**Unknown Attendee**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

# Presentation

**Andrew J. Marsh**
*President, CEO & Director*

What a pleasure to be here today. I've been on this and many of you have been on this journey with me over the last 15 years. And it has been a journey as really Plug has built really the first market, first market for hydrogen fuel cells.

And I can remember the early days and putting -- going into a market, which really wasn't that sexy, putting fuel cells into forklift trucks, it doesn't really capture the imagination. Now that video captures the imagination. But we learned a lot during that journey. And I had this meeting in Washington Court House, Ohio. And it came after just a disaster at Walmart because one of our suppliers delivered hydrogen, it was poisoned hydrogen. The retail -- the station they build to support the effort really wasn't that good. The service, which we had third parties doing for us didn't work.

And my friends at Walmart said to me, Plug, if you want to sell anything, you have to be able to provide us the fuel, you have to build the fueling stations, you have to provide the aftermarket service. And I'm not the smartest guy in the world, but I sat back and said, hey, if my customer is telling us that's what we have to do to sell product, that's what we'll do. And you know that, that journey was really important. And probably the most important meeting I have had during my career at Plug.

Because at that meeting, we began to understand the importance of a hydrogen ecosystem. You couldn't just provide one part of it. You had to really think about it as a system. And that's really what we have done at Plug. We have really built out the hydrogen ecosystem.

And if you think about it, we have gone out and asked folks who joined us, we don't really purchase companies. We've done a lot of acquisitions, but everyone who's come to the Plug team, we asked them to come join us. We bought the first company in Tennessee that knew how to build hydrogen plants. They're the ones who did the first liquid hydro plant ever outside the industrial gas companies. That was really important to us at United Hydrogen. And we started dreaming about how we could do 500 tonnes a day of green hydrogen.

And we thought to ourselves, we really need to have electrolyzer capability. And Plug went and asked a group of folks who are really research folks for stacks in Concord, Massachusetts, to come join the Plug team. And we bought a company Giner ELX, which had the best stack technology in the world. Just go check the DOE website. That's just not Andy Marsh telling you that.

And then we went and bought a company that actually knew how to make large-scale electrolyzer systems in plant. This company was in the Netherlands. It gave us a European footprint. The company was framed. In 18 months, we've taken a company that was 100% oil and gas and transitioned them to renewable energy. That's pretty remarkable. 250 folks, both in the Netherlands and Pune, India. We changed the business models, but they had the skill sets that were required to make the transition possible.

We also understood that cryogenics was really important to the success of this business. That's why we have 2 companies that we acquired in Houston, Texas, who were experts in LNG. Again, I think this is Plug thinking through how do you transition these industries. And we've taken those team and now they're building cryogenics, liquid hydrogen trailers, as well as liquefying hydrogen.

Folks in Tennessee that we added actually gave us a logistic network. I think probably we have the first or second largest number of hydrogen trucks on the road supporting customers. There's over -- I was going to say 39, but we have the 40th out there today. We actually have over 40 trailers on the road, making sure our customers have hydrogen all the time. And that's really critical.

And so when you think about it, then you get to the fueling stations, you see our large-scale stationary products. You see today, we still are putting out lots of fuel cells for forklift trucks. We have some good friends from FreezPak here who are kind of leaders in freezer applications for distribution to wholesale

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

folks. You look around, Plug has actually done it all. In the whole ecosystem, Plug has really made it come together.

And hydrogen is really important in this journey that when you take a step back when it comes to climate change, people get all excited about mobility and other items. But 26% of the CO2's being emitted is actually being for things which aren't all that exciting but are really important, like making ammonia, like making green steel, like making concrete. The carbon footprint in those items is as large as the carbon footprint for mobility. But hydrogen certainly is a better solution, we believe, for many, many commercial applications in mobility today. And I think ultimately, other applications when it comes to mobility.

Hydrogen is really the Swiss Army knife of this transition to renewable energy. We're going to help the world get to net zero. And look, I know there's a lot of investors in this room, it's a big business opportunity. People like -- not Plug, people like Bloomberg and Goldman are talking about this being a 20% of world's energy coming from hydrogen. It could be a $10 trillion a year opportunity, huge.

And look, while I take another step back. And today, you're going to hear some really great presentations. Sanjay Shrestha is going to talk about not only the 500 tonnes a day that we're developed -- green hydrogen that we're developing here across the United States. But also our expansion in the Europe, where we're building -- I know my friends from Antwerp-Bruges are here today where we're building a plant in Antwerp-Bruges of liquid hydrogen. Sanjay will say to me, and I think you'll hear it from him today and I put a smile on my face every time he says it, and it's something I believe, we are going to be the category king with green hydrogen. Nobody is doing what we are doing.

And then we're going to hear from Ole Hoefelmann, who really -- he's come and joined us about 18, 19 months ago and took a group of about 15 folks, 20 folks and turned it into a business force in the electrolyzer business. This here is a real, real cool picture. That's the first offshore electrolyzer. Really, really neat. But this business, as Ole is going to say, has a sales funnel of over $25 billion today. Sales funnel is not sale, but it just shows the level of interest in this business. And on top of that, Ole is going to talk about how we have 1.5 gigawatts of orders already for this product that we just really started.

And Jose is going to talk about all our applications, especially the stationary power market, which when we step back and you think about as my Chairman will tell me, Andy, you're riding 4 unicorns. One of them is the great work Sanjay is doing with green hydrogen. Another unicorn for Plug is this electrolyzer business. And in the apps business, Jose is estimating for the U.S. alone, our stationery products can be over $350 billion opportunity in the near term. And I think probably many of you have seen what Microsoft said about our products.

And you're going to hear from our buddy in Europe, I really like this picture -- our buddy in Europe, Benjamin Haycraft, who runs our activities about the huge opportunity Plug has in Europe, who today is going to talk about some new pedestal customers in Europe today, going to talk about our HYVIA JV, I think you'll really enjoy that.

Now before I turn it over to the team, I always think -- when I think about Plug, what we do is real things. And last night, most of you were on the tour, and those who are online, you can do a virtual tour. You saw a world-class Gigafactory that Dave Mindnich and his team here in Rochester has been building, as well as other plants around the world. If I look out this window, and I know those online can't see it, you see a cryogenic trailer that I actually saw a week ago in Houston, Texas, being built. And now it was driven up here from one of our drivers from Tennessee that delivered this to show off our technology.

Outside, nobody else could show this level of product. You can see the Plug electrolyzer. It's a 5-megawatt electrolyzer that's destined for our plant in [indiscernible], that's destined for our plant in Georgia. You see the HYVIA van, and you'll hear more about that van today. But point I always like to emphasize, Plug's not vaporware. This is not just PowerPoint. This is real things, and real things are tough sometimes, but Plug does real things.

So I'm going to get off stage so you can hear the real details. But let me say this, we have a tagline that says, hydrogen at work. I think if you look around, around this building, outside, you really do see hydrogen at work. So it is now my pleasure to introduce our VP of Operations, who's done a wonderful

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

job helping really to think through how we scale this business. Dave Mindnich as well as my buddy, Dan O'Connell, who again joined the Plug party. And we acquired Dan's company years ago, and we've taken that from 4 people to 275, Dan. And Dan is going to -- Dan really drove so much of the work that made this facility here in Rochester possible.

So Dave and Dan, it's time for you guys.

**David Mindnich**
*Executive Vice President of Global Manufacturing*

Thank you, Andy, and welcome to the world's first PEM Innovation Center in Gigafactory that Dan and his team have been building over the last 2 years. So a little bit about Dan, a little bit more. So Dan has been in the fuel cell industry for over 30 years with his last position, as Andy mentioned, as the CEO of American Fuel Cell. Dan has also been an advocate for this region for a really long time. and he's built a world-class team here in Rochester that he got to me last night. And the team that Dan's built in Rochester is I would put up against any team I've ever seen or worked with. So thank you, Dan.

**Unknown Executive**

Thanks, Dave. As Dave said, I've been in this industry a very long time. And a lot of people, as Andy said, have talked about hydrogen, done studies. They've done demonstration projects over and over and over. I sort of got tired of that in my last job. And so when I started American Fuel Cell, I really wanted to move the industry forward. And when Andy acquired the company to vertically integrate MEAs, I was really excited, because Plug is where they're actually doing things. I love working for Plug because we're actually doing things.

And I hope when you took the tour last night, you got a chance to see that this is all a reality, as Andy says. We are actually putting things into production and we're putting them into high-volume production. And we've established a team that's capable of doing that. So it's really exciting to be here. So thank you very much for coming.

I want to walk through the numbers now. This is a 155,000-square foot facility. It's also capable of producing over 2.5 gigawatts output, and that's conservative. I think that's really on the low end. I think there's a lot more that we can produce out of this building as we learn about economies of scale and really scale up the production material and move toward optimization and automation.

We're able to make 7 million MEAs here. This year, we've made over 3 million MEAs, and we continue to ramp up by the end of -- or the middle of next year, it will be up around 7 million MEAs. We also have the ability to make over 2.5 -- about 2 -- a little over 2 million bipolar plates. If you're on the tour last night, you saw our revolutionary stamping process that allows us to stamp another plate every 2.5 seconds. So it's pretty impressive out there.

And lastly, but not least, is we'll be able to make over 2,000 megawatts of electrolyzer in this facility over the next -- on an annual basis. In addition to that, we have a contract with New York Power Authority to bring green electricity from Niagara Falls here, and we turn that into green hydrogen through our electrolyzers.

We have the ability also to make 60,000 fuel cell stacks for all the different applications that Andy talked about, all the way from 5 kilowatts up to 125 kilowatts.

**David Mindnich**
*Executive Vice President of Global Manufacturing*

So as Dan talked about, like we do feel the 2.5 gigawatts is a conservative...

**Unknown Executive**

It's very conservative.

**David Mindnich**
*Executive Vice President of Global Manufacturing*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So -- and we have them on record saying that now, which is good for Andy and myself. So Dan mentioned this, too, as we gain economies of scale, right, within the factories, we're really going to focus on how we transition from kind of starting up factories and really densify, automate and where it makes sense, and really just build a world-class manufacturing operation to improve quality, reduce costs and really ramp the facilities, right?

So this facility, specifically that Dan has built, provides us with a template that we can mirror globally for as we expand. Because as Andy mentioned, the demand is there, and we're going to have to do it, right? So we want to maximize this, make this footprint as efficient as possible, copy this footprint with new technologies and like take it all over the world, which we're really excited about, right, Dan?

**Unknown Executive**

We definitely are. And I believe that the innovation center is our commitment to not only New York State, but to expand globally. We'll take this footprint and replicate it around the world with some of our various partners to be able to produce everywhere we want to go. I think...

**David Mindnich**
*Executive Vice President of Global Manufacturing*

Sorry. So it's really part of our broader company strategy to accelerate the development of the clean hydrogen ecosystem, right? So it's really important that we achieve this as quick as possible, not just for Plug, but as Andy mentioned for the planet. So we like to talk about how what we do here is important, right? So we really believe what we're doing here is important. And we believe that everyone here believes what we're doing is important.

And we're not going to fail, not only because we have the right people in place, and we have a really smart team that's going to work their butts off to make it happen, but it's too important for us to fail, right? Like we're not just trying to do something to make Plug profitable, although that's going to happen, we're trying to do something to make a world a better place for generations after us.

**Unknown Executive**

Yes. And that's what brings us to work every day. We love this technology. We love where we're headed, and we love where Andy has taken the company, and we're really excited to get into high volume. That's the whole reason I was interested in joining Plug. I wanted to make high volume or reality.

I think we're going to continue to add talented people. As Andy said, we have 275 employees here today in Rochester. And we're going to expand. I think we'll be at 375 next year around this time as we reach full production. So we're pretty excited about that. Hopefully, you got to meet some of those talented people last night when you took the tour to hear from them. They'll be available all day, so if you have additional questions, please let them know. I have some great subject matter experts who just love to talk about the technology. So please look them up and we can answer any questions you might have.

And I guess that's...

**David Mindnich**
*Executive Vice President of Global Manufacturing*

Yes, talking to people on Dan's team is awesome because every time you leave the conversation you're like, wow, I'm not as smart as I thought I was. So like I highly encourage everybody to talk to people from Dan's team, especially the subject matter experts that were on the tour last night. So -- well, let me just talk about this one trying to get the clicker to work. So this isn't the only facility that we're building like in North America right now, right? We know Sanjay's standing at plants all over the place, but we have a second plant in New York that we broke ground on in March of this past year. So the progress that we've made just since March of 2022 to where we are today is pretty staggering.

So what I'd like to do is introduce you to Chris Guenther, who's our VP of Automation and Manufacturing Engineering, as he tours the new facility in the Vista Industrial Park over up in Albany and Slingerlands, New York.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Chris Guenther**

Good morning, good afternoon, good evening, wherever you may be in the world. I'm Chris Guenther, the Vice President of Manufacturing Engineering and Automation here at Plug. We're excited to show you all the progress we've made on the manufacturing facility here in Vista. We broke ground early in Q1 of this year, and so much work has been done. Let's take a look inside.

So as you can see, there's been a lot of progress made here since ground's broken in Q1. A lot of exciting things happening every day and work continues until we're able move in.

Matt, why don't you tell us a little bit more about this facility and what's going on here?

**Unknown Attendee**

Sure. So it's a 47,000 square foot facility located in about 24 acres of land here at Vista Technology Park. The facility here is designed for manufacturing, remanufacturing of service as well as gives us the opportunity to bring in some stationary product manufacturing as well. Pretty large campus certainly allows us potential for future growth here. Material comes in the factory of the north end through receiving into warehousing, through subassembly and then flows down our manufacturing line, so we land in test and verification. And once we verified the product, we ship out to south end of the building here to customer sites.

**Unknown Executive**

Once operation starts up, what is it going to look like day-to-day out here?

**Unknown Attendee**

Sure. So this will be a pretty busy factory. As we ramp, we'll be 5 shifts, 24/7 -- and in about 5 years, we project we'll be about 1,600 employees at this location.

**Unknown Executive**

Why don't we head down to the floor and take a look at a manufacturing line.

Now that we've made it through warehousing and outside of the building, let's talk a little bit about the hydrogen infrastructure that will service their site.

**Unknown Attendee**

Sure. So behind us here, we have one of our larger GenFuel installations. It's an 18,000 gallon liquid storage tank, cryo pumps, compressors, we actually have 2 skids in this installation along with the low-pressure and high-pressure vaporizers and storage tubes. That will serve both the manufacturing center for test as well as fill up our 4 trucks material handling equipment we use inside the building and service as well.

Additionally, we have landed location for future backup stationary power that will help power this facility.

**Unknown Executive**

Great. It's good to hear. We're so excited you could join us today virtually for our tour to the Vista manufacturing facilities. I hope you can join us in person in the future. Dave, back to you.

**David Mindnich**
*Executive Vice President of Global Manufacturing*

So I'd like to point out that 7 months ago, that was dirt and grass. And you saw how much of that shell was built, and we're actually starting to -- we're starting validation and commissioning activities here in the next couple of weeks. And we'll be at full volume transitioning several of our products, if not most of our products, that are currently in the Latham manufacturing facility and that facility in Q1 of this year. So in less than a year, we'll transition from that facility to this facility as a greenfield build, right, at high volume.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

So -- as we continue to build out our infrastructure, both from a manufacturing standpoint and from a green hydrogen standpoint, we're adding jobs, we're adding capabilities, and we'll continue to add automation as we talk to densify our factories to make sure we're as competitive as possible globally.

**Unknown Executive**

So stay tuned for additional global manufacturing announcements in the future.

**David Mindnich**
*Executive Vice President of Global Manufacturing*

Yes. Thank you.

**Unknown Executive**

Thank you.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Good morning, everybody, and once again, welcome to our Gigafactory and Plug Symposium, all of you that are here in person as well as those of you who are actually joining us online here today. God, when we first did our symposium in 2019 and when we're doing it 4 years later, God, it is so exciting to see everything that has happened here, how far we've come along, everything we've done. And by the way, even the things we've told you, I believe, will actually exceeded some of those expectations.

Now you've heard us say this many times before, and by the way, Andy, thank you for that kind introduction earlier. And look, what are we really trying to do? What is our mission at the heart of it all? We are trying to make hydrogen economical. We're trying to make hydrogen easy, and we're trying to make a big [ difference ]. And we are laser focused, by the way, in terms of execution, and that is going to allow us to become -- and we're very confident about it, we will make sure this happens, we are going to be the category king in this $10 trillion hydrogen economy.

Now today, I am planning to provide you all I'm very much looking forward to forward to it, give you an update on our vertical integration, how that's all playing out. I will provide you all with an update as well on our build-out of the green hydrogen generation network, which is one of a kind, force-majeure resilient green hydrogen generation network that we're building in North America and expanding into the Europe. And I know this is near and dear to everybody's heart. I'm sure you all want to hear about what does that mean from a P&L standpoint, how are we going to make money, how are we going to generate cash flow. Yes, I will talk about that as well.

And then finally, what does this Inflation Reduction Act mean for our green hydrogen generation business? How does that change our business? Why we believe it is absolutely a game changer for Plug and for the green hydrogen generation industry?

Now with that, just real quick on the vertical integration. So as Andy talked about it earlier today, we've made several acquisitions, right? And the best part about what we have done here is now, there's not a single company in the world that can claim this. You want to buy world-class electrolyzer, you come to Plug. Ole will talk a lot more about it. You want to buy the world's most efficient liquefier, you come to Plug. And you'll hear from Danny on this a little bit in upcoming video here. And if you want to actually buy the best payload tanker on-site storage, you also come to Plug. And that's what the acquisition of Applied Cryo Tech is.

And when you really think about it, we've now become a one-stop shop. And you know what the best part about this is? It's going to help us reduce the cost of our generation network, of our delivery network, but more importantly, customer does not have to change their buying pattern. If they're used to buying hydrogen, we will sell you hydrogen from our green hydrogen generation network. If you want to actually have a build-own-operate model, you want to generate hydrogen yourself, that's what you've been doing, more than happy to sell you all that equipment as well, right?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that's where the best thing for us is, one, it reduces the cost, it helps move the economy forward. And the best part is the customer ends up getting economical solution without having to change their buying pattern. With that, can we please play the video for what's happening in our Houston operation.

[Presentation]

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Again, after this video, so let's talk a bit more about our green hydrogen generation build out. So as all of you probably have heard from us that we are very, very laser-focused on getting our plant in Georgia commissioned by the end of this year. That is going to be the world's first green hydrogen, 15 tonne per day liquid plant. We already have a gaseous hydrogen plant there that we're actually starting to commission and fill some of the low-pressure tube trailer as well as high-pressure tube trailer. With that, why don't we go to the video of Georgia real quick here?

[Presentation]

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Now, as you just heard from the team, there's just a couple of points I just want to highlight here, the foundation that is being poured -- by the way, the liquefaction compressor, everything is already en route there, right? So it's not like we're waiting for this, or there's any supply chain impact that's going to end up having any challenges there. So we feel very, very good about really getting this plant commissioning before the year is over, we'll be ramping up thereafter.

Now beyond that, I'm sure some of you saw the press release that we put out this morning. We have finalized our partnership with Olin. We've finalized the joint venture. That's going to be the next 15 tonne plant that we are going to be building in St. Gabriel, Louisiana. Now that is not a -- sort of that's not like our electrolyzer and liquefaction, that's a feed gas plant, but both parties are working together to make sure how do you drive CI score of that plant down to make sure that it is in line with other green

[Audio Gap]

running 10 tonne per day liquid hydrogen plant. We're actually expanding that to about 15 tonnes per day. We're adding another 5 tonnes of gaseous hydrogen there so that we can support near-term network dynamics, which still remains somewhat challenging, frankly, until some of our plants come online, so we can support a high-pressure tube trailer, we can really support all the force majeure and things like that, that goes on in the industry.

Now that brings me to one point, which is, look, when you add all that up, that actually gets us to about 50 tonnes of commissioning this year. And I do recognize that, that is below the 70-tonne number that we've told you about. Well a couple of things I want to point out here. Number one, this is a very conscious decision on our part by the way because we want to be good steward of capital for you all because we had a [ path ] to do 20 tonnes per day of gaseous hydrogen but we explore that, looked into it and it made all the sense in the world to abandon that gaseous hydrogen plant and do the liquid plant in those location.

We want to make sure that we're being really, really prudent with our capital allocation as we're building this network and not just necessarily focus on 50 versus 70 as a number. Now beyond that, we actually have had some permitting delays with our 45-tonne plant in New York. Substation permit finally got received in September of this year that really delayed that project by 12 month but that's going to be in full steam ahead. And also consciously, we abandoned 2 projects, by the way.

These are infrastructure project guys. We want to make sure that we're being very thoughtful about how we build them, how we spend money on them, how are we thinking about return on our capital and return on our shareholders' capital. That's very important. So we also did not pursue those two 30 tonnes per day opportunity, one in Canada as well as one in Pennsylvania. Now the next one here is basically, despite

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

all this, I do want to remind everybody that we are [indiscernible] commissioning 200 tonnes per day by year end 2023. Now before I go into some of the details on that, why don't we do a quick video on what's happening in gateway.

This is not necessarily my favorite part because I get to see myself on 2 places, I found that a bit odd and [ it by the but, ] but that is one of my favorite part of the job right now, going on sites and really seeing what's happening. It's so fascinating. It's kind of like your baby is growing and all the things are happening. So with that let's do a quick video roll on New York.

[Presentation]

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

All right it's good thing I'm back on, on the stage instead of the screen. But just a couple of points if I may highlight. It's very -- it's really a reminiscence of sort of the Industrial Revolution when you think about this plant in New York. As we lit up the city of Buffalo and transition from kerosene to electricity, that's what we're trying to do here by going from diesel to green hydrogen, again, leveraging that hydropower from Niagara Falls some 100 years later. It's so fascinating when you think about it from that perspective.

Now how do you get to our 200 tonnes a day? Well, first up, we're going to expand our plant here in New York, the one that you just saw in the video, to 75 tonnes per day. We have the land. We have the design. We actually have the substation, and we actually have had a dialogue with Nipa in terms of getting more power feeding into that substation that we're building in partnership with them in National Grid.

Second, we are actually building 45 tonnes per day plant in Texas. And that plant is actually -- we're breaking ground this quarter. All the permits are in place. We actually have all the long lead time items that we've already placed in order as well. And that is going to be our 45 tonne per day plant supported by renewable electricity. And this is going to be backed by 345-megawatt of wind farm that is actually about to get completed in that location.

Now another plant that we're going to be expanding is in Georgia. We have an option to expand Georgia from 15 tonnes to as much as 45 tonnes per day. There is land there. There is power availability, which we have already gone through the system impact study. Now the only thing that we're trying to think about is do you want to optimize it to 30 tonnes a day, or do you want to actually take it all the way to 45 tonnes per day?

Now the next plant, we are going to expand Tennessee from 15 tonnes to 25 tonnes per day. So when you then take all that in consideration, as we're exiting 2023 and into 2024, we are going to be the world's largest liquid hydrogen generation company. No questions asked. And let me take you one step further. Not just that. As you think about 2025, we're actually going to be almost 2x -- actually, more than 2x bigger than the second largest company in terms of liquid hydrogen generation capacity.

And another thing that we're doing is we're not going to stop there. If anything, we're going to want to pull that in, given everything that's going on in the market. We want to accelerate that substantially beyond 2025, and I'll talk about that somewhere a little bit later here today. Now with all these learnings, everything we've done, we're also taking this into Europe. We're actually working with a lot of different partners. And as Andy mentioned, Benjamin will talk a lot more about it later in the day today. But we are looking to have about 100 tonnes of generation capacity in Europe some time by 2026, again, making us a major, major player in that market on our journey to get to that 1,000 tonnes per day by 2028.

Now what does this all mean, right? From a sustainable competitive advantage standpoint, first-mover advantage standpoint, folks what we're doing here, frankly speaking, is not an easy thing to do. It's very difficult. It's hard, and nobody has done it before. And we're trying to do this at the speed and scale that has never been done before either.

So when you really put that into context, we believe that our first-mover advantage things we have learned, how do you scale electrolyzer? Ole will talk a lot more about it again later today. How do you really think about optimizing the system design, the gas coming out of the electrolyzer, going into the

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

liquefaction? How do you think about optimizing that? What is the best way to source water? How do you think about that? Can you get wastewater? How do you optimize the sourcing of that water in various different locations so that you can optimize and maximize that with where the right sun resources, where the right wind resources and how do you really think about that.

So some of the things that we're doing are things other folks probably haven't been thought about, frankly, as they go in this journey of building some of these plants. So we believe these are going to be a major competitive advantage for us going forward.

Other things. Look, we're doing this in a time when labor prices are up. Commodity prices are up. We have had to deal with some major supply chain issue in the electrical infrastructure space. For example, the substation that I just talked about, right? So all these things we're doing it and our focus and our strategy is somewhat simple: You got to stay nimble. You got to work with the right partners. You got to stay focused and keep on executing in terms of doing what we're doing.

Now the next topic -- so I think all of you have heard about it. So let me give you a little preview on how are we thinking about the Inflation Reduction Act. And I know there's a panel here later today. You'll actually get to hear a lot more about all the nuances behind it as well. But the most important thing of this Inflation Reduction Act, in our opinion is, it's a game changer. What it does is it makes green hydrogen economical versus every single form of gray hydrogen in the market today, period. It will make green hydrogen economical in refining. It will make green hydrogen economical in green ammonia, both for domestic consumption as well as potentially for export. It makes green hydrogen economical in methanol industry. That is already a 25,000 tonnes per day opportunity.

Now with this PTC, another thing you will also get is it improves the total cost of ownership for all of our applications: Stationary power, mobility power, which Jose will obviously talk quite a bit about it later today. So in summary, right, I mean I think this is a transformational type of event for the industry where the demand for green hydrogen is probably going to be so much larger that the industry likely remains somewhat supply constrained and that's why we are doing what we're doing here. And by the way, don't forget, if we want to transition Class 7 and Class 8 diesel truck into green hydrogen, that is an incremental demand of 200,000 tonnes per day. Numbers are big and we're just getting started, and we're going to continue to accelerate what we're doing here.

Now let's talk about some numbers here. First off, what does it mean for the payback of our green hydrogen plant? You've heard us say this before. In the beginning, some of the first plant, the payback is between 8 to 10 years. That's what we've told you. In some cases, that number could be as high as 12 in the beginning, 8 to 12 years, given the world we're in. But with the passes of the production tax credit for green hydrogen, that payback will improve by at least 4 to 5 years. Meaningful benefit to the [ IRR ] of this plant.

Second thing that is actually even transformational for the green hydrogen industry and hydrogen economy as a whole is you're going to see major capital formation here. And I know we have a panel here later today about that. So some of you already know, solar and wind industry is 20% equity capital, right? Instead of being 100% equity capital funded project, what we're doing today is we're basically funding these hydrogen plants because we said, you have got to get hydrogen right. You've got to get it done, and we're going to take charge to do that. So we've been funding these plants with 100% capital, 100% of our own equity capital.

But with PTC, as some of these plants come online, what we think happens is you will at least get 4x to 5x multiplier effect on that equity capital. As you see the capital stack change from 100% equity, maybe down to 40% at first, probably 30% again and down to 20%, and this will follow a very similar pattern that you all saw in the solar and wind industry in the last decade. So the capital that we have allocated to build a green hydrogen network, we can probably use that money and do 4x to 5x more than, frankly, even what we've talked about before.

Now it'll be a miss if I don't touch on how does the energy landscape evolve and change in light of everything that's going on. So some of the things we've been working on, somewhat behind the scene if I may put it like that, we have been working on a very large integrated renewable and green hydrogen

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

plants. How do you think about hydrogen plants that are not even 75 tonnes a day, 100 tonnes a day, but the plants that are going to be in 1,000 tonnes per day? We've got a lot of effort going on in dedicated hydrogen pipeline and working with a lot of different partners on that front. We have a lot of work going on in long-duration hydrogen storage, salt cavern. We've got a lot of work going on in that area as well.

And as you really think about this long-distance dedicated hydrogen pipeline with mega hydrogen sites, what you're going to see is you're actually going to be able to move low-cost renewable generation from the point of generation to demand center. That will help stabilize the electric grid. And then all of a sudden, you'll see hydrogen become that solution, like Andy called it, a Swiss Knife that is not going to only decarbonize transportation or industrial application, but it can also decarbonize our electric grid as we think about the whole climate solution going forward.

Now as I said, I will tell you all about numbers as well. So coming to the numbers, in 2023, with our merchant fuel as well as our cryogenic equipment business, we're looking at revenue of about $285 million. We expect that revenue to get an approach almost $4 billion as you start to think about 2030. But here is I think the best part, I hope you all will like. Based on what we're doing, the build-out of our green hydrogen plant, even with some of the existing industrial gas contracts, we are expecting to exit 2023 with an operating breakeven performance in our fuel business. That's been a drag for us for a very long time, as many of you know, but that's what we believe is going to happen as we exit 2023. And I think that's going to be a big, big shift in our P&L profile for all of you as you look the numbers into exiting '23 as well as in 2024.

Now finally, on the overall numbers, we're looking at mid-20% kind of a gross margin for our merchant fuel as well as cryogenic business in 2023, but that number will be well above 30% beyond that as we continue to bring these plants online, and I'm sure Paul will talk a lot more of that as well today.

So look, just to wrap it up, right? Green hydrogen is here today. We're doing everything we can, and we'll continue to do that to make sure that we are going to be the category king in this industry. We believe that all of the learnings we've had today, our unique industry positioning and frankly, the balance sheet that we have allows us to execute on our path to becoming a major energy company here in the next years to come.

And with that, I thank you all for your time. And before I leave the stage, it is my utmost pleasure to introduce my friend, Ole Hoefelmann, who's going to talk a lot about all the amazing things we got going on in our electrolyzer business. Thank you, everybody.

**Ole Hoefelmann**

Hello, everybody. Good morning, good afternoon. I'm super excited to be here with you in Rochester, and also welcome everybody that's connecting to us online today. I was at one of the first symposiums 4 years ago as a guest speaker. And as Andy already alluded to earlier, and thanks for the comment, I joined Plug about 1.5 years ago.

And what I shared with you 1.5 years ago was, as Andy said, a team there was about 20 people, and we grew excitedly over the last 18 months. So -- what I'm going to discuss with you a little bit is the progress that we've made. We had a lot of slides that showed you some designs, and I will show you that we're all about actually getting things done.

So when I was at the symposium last year, I explained to you that we had a PEM electrolyzer stack that we acquired, which was the Giner ELX technology, as Andy referred to as the world's best. And I shared with you some of the designs, some of the things that we're thinking of developing. And really what we're all about is developing safe, reliable solutions for our customers. And here, you have the different setups of the 1-megawatt, the 5-megawatt and the 10-megawatt array.

And our plan and really what we executed over the last few months is to develop infrastructure that allows us to deliver those things globally with skill sets that we acquired over the last year. When you look at the structure that we put in place, Andy and I last year met with the various customers to understand what their shortcomings were, what they were expecting from the electrolyzer business. And we understood

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that the technology itself, the electrolyzer as a stack was not the issue, what people were looking for is companies that could be able to deliver world-scale solutions.

And at that time, what we ended up doing is we acquired a company called Frames. I think what's important to understand is Frames is a process and systems integrator. This is a company that knows how to build solutions for the oil and gas industry. And what we ended up doing is acquiring them, bringing them in and being able to set up our best solutions.

What is important is that the Frames organization has the skill set to develop products onshore and offshore. And what I wanted to show with you here is some of the -- sorry, guys, I'm having a bit of a structure here -- what I wanted to show with you here is that with the Frames organization, we acquired a company that has a great skill set that allows us to build our electrolyzer without its scale. What you see out front is a 5-megawatt module that we discussed earlier with Sanjay. This is a -- sorry, I'm having a hard time here. I apologize. Let me take a quick break.

So what we've done as a team is we've developed a 5-megawatt module, that is the basis that we use for our facility in Georgia. This is a facility that -- sorry, let me back up. So we've built a 5-megawatt module that we developed for our Georgia facility.

Okay. So again, I apologize. I'm having a bit of hard time today. The -- let me back up. So the team that we've structured as a team that allows us to build the 1-megawatt solutions that we have around the world. I think what's extremely important to see here is that we, last year, showed you a design of something that was a drawing. And today, what you see here is something that we've actually built and that we're getting ready to deliver at our test facility in the Netherlands.

We've also built 5 megawatts in closed system. This is super exciting. What we've done here is we've developed 5-megawatt in closed systems that we've delivered at our customer site in Egypt. In order for us to be super successful, what we need to do is we need to have a fabricator network, the ability to be able to build electrolyzers around the world. What we've done is through the acquisition of the Frames organization, being able to build the fabricator network that we've established around the world. And what you see here is the different locations already displayed.

When you go and think about building an electrolyzer solution, what's extremely important is that you don't only think about containerized in a closed systems, but you also start thinking about being able to build plants. What we've been able to do here, and this is something that we do with our engineering partners, we're able to go to our customers and talk to our customers about the plant solution that they want to have to develop. What's extremely important is understanding the customers' process, understanding how you integrate with the customers' process and how you're able to then provide a solution that addresses the customers' need in the end.

What you see here is a design up above of about 100-megawatt facility with our 10-megawatt array that you see on the bottom right. What I'm super excited to share with you is that we've done [ one of ] the world's first. So again, I apologize, I was stumbling a little bit earlier. But in the end, it was extremely important this to explain to you that we have a PEM technology. And we have, at this point, also been able to build the skill sets to build electrolyzer units.

What we've recently done is we've actually built the world's first electrolyzer offshore. This is super exciting. If you think about it, what you're doing here is you have an electrolyzer that is on a platform. So instead of having electrolyzer sitting on the ground, it is on a platform. And it needs to be able to tilt 15 to 18 degrees, and it needs to be able to overcome the elements. So think about a platform in the middle of the ocean, you have waves coming over that are 3x as high as the platform itself.

What we've done here is with our partner, [ Life ], we have created an electrolyzer that is sitting on a platform that's connected to a wind farm and is in the middle of the ocean. Again, this is super exciting and really important to think about it. With the skill sets that we've acquired on the Frames organization, they've understood how to do offshore. They've been working in offshore for years. And so what that allowed them to do is, in the end, develop this solution here that's really the world's first.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What's important and is something that Andy alluded to earlier, when you think about energy and you think about energy transition, what is common here is that you have different countries, different locations around the world that are thinking about doing offshore. What's extremely important there is when you put the offshore further out, bringing the electricity in through cables is not the most convenient way to do it and not the most cost competitive.

So what our solution allows us to do, and this is what we're working with customers today that do platforms, that do FPSOs already, what that allows us to do is produce the hydrogen on the ocean offsite and then bring the -- transport the energy through the hydrogen onshore. Here you see some of the depictions of some of the announcements around the world of offshore electricity. And we have one project that we're already working on in Denmark today, which is super exciting.

So again, when you think about the future and you think about the growth that we're trying to achieve, having the ability to do the offshore electricity and bring it in with the electrolyzer is really a great opportunity for us. And we have the skill sets to develop that with our customers.

Andy alluded earlier to the fact that we have about a 1.5 gigawatt backlog. And I think what I wanted to show you here is that and it's important also to the point that Sanjay was making earlier, when you look at this we're looking at different markets. When I originally got into this business about 7 or 8 years ago, it was all about mobility. And really, there was, by the way, you need green hydrogen. How do you get green hydrogen and by the way, when do you get it to be competitive?

What this allows us to do the different markets that we have allows us to go ahead and scale up faster. So when you look at the portfolio that we have today and the customers we're working with, you'll see we have customers in ammonia, gas blending, e-fuel, biofuels and obviously, the mobility. So what that allows us to do is obviously scale the solution a lot quicker.

We did recently announce a partnership with New Fortress Energy. What I wanted to show here, you, real quick is we're working with them on a 120-megawatt facility down in Texas. It's hydrogen that they're going to use for industrial applications. And I think the collaboration with them has been really, really good. And also the work that we've been doing with one of the EPCs to in the end design a big facility. So what you see over here is the design of what the facility would look like. And what I wanted to show you here again is we have the 10-megawatt array that I shared with you last year. And then here is actually where we're fabricating those arrays today. Again, we're making progress, and we're working with New Fortress Energy on this application, which is, again, green hydrogen that they're going to use for industrial applications to existing customers that they have today.

I also wanted to take a quick moment to thank the customers and the partners that we work with. So here are the projects that we have around the world. As you see down below is kind of the solutions again that I shared with you earlier. I think what's important to note is we're pushing the, I would say, at a speed pretty quickly, we're going very fast. And we have customers and partners that have the same pioneering experience that we have that are excited to work with us. And I do want to thank them because they're putting a lot of trust into us and working with us to help us accelerate the development of our solutions.

Andy alluded to the fact that we have a sales funnel that's about $25 billion, which is really super exciting to us. I think, again, the important message on the $25 billion on the electrolyzer side is when you look at the mix that we have today, half of the revenue that the funnel has is around ammonia. And the other coupons that you look at around, methanol and fuels, right? So what that allows us to is get into the scale faster and allows us to accelerate into the market a lot quicker.

What's also important for us is to have the skill sets to work with our customers to understand those solutions for those markets, and that is an important value that we bring to our customers, being able to understand what their process is and how our green hydrogen fits into that.

The -- sorry, go back -- what was also important, and I shared this with you last -- at the last symposium is that we wanted to ensure that we have competitive solution. And in the end, that we're driving down the total cost of ownership for our customers. We continue to work on that. So we do that in several ways.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

One is, obviously, we have the expertise to work on the balance of the plant. We have the expertise that allows us to reduce the cost of the systems as we build things at scale.

We also have the expertise to change our design, to adapt, to look at what is competitively already out there from the oil and gas and some of the larger industries and then backwards integrate into how we tie that into an electrolyzer. The other thing that we're doing that's important is we continue to improve the performance of our stack. We continue to work on making the stacks. You saw the MEAs yesterday. We're looking at making them thinner. We're looking at adding more cells to the stack that we have. So we're trying to continue to work on -- and what we're executing on is being able to do more hydrogen production at a lower cost for our customers. And that continues to be a key driver for us.

I wanted to share also a revenue slide here with you. We have a strong ambition for the electrolyzer business. Our objective by 2026 is to have a revenue of close to $1.45 billion and an installed capacity of a little over 3.5 gigawatts. That's in line with what we shared with you already last year. And our ambition for 2030 is an installed capacity of 20 gigawatt with a revenue target of $7.3 billion. So again, a lot of ambition, Andy shared with you earlier, we have the sales funnel of about $25 billion. Not everything necessarily is obviously going to materialize, but it certainly is an indicator of where we can go and that we'll be able to execute on that.

I talked about last year, about concepts. I showed you kind of designs and I kind of hopefully prove to you that we have the designs and we know what we're doing, although I wasn't really sure at the beginning when I started this presentation that I was going to take that across. So I hopefully that change to get a little better. But what we have done, and I think this is important, we're working with, in this case, McDermott to do a concept design for 1-gigawatt facility. I think what's extremely important again is to continue to think about scaling up. It's continue to think about the future, continue to think about modularity, standardization. And I'm going to show you a little video here. Again, the key thing is you'll see good concepts, good designs. I expect that they'll be different next time I am up here and share this with you. But what's important is that we are continuing to think big and that we continue to work with customers to scale up.

So why don't we go ahead and start the video, please?

[Presentation]

### Ole Hoefelmann

So again, the work that we're doing there is super exciting, right? So when you kind of go back, we have a foundational brick, which is the 1-megawatt stack. We have that stack that we're integrating into a 1-megawatt containerized solution, a 5-megawatt enclosed solution. The 5-megawatt module that Sanjay talked about for the Georgia facility, which you've seen earlier on the parking lot outside. And then obviously, our 10-megawatt array. And the design that we then have with McDermott is all about scale, right? It's about scaling up and being able to go all the way to 1 gigawatt and beyond.

So again, I'm super excited by what we're doing and what we've accomplished so far. I'm leaving you with kind of the photo here, which is, again, one of the world's first, which is the electrolyzer that is offshore. We're going to continue to work on making hydrogen easy, cost competitive and ubiquitous. And thank you for your time. So I'm introducing Jose.

### Jose Luis Crespo
*Executive VP & GM of Material Handling*

Thank you. Hello, everyone. My name is Jose Luis Crespo, I am the General Manager for the Applications business unit of Plug. Thank you for coming to our fourth symposium. It's incredible that we are already on our fourth symposium.

Today, you have heard from Ole and Sanjay about the incredible things they are doing to create, generate green hydrogen that is economical, is easy and is ubiquitous. So what I'm going to be talking today about is about applications that actually our customers can adopt to make use of this hydrogen and make their operations decarbonize and achieve their goals on sustainability and -- their sustainability goals.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Let me start with our material handling business. In our material handling business, we continue to provide value to our customers with their productivity, as we always do, but also more than ever next year in 2023 with our green hydrogen and sustainability as well. This value is what has enabled us to grow in the year 2021 more than 40%.

Now we're starting to reach a positive value proposition in a smaller size, around 54 [indiscernible] or so. And we are doing this by providing our customers with hydrogen infrastructure that is tailored for those type of sites. And in 2023, we will do that as well by providing our customers with green hydrogen that also is economical. This is going to allow us to double our addressable market and it's going to propel our growth in the industry for the next few years.

Now when we talk about Material Handling, everybody questions -- the main question that you have is what's happening with pedestal customers? Well, instead of waiting for the question, today, I'm going to be talking about it during the presentation. Here, we have the impressive list of pedestal customers that we already have today. Now in the next slide, I'm going to show you the customers that we're working with that are already signed or we have high confidence that they will sign as pedestal customers.

Grainger. Grainger is a Fortune 500 company in the industrial supply business. We have an MSA with Grainger, and we are already working in several sites in 2022 already in engineering and permitting for those sites. In Europe, we have been working for a few years. And finally, we are looking at 2 big players in Europe, Lidl and Asda, 2 of the biggest retailers in Europe, and you will be hearing from them a little later in the presentation. And it'll be quite exciting. You'll see.

Now today, we have here FreezPak. FreezPak is going to be talking to us about why fuel cells are the right solution for freezer applications. And also, they're going to be talking to us about why they have closed with us a deal for 9 sites, 5 of which will happen in 2023. So help me welcome to the stage, Dave Saoud and Mike Saoud, who are the owners and the co-founders and co-CEOs of FreezPak. Come to the stage.

You want to roll the video or should I roll the video? There you go. All right. Mike and Dave, Thank you so much for joining us. And especially thank you for the journey that we have gone together. Since 2015, we've been working together. You have grown a lot, so have we. So why don't you tell us a little bit about your business, so everybody understands what you do.

**Unknown Attendee**

So in 2001, we started our operations, providing cold storage in a small 20,000 cubic foot, 800 pallet freezer. Today, we are the leading family-owned third-party food logistics company and real estate developer of cold storage. By the end of the year, we will have 65 million cubic feet and 315,000 pallet positions of cold storage in operation. We have 4 facilities under construction and our real estate company, BGFP International, is planning to build another 15 facilities by 2030.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

And the 40 that we have are already on fuel cells, right?

**Unknown Attendee**

Yes.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

That's good. So tell us about your growth. How is the company growing?

**Unknown Attendee**

So we're building all this infrastructure to support the frozen food industry and our customers. In 2021, the frozen food category did $253 billion in sales. It is expected to grow up to $380 billion by 2030. The #1 thing that sets us apart from our competitors is high-quality service. Since a good portion of our business is logistics, we're able to provide a one-stop shop solution.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Wonderful. So on that growth and capturing that market and helping you to get to the point that you are today, how do you think fuel cells have helped you?

**Unknown Attendee**

So FreezPak made the decision in 2014, as you were alluding to before, the hydrogen fuel cells was -- we made a decision that hydrogen fuel cells was going to change our business. That vision has paid off. FreezPak has committed to expand this relationship across the U.S. with Plug fuel cells and hydrogen plant infrastructure. In total, Plug will support 11 sites around the U.S. and including 3 sites that are currently in operations.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

I remember when we started, I would like a very small operation on one site. Yes, that's -- it has been an exciting journey. So -- what are -- what do you think the value proposition? Or can you explain to the team, how do you extract value from fuel sales in your operations?

**Unknown Attendee**

When we saw it back in Newark Farmers market, we -- my brother and I have looked at each other and we're like, we need this thing tomorrow. We have gained a productivity boost of 100%. It's really amazing to see a forklift get charged in 90 seconds as opposed to charging a lead acid battery takes 8 hours to do that. This is why immediately, we're like we need this right away.

We've saved about 31.5% of electricity cost. And as a result, reduced greenhouse gas emissions. On average, we gained about, per facility, 5,000 to 10,000 square feet of warehouse space that was once used to store those lead acid batteries. Our real estate costs about 3x the amount of a dry warehouse. So every inch of that warehouse is very expensive. And to gain back that space is a huge driver for having Plug's fuel cell infrastructure.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Absolutely. How about -- how do batteries behaving freezer applications? Because I don't know if everybody can see here, but those guys over there working in their factory in their warehouses are wearing all these jackets and all that. Because this is actually a complete building that is a freezer. So batteries in freezers, how do they behave?

**Unknown Attendee**

I mean, we tested our batteries for years. The first year that we have them, they almost go to waste. We have a problem. They never keep their charge. The warehouse operators don't take care of them. So for us, it was a huge thing to have when that forklift drives 7 miles per hour from start to finish as a battery as the draw comes down, the fork truck goes at 4 miles an hour. Every second counts in our business to provide service that we provide to our customers, to have that speed to market for us, that's a huge, huge thing for FreezPak.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Yes. So how about the new buildings that we just signed up? Can you tell us a little bit more about them? Is there something you want to share?

**Unknown Attendee**

So the sites we're building have a larger footprint and our taller than ever before. Since we have such a heavy power requirement for these buildings because of the cold storage application, having the ability not

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

to bring additional power in for chargers is huge for us. Because of that, Plug will continue to be a part of our building requirement going forward. As you alluded to, more sites, so it's really exciting for us.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Perfect. And what about next -- what's next for FreezPak? What are you thinking?

**Unknown Attendee**

So getting our customers -- getting our customers' product speed to market has always been our first priority. Services are first and foremost, the most important. And we have proven ourselves as a 3PL provider. Our customers are calling on us to build around the country to support their growth. And this will mean more sites and more hydrogen infrastructure to come in the future.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Yes, more sites. I like that.

**Unknown Attendee**

Yes. So do we.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Yes. So as you said before, you have designed your new buildings with fuel cells for material handling in mind. Would you ever go back to batteries?

**Unknown Attendee**

So this is actually my favorite question. Since I take care of most of the operations, as my brother alluded to before, I went to go see your products in 2014, and I couldn't believe that an operator can pull up to a station and be ready to go in 90 seconds. I was astonished.

I called my brother up and I was like, Dave, I don't care what this cost, we are buying it. And we were at that point in our career where we had to go 3 shifts. And my dad was like, "no, you can't do that. How are you going to do that?" And I was like, we're going to do it, and we're going to be successful at it. And having the Plug solution was amazing.

And we did the first deal. Andy got on the phone and helped us get this done because honestly, we're a small company and we're putting $2 million of investment into your product. And we didn't know if it was going to work. And it was tough the first year, but Plug always stepped up to the plate. And it was there for us and still is, and I know that we're confident that 9 sites will be a blink of an eye for you. And I [indiscernible] like getting out of battery jail, you really got us out of a battery jail.

So we're so excited to be a part of the change in energy shift to hydrogen, and I feel like we're part of it, and it's really exciting for us. And I feel like we're doing something great for our future and our children. So we really love to be a part of it.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

You are. So thank you so much, Dave and Mike. It's always a pleasure having you any time you want. And thank you so much for talking to us.

**Unknown Attendee**

Thank you for having us.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you. Okay. So in Europe, I'm going to now shift a little bit to Europe. The value proposition for Material Handling is beginning to make much more sense than a few years ago. The main reason is when you think about the environment -- the energy environment that Europe is living on right now, and also the interest that many authorities are putting into hydrogen to become one of the main vectors in the energy transition.

So in that environment, we've been talking for a few years with several companies, but now we've been talking to 2 of the largest retailers in the European market, one of them is Lidl. With Lidl, we started a project return on a site in April of this year. The results have been excellent. The feedback from their operations team have been really, really good. And we are, right now, at the moment, talking to them about several sites in 2023 and 2024. Just as a reminder, Lidl has 13,000 stores and operates in 30 countries in Europe and also operates here in the U.S. So the opportunity with Lidl is pretty large. So I'm going to roll the video, so you can hear about the Lidl experience.

[Presentation]

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

So you hear it there. They are looking at more sites. And then adding to that tracks for deliveries. And we're going to be there with them. I can assure you that.

Now likewise with Lidl, we started a project with them at the end of 2020. The project went really well. We've been testing the technology with them. We've been trying the technology with them for the last few months. And the results have also been quite good.

Lidl -- sorry, Asda is one of the largest retailers in the U.K. And you're going to hear today from Frances, who is the Material Handling and Innovations Manager at Asda about how the technology has improved their processes as well as what are the plans for the future. So let's roll the video for Asda.

[Presentation]

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Well thank you, Frances. And as you heard, Frances is talking about converting 30% of their distribution centers in the U.K. to hydrogen. 30% to start or going to be set to go farther than 30%.

So now we're going to be talking about our next major application for fuel cells, which is stationary. We talked about the stationary a little bit before. In the stationary market, we are deploying systems in different applications, backup power generation, you'll hear a little bit more about it from Microsoft; green power for EV recharging stations, that's an interesting one, I'll talk to you a little bit about that one; and then finally, we are also doing prime power utility scale. This is something that we are doing with our partner, SK in Korea.

So I want to start for a second here on this application because this is an interesting one, and it was an unexpected application for our solutions. Many of our customers that have decided to go into EV fleets, battery EV fleets, I should say. They are discovering that once they start going into their parking lots into the depots, the areas where they have their EV vehicles, battery EV vehicles, they try to get the electricity to power those vehicles. Once they go over 50 -- visit goes 100 to 150 vehicles, the power to get for those sites is really difficult to obtain. It's either time difficult or it's very costly. So what they're asking us to do is they're asking us to bring a power generator, which is what you see here on the right is basically a fuel cell that is 1 megawatt to 5 megawatts that actually converts hydrogen into electricity that we've been discussing before. And then with that power that is generated by that fuel cell large scalizationy system, then we power the battery EV station.

So this is an unexpected opportunity for us. And at the beginning, we were a little bit skeptical about it, but we're getting more and more customers to actually tell us that the grid really is not ready to provide all this electricity, especially in certain sites where you have high density and they need alternative

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

solutions. And those solutions have to be green because otherwise, there's no point of having battery EVs. So there you have this application, and we are expecting this application next year to be one of the largest applications for stationery.

Now when you put all those opportunities together, we have an opportunity here. We calculated an opportunity here of $350 billion alone in the U.S. If you look at it at a global level, the opportunity can reach up to $2 trillion. So this is why we were talking about this application specifically being a unicorn for Plug. Now companies like Microsoft have already announced publicly that they are moving away from diesel generators. And as you know, we did a test with Microsoft for a 3-megawatt power generator for data center backup. That trial or that test was described by Microsoft as a Moon-landing moment for the data center industry. That was not dramatic, right? And also described as mind-blowing that we have a generator of this size that actually has 0 emissions. Darin and Scott from Plug sat down with Mark Monroe from Microsoft to talk to us about what is the importance of this development in the data center industry. So let's roll the discussion.

[Presentation]

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

We are also excited for the possibilities going forward. And it's great to have partners like Microsoft working with us on that. And actually, I was joking before about the being dramatic, but it's really mind-blowing what the team has done in this application, and it's going to be the big application coming forward.

Now I'm going to go back -- I'm going to go into talking a little bit about an on-road activities, mainly our own road activities with HYVIA in Europe. And [indiscernible] to be a little bit provocative on this segment, and I'm going to leave you with a thought before I start talking with -- about HYVIA. Just think about -- some people question about fuel cells being the right solution for these type of applications like commercial duty vehicles and vehicles in general. Take a moment to think about how battery EVs, battery electric vehicles, we have fared in the unfortunate situation that we saw in Florida with Hurricane Ian, a couple of weeks ago. Think about having a battery EV and being in that situation and how before and after, you will be fair in terms of being able to regain your mobility.

So with that, HYVIA. Only 1 year after we presented the first prototype, we are now having production vehicles being built in Europe and ready to go on the road in Europe. But not only that, all these customers here have shown interest, and they will do pilots in the next few months with HYVIA. HYVIA is going to have capabilities to produce more than 800 vehicles next year, and we are pretty confident that we will have homes for all those vehicles with these customers and more to come.

In the last week, I went to -- not last week -- it was a couple of weeks ago. I went to Flins to the factory in [ Kariya ] in Europe. And I went with one of our largest global customers. We tested the van and only from my opinion, was a really cool thing to do and pretty exciting, but the customer was also extremely excited. That customer is ready now to do pilots as well, and it's not one of the customers that you're seeing here. So you'll hear more about that in the near future. Also, HYVIA was at the Paris Auto Show this week, and we have a video to show you a little bit more about HYVIA and how the basalt to show when. So let's roll the video.

[Presentation]

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Quite exciting. So when we install the first application with our customers, in general, right now is material handling. Customers start looking at hydrogen as a key element on their energy strategy. And they start asking us for more and more applications to complement that strategy and to start using more and more green hydrogen to decarbonize their operations and attain their sustainability goals.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

One of those companies is Amazon. As you know, we signed with them a 30-tonne per day green hydrogen agreement in the summer. And now we are full steam working on getting applications around the material handling, which was the first one to be able to use those 3 tonnes and beyond. And believe me, and beyond. We're going to have today Dean Fullerton, who is the VP of Engineering Operations who has more than 30,000 people working for him talking to us about those applications and the plans for hydrogen within Amazon. So let's roll the video.

**Dean Fullerton**

Thank you for the introduction. Hello, everyone. I'm happy to join you from Seattle to speak about our partnership with Plug Power, and how green hydrogen can help Amazon meet our sustainability goals.

Three years ago, Amazon cofounded The Climate Pledge, a commitment to reach net zero carbon across our operations by 2040, 10 years ahead of the Paris Climate Agreement. Decarbonizing our transportation operations network is key to us reaching this commitment. Amazon continues to invest in a range of technologies because no single solution can fully close the emissions gap. This includes electric vehicles as well as alternative fuels such as green hydrogen to eliminate the use of fossil fuels.

Currently, over 95% of the supply of hydrogen is made from fossil fuels. However, when produced using renewable electricity, hydrogen becomes a promising way to decarbonize industries, not amenable to electrification, like aviation, steel production, heavy-duty trucking and cargo shipping. This summer, Amazon signed an agreement with Plug Power to supply almost 11,000 tonnes per year of green hydrogen starting in 2025. This is enough fuel to power 30,000 forklifts or 800 heavy-duty trucks annually.

Amazon is proud to be an early adopter of green hydrogen, and my team and I are excited to begin using the green hydrogen supplied by Plug Power in different parts of our operations. We already have more than 70 fulfillment centers outfitted with hydrogen storage and dispensing systems, allowing us to start using green hydrogen to replace fossil fuels. And by 2025, we plan to have 20,000 fuel cell forklifts across 100 fulfillment centers.

And that's just the beginning. Across Amazon's operations, we're exploring and testing the use of other hydrogen applications, such as hydrogen-powered trucks and vans in our middle mile and last mile fleet. Freight transportation is a difficult part of the logistics industry to decarbonize. It presents unique challenges to electrification given the cargo size and long distance has traveled. We're also looking into fuel cell power generation stations as a way to provide electricity to our Amazon buildings. We are relentless in our pursuit to meet our climate pledge commitment to be net zero by 2040. And we believe that scaling the supply and demand of green hydrogen, such as through this agreement with Plug Power, will play a key role in helping us achieve our goals. Thank you for your time today.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

No, thank you. You just heard that, right? Material Handling is just the beginning. After that, we're looking at transportation, [ minimum ] mile and last mile. And we're looking at the stationary for power and buildings. So exciting things to come on the Amazon front.

Now today, I give you a summary or a review of where we are with our material handling business. You heard from Lidl, you heard from Asda, and you heard from FreezPak on how they extract value from our applications and our solutions. It is incredible to have customers tell us how they actually extract value from fuel cells. And it's really exciting to see how the growth of fuel cells is going to happen in the next -- well, in the next few months.

I talked to you about stationary and about the incredible opportunity, $350 billion opportunity only in the U.S. And I've talked to you about on-road and what we're doing with HYVIA in Europe, all of that very exciting. I hope that, that also excited you about the great opportunities that we have for applications and for green hydrogen with Plug. And now with that, I think we are going to go to a 15-minute break. So please be back in 15 minutes, so we can continue with the show. Thank you.

[Break]

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew J. Marsh**
*President, CEO & Director*

So I guess we're back. Still, we're back. So we're going to have an interesting panel discussion here. I wasn't supposed to be on this panel, but my head of Europe decided he was going to have a baby in the coming weeks and decided he wouldn't show up. So I have to sit in for him, so I hope I do a decent enough job.

But even if I don't, I'm sitting up here with 2 of our great employees: Preeti Pande, who runs our marketing organization. She's going to quiz my good friend here, Erin Lane, who I've worked with for 15 years on government relations, who's our VP of Government Relations and really was deeply involved in all the activity with the Inflation Reduction Act.
So on that note, Preeti, I'm going to turn it over to you to ask us some questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Preeti Pande**
*Chief Marketing Officer*

Sure. So we're here to talk about the unfolding hydrogen economy. Welcome to a discussion, those of you here with us at this gigafactory, as well as our extended Plug community. We have a few thousand people joining us online live. So decarbonizing the economy is really the defining challenge of our times. The future is exciting for a company like Plug as we just showed you. Scale is monumental and massive and somewhat daunting. So the U.S. has faced large similar challenges before. And Andy, you're a student of history. How do you see this?

**Andrew J. Marsh**
*President, CEO & Director*

Well, I'm also sitting here in Rochester, New York, which is close to Buffalo. So back in the 1830s, they've built the Erie Canal going through this area. And this became a real, real prosperous area and also really opened up the whole industrial Midwest. When you think about cities like Detroit, Chicago, everything that happened there in the 19th century, in the 20th century, really started with the Erie Canal. And not to be exaggerate, but maybe a little bit, when you look at the world today and look what happened with the Inflation Reduction Act, but look at what Plug is doing, building out a green hydrogen network for us in the U.S.

I believe what we're doing in hydrogen is equivalent to building the Erie Canal, that we're building out the capability for companies to decarbonize, for citizens to decarbonize, and ultimately continue the U.S. as a net exporter of energy as well as support the U.S. national security for a long time. And that's really what we're doing in this country, and it's really what we're doing at Plug.

**Preeti Pande**
*Chief Marketing Officer*

So we got some help from the Inflation Reduction Act. There are a number of fantastic provisions there for hydrogen. So it came as a bit of a surprise or a big surprise for most people. But Erin, you have an insider's view. What were the factors, the ingredients, how did it all happen? Give us your perspective on this.

**Erin Lane**

Well, I will say from our perspective, it was certainly not a matter of if we were going to get the hydrogen production tax credit was when we were going to get the hydrogen production tax credit. And it was interesting because there are a lot of starts and stops when it came to what started out as President Biden's Build Back Better legislation, that he had started talking about when he was running for presidency. And then it was part of the Budget Reconciliation Act, which is a way that only legislation can get done when -- there are -- there's one party that's in charge of all of the houses: So the Senate, the House and then the presidency. And so this was a big piece of legislation that was a game changer when it came to health care, energy and climate.

And we thought it was going to happen, but really, there were a couple of starts and stops and we said, and even that summer, the President had come out and said he thought he was only going to do health care. Senator Manchin, who had a key vote had seen the inflation numbers, and he wasn't sure it was going to happen. And so -- but we did have an insider view and Andy had the opportunity to testify in front of the Senate Energy and Natural Resources Committee with Chairman Manchin. And Andy, you remember when he asked you what was the one thing Congress could do to put hydrogen on the map?

**Andrew J. Marsh**
*President, CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. So I'm taking all the credit for this. But he turned to me and said, "Andy, what do we need to do"? And I'd say, what we needed was a production tax credit for green hydrogen and investment tax credit and certainty for time. And Erin, we did that. And then we had a great meeting with Senator Schumer. And look, there's been no one who's better for this industry and better for Plug than who I consider the greatest Senator in the history of United States, especially who he supports green hydrogen and fuel cells, but...

**Preeti Pande**
*Chief Marketing Officer*

We can all agree.

**Andrew J. Marsh**
*President, CEO & Director*

I was at a median, I'm there with the Senator and I say Senator, what's going to happen. How much we really need this? "And he said, Andy, don't worry, it will happen before the fall". And I walked out a meeting with Gerry and Erin, and we turned each other and said, this is different than everything else. And I'm also the Chairman of the Fuel Cell and Hydrogen Energy Association. And we're having a meeting the day before the act gets struck. And we have high-power lobbyists who work for the Fuel Cell and Hydrogen Energy Association going to tell everybody, nothing's going to happen, give up. And I said, "I think you should tone down your message. I think it's going to happen". They said that Andy Marsh is always overly optimistic. And actually, it did happen. And we're lucky that Erin, I think you were hanging out in West Virginia, when it happened.

**Erin Lane**

I was. I was there.

**Andrew J. Marsh**
*President, CEO & Director*

We spend a lot of time in places nobody would ever go. West Virginia is a great place.

**Erin Lane**

It is a great place. And our new friend, Senator Manchin, were really excited to work with his incredible team. But -- and we are jumping from the overarching Inflation Reduction Act of what was happening on the hydrogen front, but it is tied together for sure. And our champions really wanted to make sure that hydrogen was a key piece to whatever was included in that package, and we're really excited and proud about that because things have really changed. Also, not to exaggerate or take too much credit, but I will say, Andy, that it was years ago when you had really thought together about how we were going to put together a team and really figure out what that game changing technology or legislation could look like. And so I don't know if you want to talk about some of those partnerships just as you're about to take a sip, sorry.

**Andrew J. Marsh**
*President, CEO & Director*

Well, I think that it does say a lot about Plug. I hope folks see today, we're willing to partner with lots of folks, be it customers, whether it's people supplying us goods, investors. They're all actually here today. But we actually did the same. We've worked very, very closely with Air Liquide. We worked very, very closely with Cummins. We work very, very closely with people who are competitors. But when we had a common goal and mission together, as we do in the Fuel Cell and Hydrogen Energy Association every day, we try to find ground that works for all of us.

So quite honestly, we supported some things in the legislation that wasn't exactly how I would like it, but it was how you work with others and make the greater whole come true is what we did as part of a team effort to help this legislation get understood by Congress so that they would give it serious consideration

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pass. And so it was a great journey. And look, the journey continues. I think a lot of our efforts now are in Europe, right?

**Erin Lane**

That's right.

**Preeti Pande**
*Chief Marketing Officer*

So truly, truly an amazing accomplishment in the U.S. Erin with your work, you're busier than ever, tell us what's on your plate right now.

**Erin Lane**

That is true, busier than ever. And once legislation passes, that's really just a first step. There's a lot of things that need to be done. And when it comes to the tax credits, the Department of Treasury recently put out a request for information to provide input on what some of those tax credits could look like. And it's way more than just the hydrogen PTC. And in fact, they'll probably be putting out another RFI very soon, that's very specific to this. But lots of work that needs to be done. Don and others from our team are leading that effort. And so we're working hard on that.

But I also want to mention that it was a big year for us in the hydrogen industry. And that's really important to note, as Andy said, this is a collaboration. This is an industry effort that we're putting forth. But last November, there was a bipartisan bill that passed as well. Bipartisan Infrastructure Bill, and we're going to talk about bipartisanship quite a bit. But in that legislation, many of you know was $9.5 billion for hydrogen. $8 billion of that was for regional hubs across the country that will be built out for the production, transportation, distribution and use of hydrogen. And we're really happy to be working with a whole bunch of teams that are coming together to put in hubs applications.

And in fact, Department of Energy has recently asked for concept papers, and we work with those hubs and go Northeast hub, NYSERDA and the other great ones that we're working with and thankful to our hubs team. And then there was also $1 billion for electrolyzers to help bring down the cost of electrolyzers and manufacturing of that. And then more $500 million for manufacturing and recycling for hydrogen fuel cells and such.

Also, the President announced the Defense Protection Act, which is inclusive of fuel cells and electrolyzers. And there's just so much that needs to be done to make sure that, that legislation that was passed and those priorities that are put forward are done in a way that is the most useful for our industry and making sure that we understand the rules of the road of how to use them, how to move forward.

**Preeti Pande**
*Chief Marketing Officer*

So Andy, we now have IRA. We know where the goalposts are. What in your opinion are some of the top few challenges that we need to take on?

**Andrew J. Marsh**
*President, CEO & Director*

So I always think about these things a little bit differently. But what the IRA has done is really -- the U.S. is a demand generate society. That's how you build businesses. And if you think about -- everything about how the U.S. support of colleges, housing, a lot of it had to do with how do you create demand. And what this act does is really encourage our customers to accelerate.

We heard Amazon talk about their 2040 goals, to be net neutral. You heard from Microsoft. This helps accelerate those activities. So you have consumers who want to be green, companies that want to be green. And look, the markets don't price externalities correctly. So you really do need these incentives to really help scale these industries, but it also creates innovation.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I mean this is not only the GIGAVAC factory, but the innovation center. And companies like Plug, and there's lots of companies in the United States who acts like this, drive us to innovation, which is the best of who we are. And on top of that, I -- why did the solar industry take off, why do so many industries take off? The U.S. has a unique position in the financial markets.

I mean I think Sanjay talked a little bit about in his discussion about how these projects will ultimately be financed. Our strength as a nation, policy that drives demand side, consumers who want goods which are green, companies that are innovative and a Wall Street that quite honestly provides the funding and capabilities that make this all possible. And I think whatever the government puts into this, they're going to receive back tenfold because it is going to generate business today, and it's going to generate good jobs today for Green World in the future. So I really view this as an incredible win-win-win for the country.

**Preeti Pande**
*Chief Marketing Officer*

So you meet with a lot of customers all the time. So in your opinion, what are you seeing in terms of areas of capabilities that are going to see maximum growth and deliver the highest impact?

**Andrew J. Marsh**
*President, CEO & Director*

I think I've listened to everything today. I think my line is supposed to be -- the $350 billion, Jose is talking about, is stationary, which can help in data centers, which can help even the EV of vehicles, the work we're doing with SK in South Korea for which ultimately becomes peaker plants here in the United States. Look, this is going to drive green hydrogen, not only the opportunity just for substitution. A green hydrogen is just huge when you just think about fertilizer and refineries for fossil fuels. They can start their transition by them going from gray to green.

**Preeti Pande**
*Chief Marketing Officer*

Yes, we saw the curve that Sanjay showed.

**Andrew J. Marsh**
*President, CEO & Director*

Yes, absolutely free. And look, OE has deals about putting hydrogen and natural gas pipeline. Sanjay has customers who want to do that today. I mean this is an inflection point. And it's an inflection point that we've been waiting for, for a long time. And our responsibility is really to take full advantage of it. And that means to make sure we deliver customers great products, but it also means that we continue to drive down our costs. And here at Plug every time we double the number of units in the field, our costs have come down 25%. That's why scale is so important, and that's what we're driving. And this policy really helps us achieve that goal.

**Preeti Pande**
*Chief Marketing Officer*

It drives scale, for sure. So Erin, you just got back from Europe, what is the reaction to the IRA across the globe? What are you seeing?

**Erin Lane**

Well, it's interesting that you asked that question. And I would say that the IRA definitely have an impact across the globe. I will say in some places, our friends and allies are excited to see the United States take a leadership role in energy. But I also think that it's making some folks nervous. It's not as though people didn't know that the legislation that was IRA was out there, but I'm not sure that people saw when it was going to happen and if it was going to happen. And it quickly turned the United States into a clear winner and leader when it comes to clean energy, particularly in the hydrogen space. Also what's interesting is here in the United States, we look at energy policy and it's often tax policy. But other countries, especially in Europe, that's not how they drive, how they move forward policy.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So when we had some of the conversations with the European Parliament, they're really taking a look in trying to determine what do they do that matches the incentives that we're doing, which is not necessarily going to be taxed. And so it's really an exciting time to see what not only is happening here in the United States but around the world of how we are going to build that commitment to hydrogen.

And also, I think that there was a clear understanding that we, in the United States, are going to be exporting hydrogen. And we will be able to help fulfill a need for clean energy in a time when many countries need that right now. But I think we're going to turn it over to Benjamin and he's going to tell us a little bit more about what's going on in Europe. And as Andy mentioned, he's our Executive Vice President in charge of EMEA.

**Preeti Pande**
*Chief Marketing Officer*

So let's get the video, please.
[Presentation]

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Executive**

Thank you very much. I'm thrilled to be joining you all at Plug Symposium today. The Inflation Reduction Act is not just about the U.S. indeed. First, because the pragmatism of the IRA influences European policymakers to go for simpler, more effective rules. For instance, some rules around additionality of temporality in Europe were drastically simplified following the adoption of the IRA.

Second, I would say that the Inflation Reduction Act accelerates Plug's European expansion plan. First, we now have 2 regional markets with strong regulatory support and subsidies, the U.S. and Europe.

Second, companies like Plug will make the [ economics ] work much faster for green ammonia or green hydrogen exports from the U.S. to Europe. Europe plans to produce 10 million tons of green hydrogen locally by 2030. That's more than 100 gigawatts of electrolyzer capacity in [ styles ], and Europe plans to import another 10 million tons of hydrogen by 2040.

This is a matter of energy security for Europe of corporation with energy allies, as you will hear from Minister Alexander De Croo. Plug aims to be this reach between the U.S. and Europe. This plant in the Port of Antwerp-Bruge is a first building block, and I would like you all to share directly from Belgium's Prime Minister, Alexander De Croo; and from Jacques Vandermeiren, CEO of the Port of Antwerp-Bruges, why this first plant matters.

**Unknown Attendee**

Ladies and gentlemen secure, affordable and sustainable energy. That is what we need today. Firstly, we need to secure our energy supplies by ending our dependency on nonreliable states, an increase in cooperation with energy allies such as U.S., but also by producing locally together with partners such as Plug Power.

Secondly, our energy needs to be affordable. Reducing gas and oil dependency makes us in Europe less vulnerable to price volatility. At the same time, investing in sustainable energy such as green hydrogen, diversifies supplies and reduces prices. Thirdly, moving to a low-carbon economy is a top priority. Hydrogen is a key factor to achieve this ambition.

Belgium has ambition to power Europe by offering stability to investors. Offer a predictable regulatory framework and provide the incentives to transition to a climate-neutral economy. Just yesterday, we launched our renewed national hydrogen strategy in an event gathering top policymakers, industry leaders researchers and innovators.

Belgium with its strategic location in Europe's industrial heartland is your hub for renewable molecules by promoting a robust hydrogen market, investing in hydrogen backbone infrastructure, working in close partnership between public and private stakeholders.

**Unknown Attendee**

As our Prime Minister, Alexander De Croo has stated yesterday, the Belgium federal government has presented its hydrogen strategy in the new Federal Hydrogen Council in this very building, beautiful Antwerp Port House, and that is not a coincidence. Together with local and international partners, Port of Antwerp-Bruges is taking the lead in the transition to a cleaner and climate-neutral economy, based on renewable energy and feedstock.

We play an important role in the local and international hydrogen economy by facilitating the supply and production of hydrogen distribution infrastructure and transport both hydrogen to the end users in the port and in the hinterland. As of today, the Port of Antwerp-Bruges is working hard to become the green energy gateway to Europe. In order to realize that goal, we need to attract strong players in the energy transition to strengthen our port platform.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

And that's why we were very [indiscernible] when Plug announced in June this year an investment of EUR 350 million to establish a 100-megawatt hydrogen production plant in our port. This plant will produce about 35 tons of hydrogen per day. Since this announcement, plans are being developed and the permitting process has been started. We expect that by the end of next year, we can move towards the groundbreaking of Plug at NextGen District.

The presence of Plug in the hydrogen ecosystem of Antwerp-Bruges is a fact, and that makes us extremely happy. From Antwerp, Plug will make an important contribution to shaping the hydrogen economy in Europe. And we really look forward to the next steps, and we reach out to Andy Benjamin and their entire team to build on our lasting relationship in the years to come.

I wish you an exciting event today, and I hope to see you all soon in Belgium or the U.S.

**Unknown Executive**

What impressive comments from an important partner inspiring true global energy transformation. The Port of Antwerp-Bruges is today represented by [ Philippe ], present a symposium in person today, and we are truly grateful for all your support along the way.

And let me tell you one thing about this project in the Port of Antwerp-Bruges. Without making any marketing or sales efforts so far, we have built a funnel for as much as 5x the hydrogen volumes that our plant will produce, less than 6 months after revealing our ambitious plan to the world. But we will not just sell hydrogen.

There is more than 1,500 acres of common logistics warehouses in the port, where we can sell material handling solution or stash new fuel cells to [ social ] power [ opportunities ].

Over the past 6 weeks, in Europe, we also announced the sale of 15 megawatts of electrolyzers to life. We delivered the first electrolyzer to be commissioned offshore in direct connection with offshore wind turbines in France. HYVIA homologated its first fuel cell vans less than 18 months after the creation of the JV.

You'll hear about our first European [indiscernible] customer in the coming weeks, and that's something I'm very excited about. And as we ambition to have our European production capacities to account for a large share of Plugs global deployment of green hydrogen generation plans across the wells, you will see more announcements in the coming months.

But more than business achievements, we have today 10x more team members in Europe than 2 years ago, and we will have soon more than 300 employees in Europe. Plug is one of the largest employers of the hydrogenic system in Europe. So Erin, to your point, the IRA will help accelerate the adoption of the hydrogen economy in Europe by bringing us this precious decarbonized molecule.

As Plug is set to play a central role in the European hydrogenic system, we see Europe as one of our uniforms. Unfortunately or fortunately, we have a lot of business going on in Europe. And I can't be here wished you in person today, but I hope you enjoy our symposium. And team, I pass it back to you.

**Unknown Attendee**

Thank you. So it's really remarkable to see how Plug has become a global company, Andy, in the last couple of years.

**Andrew J. Marsh**
*President, CEO & Director*

No, it's -- it was important that we got the equation right in our local market. I think we're a very ambitious group. I think folks can probably see that. But it's really important that we deliver great products with great service at the right cost to our customers. And we got it right in the United States.

And now in Europe, not only are we doing certain things by ourselves like at the port, but we've gotten great partners like HYVIA. I think you see my friend Luca there. And I think what we're putting together is

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

something really unique. I also think when you look at it in Spain with Acciona, the relationships that have been established there. So you've heard about customers we're selling directly to.

You heard about great partnerships. And there's lots and lots of activity going on about how we can help Europe become secure from dictators who are trying to destroy the world. It's really important.

And I have some of my friends from the Atlantic Council here today, who came to hear about -- who've talked to us a great deal, how we can make sure Europe, United States work in partnership to make sure energy and we have a secure future. And that's really what we're working at.

And that's what Plug is bringing to the equation. And not to again grab our tag line. We are hydrogen at work. And I think when I sat down with the people in Belgium and I told him what Plug has done, they want to work with us because they knew we would make things happen. And we're committed to make things happen here in our United States as well as our second home in Europe.

### Unknown Analyst

Thank you, Andy. I think, Andy, this is a good place for us to close this out.

### Andrew J. Marsh
*President, CEO & Director*

I think they want to hear Paul soon, but we -- they have to listen to Sanjay again for a little bit more. So I'm going to hand it over to my good buddy Sanjay to talk about capital formation.

### Sanjay K. Shrestha
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Again, as Andy mentioned, I think you are all certainly looking forward to hearing what Paul has to say, so -- which comes right after this. So I think, George, we're between that number and what everybody want to hear, right?

So with that, well, so thank you so much for coming. It's great to see you. And for those of you who haven't met George or haven't come across some of the things he's done, George is the Vice Chairman for Lazard.

He is the Global Head of their Energy, Power and Infrastructure business. And I think under George's leadership, many of you probably use this levelized cost of energy analysis for solar and wind and what that has done. He is really the mastermind behind that, and that has become a de facto industry standard.

So -- and George has obviously been at Sempra. He's been at KKR. He was at [ Keratas ] as a partner. So when it comes to energy, power and more specifically renewable energy industry, so I thought that it would be great to hear some of George's perspective on how he sees the green hydrogen industry landscape unfolding, how capital formation might play out and what are the parallels maybe we can all draw from what has happened to the solar and wind industry.

So with that, George, maybe the first question here, right, is help us draw, so look, when we first were looking at solar and some of the DOE loan guarantee program, where we're sort of in the same organization, right, it was very different times and costs were somewhat prohibited. The PPAs were at much higher level. But today, solar and wind prices have fallen as much as it has.

So what would you say to people in terms of what parallel can we draw between what happened to the [ LCOE ] solar and wind, given your experience? And where do you see the whole green hydrogen industry going, now that we've all been talking about this IRA and PTC and things like that?

### George C. McNamee
*Independent Chairman*

So first, thank you. It's great to be here. And the room is filled with optimism. And I don't know if I was on mic when I said to Andy what I thought about his presentation, but it's just great. It's really inspirational.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

But when everyone was fretting about where the legislation was going or not going, what we were saying to people who called us about, it was the most important thing to put in this legislation is something for hydrogen because it will let the industry scale.

And what -- we've woken up in the middle of a great American industrial policy in some ways, without us really realizing it. And what we think is going to happen with hydrogen is it's going to scale. Costs are going to go down, and the time frame for adoption, realistic adoption across the different use cases has just been dramatically accelerated because of the Inflation Reduction Act.

We do a quarterly series with CFOs across the utility industry, and we invite folks from Plug to this as well. And yesterday, we did this session. There's a slide in the materials we gave the group that shows by use case, just about every use case is acceptable from a cost perspective by the middle of this decade and earlier. So hugely important.

And that's before you take into account the observation Andy made about. I don't quite recall it, but when we double the number of units we have in the field, our costs go down by X. So that's were going to -- 25%. So we're going to see that. And it's exactly what happened in the solar industry. So this isn't quite the right comparison. And it's an imperfect comparison.

But whatever you think about the German feed-in tariff for the solar industry, it allowed the industry to scale and began the great cost down in the industry along with the subsidies in the United States.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

So George, I think Lazard played obviously a very big role in terms of advising DOE on many things as well. So there is lots of activity going on with the loan guarantee program, even for the hydrogen industry. I think, was that really the impetus, if you were to get the back leverage and the project financing started for the solar and wind? Walk us through the journey of how that played out, right?

The folks from for [ solar SunPower ] got some of the loan guarantee program, and now all of a sudden solar is an investable asset class. GAAP structure has changed. So talk about that a little bit as to how do you think it's all going to unfold.

**George C. McNamee**
*Independent Chairman*

I think the fellow running the loan program, Jigar Shah, is incredibly thoughtful and passionate. He is a very good team around him. I think it is the equivalent of a lending institutions team and will be very effective. And there's going to be places where the capital is not quite ready to form, where the DOE can provide a wrap or some support right now to allow the capital to flow.

So their capital is not necessary in the future. So there is no need for subsidies for loan guarantees or loan support in the wind and solar and storage industry.

It's just happening. That capital is going to flow. And I think there's probably going to be some places where it's going to make sense for the DOE and other state governments, local governments to provide support.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Okay. So now we are in a pretty interesting time as well, right? So the rates are rising, maybe it's a short-term phenomenon, maybe it's a long-term phenomenon. And obviously, you and Lazard obviously do a lot of work with the infrastructure funds, private equity funds. Has that changed their view on what is that equity return that they're looking for, maybe even for solar and wind?

Is that going to end up impacting the cost of capital for green hydrogen build out? How do you see that playing out?

**George C. McNamee**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Independent Chairman*

So it's -- you can look at some recent transactions, and it's as if nothing has happened in the capital markets, but we think cost of capital will go up, but we don't think it's going to make a difference to the energy transition and what Plug Power is going to try to accomplish.

I mean, there is not a capital formation or a capital access program around the energy transition. It's going to flow. The issue with the uncertainty, with the legislation this year was really quite interesting because people just needed to know what the rules were. I put aside hydrogen for a moment.

But in solar and wind, and storage. People just needed to know what the rules were, and then the money was going to flow. And the problem with the uncertainty was no one knew how to price the investment. And what we also said with the presidential election that we didn't think it mattered ultimately who was the President vis-a-vis the energy transition because the human race is driving this thing, and it's just going to happen.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

So you really don't think the rising rates is really going to end up raising the rates out of the equity return?

**George C. McNamee**
*Independent Chairman*

It's going to raise their equity returns, but I don't think it's going to matter for projects and efforts that make sense. But if the yield curve steepens, which isn't what the market is predicting right now.

But if the yield curve steepens, I mean, people are going to plug that into their model and cost of capital is going to increase. But at the same time, the Inflation Reduction Act, other developments, general acceptance of the energy transition across multiple areas, we'll offset that.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Got it.

**George C. McNamee**
*Independent Chairman*

And the infrastructure capital is incredibly interesting. We just did this thing with Intel -- on behalf of Intel with Brookfield. So Brookfield is putting $15 billion into a new fab with Intel. There's going to be more of those sorts of things. So there's almost -- there remains almost a capital deployment problem if you've got the capital. So I just -- I'm not worried -- we're just not worried about this.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

That is good to hear because one other question, I'm sure many of the investors here have in their mind, right? Is the cost of capital going to really jeopardize the economics?

**George C. McNamee**
*Independent Chairman*

I just has made one caveat, which relates to the last point that Andy was making, which is we're an incredibly uncertain geopolitical environment. It is highly dangerous, incredibly risky. So the caveat on all this capital access stuff is we have a situation in Europe that is almost unimaginable -- unmanageable. We freely talk about the potential for nuclear weapons to be used. And that -- there's a big geopolitical [ problem ].

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So George, in this sort of a commodity environment, supply chain environment, obviously, there's been some upward pressure to the renewable prices, right? How do you see that trending when you look 5 years out because that's so critical for the cost of green hydrogen, going forward? Can you give us your sense on that?

**George C. McNamee**
*Independent Chairman*

So we are delaying the publication of our LCOE this year because the data is so bad and costs are all over the place.

But costs have gone up for renewables, but not as much as other forms of energy. And we think that the cost profile of renewables will not go down at the same pace because they're so low already, but they'll stabilize to continue to decline. We also think a lot of what's in the Inflation Reduction Act is going to get passed on to the customer and get priced into projects.

So for a little bit, maybe a year or 2, different projects will be more profitable, but the competitive dynamic is going to compete the Inflation Reduction Act benefit out of the renewables generation space. Developers will drive down to the returns they've been targeting as opposed to the returns they'd be getting with the -- if they're keeping all the Inflation Reduction Act benefit.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes. So directionally, you still think the price will continue to go down.

**George C. McNamee**
*Independent Chairman*

Yes, right.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

So when we think about sort of that $10 to $15 a megawatt hour wind in West Texas, that's not out of possibility?

**George C. McNamee**
*Independent Chairman*

That's not going anywhere. And the efficiencies continue to be garnered around the costs that go into renewable generation, whether it's through the EPC, wind turbines continue to get better, solar, their ongoing solar efficiencies and integrating battery storage into these projects, particularly solar, like we don't even look at stand-alone solar anymore because everyone is putting storage around it, that's getting better and better, too.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Okay. I mean -- so George, it's quite exciting for us. Last year, I believe, we became one of the top buyers of renewable electricity. One of the top 10 buyers of renewable electricity in Texas, right?

So when -- you talked to all the major energy companies, all the pipeline companies, all the utilities, right? What are they saying about what role do they think they should play or they want to play in this whole green hydrogen ecosystem?

**George C. McNamee**
*Independent Chairman*

So I'll just take one step back. I think that the sophisticated utility executive or energy executive would say, let's say, we're going to decarbonize the world and there are going to be about 10 things that happen.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's not 1 thing, 10 things, and we're going to need fossil fuels for a while, and they accept that hydrogen is one of those 10 things and is growing in materiality.

And they're all trying to figure out -- I think the level of understanding of hydrogen is sort of where people were 15 to 17 years ago on renewables when you're in the utility industry. I mean very sophisticated. Next era, super sophisticated. But others, I think, still trying to learn it and understand it and figure out how to deploy that for the benefit of the customer.

But there is zero resistance, zero resistance from the utilities to energy transition stuff. The resistance that you find with the utilities is just around managing costs for rate payers, which is an issue in this industry.

And then for the big oil and gas companies, this is adjacent to what they're good at. And so there'll be more and more focus on this area and a desire to participate in this area. And also, people need to figure out a way of these pipeline companies. We got to figure the way to move hydrogen around. So they're logical partners for you.

### Sanjay K. Shrestha
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes. Absolutely. So I think, George, we might not have a lot of time, is the signal I'm getting from Teal here. So just to wrap up, right? I mean, I think cost of capital, despite the near-term environment, should be okay. We will see capital formation with sort of similar cap structure like what we saw in solar and wind, right?

I think -- so now do you envision a scenario where there is a new energy giant that evolves, right, in this whole ecosystem of wind, solar, everything that has happened?

And how do you see that, right? Where does the utility fit? Where does a traditional energy company fit because it's a disruptive technology, if you would, right? A new entrant probably is thinking differently. So how does that ecosystem look like in your mind as a one of the most prominent and a thoughtful banker 10 years out?

### Benjamin Andrew Tainter
*FBR Capital Markets & Co., Research Division*

I think you're going to -- companies that we think are leaders and will continue to grow. NextEra is a very, very good company, very strong, very good new CEO. They are an energy transition super major. Total is very committed to this. They've got -- I mean, they're still in traditional energy, but their migration to -- in the energy transition will continue to grow.

I think that there are 1 or 2 other -- 3 other large oil companies who -- BP, Shell, all our -- BP just bought Archaea yesterday, the day before.

And then there's going to -- I'm not sure, but some -- there's going to be some others who emerge in the area that don't exist yet because the total addressable market is so large. So your total addressable market is enormous. It's not inconceivable to see you filling up a large portion of that total addressable market.

If you capitalize that future prospect and bring it back to today, the market still isn't recognizing your value potential. So I don't -- the answer is I don't know, but I think some of these big traditional energy companies are going to fill this space because of the complexity of the projects, the need to be able to gather capital to take a lot of risk -- construction risk and things like that.

### Sanjay K. Shrestha
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes. And as you said, we were at one of those biggest [ places ] as well, and that's what we're trying to do. That's the work we're trying to accomplish. George, well, thank you so much for taking the trip and being here with us today. Thank you so much.

### Paul B. Middleton

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Executive VP & CFO*

So being the CFO for Plug Power is really difficult. And I have to talk in forms like this about what we're going to do. I've got stakeholders here and watching the video that are really interested about when we're going to make money. I've got customers that don't want us to make any money. And I got my SEC counsel that doesn't want me to say anything.

So I have to figure out how to navigate all that, which is really, really difficult, but I'm going to do my best. So I want to share a little bit more insight on our financial outlook for the plans that we've been talking about today.

When you think about how big these markets are that everyone has been talking about, the foundation that Plug has established, the penetration that Plug has already made and the differentiated position the plug has and can leverage, going forward, achieving our growth targets of $5 billion in '26 and $20 billion in 2030 seems very reasonable.

To support our growth, we have built a strong platform, which has helped us meet our financial targets. I wanted to go forward, you're moving it. She's adjusting my script here, you have to bear with me.

That includes a broad foundation of technologies that enable in our early adoption deep relationships with multiple industry leaders, new investments that are expanding our geographic and industry footprints and a strong cost discipline that continues to drive down the total cost of ownership.

Last week, we shared some emerging headwinds in '22, where we could possibly be 5% to 10% below our previous full-year guidance for '22, driven from some supply chain issues and some large -- some large projects that may slide to '23.

We're working hard to deliver our guidance that we had previously shared, but we thought it was prudent to share those insights as they were emerging. But what's important to note is even at the lower end of what we shared, we would still achieve 60% growth year-over-year.

As we sit today, our revenue forecast for '23 is $1.4 billion. And this represents growth in a number of new markets and products like electrolyzers, stationary power, on-road, green hydrogen as well as growth in our well-established material handling business. For '23, we also see progress in our gross margin and cash generation rate. This stems from near-term step-function cost improvements.

In electrolyzer, for example, we will be increasing production tenfold over 2022, driven from substantial increase in direct sales as well as for demand for our own green hydrogen platform. In fuel, as Sanjay conveyed, this will be a breakout year as we turn on the new green hydrogen platforms and take advantage of the PTC credit. In service, we're seeing strong performance in new unit profiles as well as all of the reliability investments we've been making in our legacy fleet.

There's always many puts and takes to any forecast like actual volume rates, market conditions and in Plug's case, noncash customer warrant charges. But given the fourth quarter 2023 forecast, we could end the year with a quarterly run rate and gross margin of 20% and breakeven OI, which would be a huge milestone and will be a big milestone for Plug.

As we look to '26 in reaching $5 billion, we anticipate a continued growth rate of 50% per annum, yielding over 5x growth from today. For last year's guidance of '25 at $3 billion, we now think that that's probably going to be up 10% to 15%. Our outlook suggests that we're on track for -- and maybe even a little bit ahead of our path for 2026. And for 2030, we anticipate growing up to $20 billion, given the rapidly growing pipeline.

And this top line growth is complemented by all the joint ventures that we're participating in, which we anticipate will grow and scale to as high as in maybe north of 20% of Plug's wholly owned operations. And these joint ventures opportunities not only provide investment returns for Plug but because we will share supply chains and sourcing strategies that will impact Plug's margin profile as well.

You can see Gerry and I really smiling over there that how happy we are with all that news. We're the only two without our hands up, so it's regarded, I guess. Backdropping our growth forecast for a number of

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

market tailwinds like regulatory accelerators that we've talked about today, social pool and total cost of ownership curves driving increased demand.

The recent hydrogen legislation in the U.S. is helping accelerate adoption, and we continue to see substantial support emerging from countries around the world, as we talked about earlier. And as you've heard today, we continue to build on our foundation and expand our commercial relationships. It should increase our addressable market, accelerate adoption and continue improving our margin profile on the way.

'22 has been an inflection point on many facets with new products and new markets, but one interesting accomplishment in development has been Plug's geographic expansion. This year, over 25% of our sales are outside the U.S. And we envision approaching in 2030 that it will be over 35%.

If you factor in our joint ventures on a global basis, on a global basis, we could have greater than 50% of our commercial success associated with activities outside the U.S. Our team talked today about our specific plans to grow our very markets, and there are some commonality in themes.

We need to build on our strong market channels and customer relationships, continue investing in our capabilities, be flexible in our business models to improve market accessibility. And we need to stay focused on the maximizing the customer experience. We have clear visibilities on these strategies and clarity on how to execute. And when we look at our gross margin and OpEx leverage, we should see growth in both.

This will stem from many factors. We're scaling our key capacity expansions, which drive leverage. We have continually innovated, improving performance and simplifying designs. We vertically integrated into key components and capabilities, and we've done it with very nominal investment. We've built the global hydrogen supply chain. And in doing so, collaborate with partners to really reduce cost and improve performance.

We've established the green energy hydrogen platform to reduce fuel costs and accelerate innovation. And lastly, we have shown leverage on our cash OpEx base we managed an incremental investment prudently. And we expect these themes to continue as we move forward.

Taking a closer look at our gross margin roadmap, we should have specific initiatives to reduce costs and improve performance further. We've achieved historically a strong margin profile and equipment. And as we scale, we plan to drive continued leverage and continue driving additional design improvements.

And on service, it's really been about reducing parts costs and improving labor leverage. We have improved the designs and maintenance procedures, which reduced parts cost.

We've also more than doubled the number of units [ protects ] since we've launched this offering in 2014, and we expect this trend to continue.

Now to date, on fuel sales, it's been mainly around pass-through activities. The focus going forward, as we've talked today, is on leveraging our new hydrogen platform. And in addition to this, we should see continued leverage on our CapEx supply chain for this new business offering, which also benefits our direct customers, and that's a unique advantage that Plug has.

Since our focus from the start has been on green hydrogen with this platform, we're well positioned to take advantage of the PTC credit. As I mentioned, we expect to see step-function improvements in '23. And based on continued cost discipline and volume growth, we should see ongoing margin enhancement, which can result in a margin rate over 30% in the next 24-plus months.

Given the high level of noncash charges like depreciation, acquisition asset amortization and customer warrant charges, this should result in even faster growth in our operating cash flows. Operating income and cash was really stemmed from gross margin and OpEx leverage. So as we grow the business and drive down cost, this should translate into positive trajectories for both.

Our growth forecast suggests we should achieve positive equilibrium on operating cash flow somewhere in the next 12 to 15 months. And this will be another major milestone for Plug. Our base product in service

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

business has historically not been significantly CapEx intensive, relatively speaking, and we don't think that will change.

It's the hydrogen platform that is CapEx intensive. But fortunately, as we just talked about here, with the previous panel, long-lived infrastructure investments are very attractive to project financing partners. And the interest level that we get have been increasing every year. And this should collectively generate lower cost of capital solutions for us to -- as we look to deploy and leverage these assets.

I sit today with over $5 billion in assets and billions of cash, very well funded to fund our programs and our plans. And I also have very little debt leverage. And so as we turn these plans on next year, our plan is to leverage them and circulate that capital to fund the future programs as we continue moving forward.

Given the megatrends in our market and the foundation we have built, clear strategies we've outlined, we believe our goals for '26 of $5 billion and in 2030 for $20 billion is very attainable. We've proven that scale matters to improve operating leverage. And given our operational investments and capabilities, and cost-down strategies, we are equally confident in our ability to improve margin and achieve our targets.

I want to thank you for your time today. I hope that was everything that you were waiting for to hear from me. And I think we're moving on to questions. Andy, is that right? That's the next thing?

**Andrew J. Marsh**
*President, CEO & Director*

Correct. We've talked for about 3.5 hours, and we'd like to hear from you. Folks who are online, Preeti is taking questions online. But for those in the audience, we have a microphone up there. And don't be shy and go up and ask us questions.

We love -- we love hearing even your questions, your views, and it's really always helpful. So please come up with your questions, but I know we've already gotten a few online.
You want to ask one of us a question? Why don't you give Mr. Ole one first?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION |  OCT 19, 2022

# Question and Answer

**Preeti Pande**
*Chief Marketing Officer*

Ole, There's one right here for you. How do you win Plug electrolyzer opportunities? Why will you win?

**Ole Hoefelmann**

Yes, I think that's a good question. So as we look at -- again, at the skill system we've developed and the conversations we're having with our customers, and the question that I usually end up getting is how does your technology compared with other technology. The way we end up winning is engaging with the customer on discussing really the total solution and understanding really the customer's final operation.

A simple example is when you talk to an ammonia customer about their process, it's an industrial process. It's a process that runs continuously. And then you have a conversation on the electrolyzer. And the next conversation with them is around the energy profile and understanding how does the hydrogen that I'm producing for the -- on the electrolyzer side feed into the ammonia process?

So really the conversations we're having with our customers are beyond simply "Here's the electrolyzer. Here is the cost for the unit itself," but it's really the discussion that we have and the engagement that we have on defining the solution with the customer. And today, we've been very successful in getting a good part of the market on that.

**Andrew J. Marsh**
*President, CEO & Director*

So don't be shy. If you do have a question, please come on up. But -- we got one?

**Unknown Analyst**

[ Enrique from Avangrid ]. We have talked a little bit about supply chain and supply chain constraints. I'd like to know how you're approaching these issues with supply chain? How are you moving on that?

**Andrew J. Marsh**
*President, CEO & Director*

That's going to be our good buddy Head of Operations, Dave.

**David P. Waldek**
*Former Interim Chief Financial Officer*

So that's a hard one right off the bat. So -- but expected. We're working to -- I mean, we have to remember that what we're doing, nobody else is doing at this scale, right? It's not -- no one is even attempting to do it at this scale. So we're currently in the process of working with a lot of different suppliers and trying to increase their capability while we're also increasing our capability here from an investment perspective.

So it's going to be -- it's a journey. And I believe that we're taking the right steps right now, and we're going to continue to stay ahead of it. Our supply chain team and our leader in supply chain is world-class. And we will start to knock these things off, right? So we have some strategic partnerships and things that we're looking at right now to entering into like across North America and also in Europe.

That will open us up while we also are focusing on building the entire infrastructure, right? So like we're looking at doing what's best for Plug, but it's also what's going to be best for the hydrogen economy overall.

**Andrew J. Marsh**
*President, CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Dave, I think maybe also -- maybe give an example, I know with the electrolyzer work, there's a lot of examples of what you've been working on to bring suppliers up.

**David P. Waldek**
*Former Interim Chief Financial Officer*

Yes. So our electrolyzer design is the first of its kind, really, right? So we're working with some suppliers here locally in New York State. And we're taking these designs that are the first of their kind and are really world-class. And we're working with the suppliers to increase their capability to make it easier for them to manufacture some things that, quite frankly, are difficult but not impossible, right?

So I mean, Dan's [ feeling it ] every day. We talk about it every day. But when we look at some of these core competencies and what we're trying to build out within the supply chain, it's both about figuring out what the next best thing from a technology perspective is. We'll also being responsible in making sure that we're making the right choices from both a cost and a scale perspective.

So some suppliers up here in New York State as far as [ Appcarb ] and -- or Americarb, I'm sorry, and some of the other GDL suppliers outside of just [ Freightinberg ] to make sure that we're setting ourselves up to scale appropriately is what we're working on today.

**Andrew J. Marsh**
*President, CEO & Director*

Preeti, what do you got?

**Preeti Pande**
*Chief Marketing Officer*

So Andy, a lot of questions about the market being very attractive for new entrants. Do we think that our integrated model will help us scale the business and build a durable competitive advantage versus everybody else is trying to get in?

**Andrew J. Marsh**
*President, CEO & Director*

That's a real good question. Maybe I'll duck that one and let one of my team. But when I think about it, the advantage comes from, first, the resources the company has put in place. And those resources actually has a lot to do with the knowledge that's been accumulated not only at their time at Plug, but over the years. Now you had Dan talk -- Dan has been doing this for 30 years.

And the knowledge base that we start from gives us a distinct advantage. I think the second item is that -- I'm going to make a pretty bold statement. Plug's been pretty right over the last 15 years about what markets make sense and what markets don't make sense.

And we've made the investments [Audio Gap] ecosystem and the importance of hydrogen and then really green hydrogen and how we're using our investment dollars to really get a head start over everyone.

And that ability to think from a system approach, not only from what we say, but I think today, you should have gotten a sense we really know how to listen. We may have been right on many things, but it's really we're right because we listen to great customers.

Many of them are here today. I saw my friends with Walmart, my friends from Amazon. I've seen our friends from [ FreezePak ], partners like HYVIA. That ability to listen and understand really gives us a distinct advantage. And then on top of that, I got great technologies. I have a CTO organization that's led by Tim Cortes.

I sit back and we're involved. And people may want to think why are these guys hanging out in airplanes or hanging out in the airplanes because we're really learning about technologies for the future. We have packed so on low-weight plates, which are really unique. We're really thinking through weight, efficiency, size, all the key items that will allow us to continue to expand and be the true leader in this industry.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And it looks like we got another question at the microphone.

**Unknown Analyst**

I have two questions, actually. This is Arvind [ Mahendran ] from [ MART ] Corporation. We are a supplier to Plug. Thank you for great symposium. Maybe first question for Paul. You talked about the revenue projections. Could you shed light on maybe the breakdown electrolyzers versus fuel cells, that $20 billion in 2030, what do you expect?

**Paul B. Middleton**
*Executive VP & CFO*

Yes. I think we probably didn't do a good enough job on the chart. We have a chart in there that shows that mix. But I think what you'll see is over the '26 and on into 2030, green hydrogen and electrolyzers are going to grow by and far to be a bigger portion of our business. That's really where -- I mean the material handling and new applications are going to grow substantially. But I would say this, I'm going to preface it with this.

It's unbelievable. If you go back a year ago, none of us thought stationary so as they thought today was going to be as big as it's going to be. So that change -- our view on this could change, depending on how that market unfolds.

But when you look at it, I think if you look at those projections, it goes out, it's like 60%, 70% of what those numbers are, even though those other base businesses are growing in terms of what we're seeing right now.

**Andrew J. Marsh**
*President, CEO & Director*

I think Sanjay, you showed $3.9 billion?

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

That's right.

**Andrew J. Marsh**
*President, CEO & Director*

I think Ole, you showed $7.3 billion.

**Ole Hoefelmann**

By 2030.

**Andrew J. Marsh**
*President, CEO & Director*

Jose, I think the rest is you -- when I think about the 1/3 of that material handling, the other 2/3 are new mark markets. Yes, especially with the stationary products. I think that's how we see the mix.

**Unknown Analyst**

Great. My second question is on IP. You touched upon it previously. How important is intellectual property coverage for Plug and maybe even others in this industry?

**Andrew J. Marsh**
*President, CEO & Director*

I'm going to make my CTO answer that one. You have to project, Tim.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Or go to the mic.

**Andrew J. Marsh**
*President, CEO & Director*

Or go to the mic. They're laughing over there.

**Tim Cortes**
*Chief Technology Officer*

Thanks for the question. We've been spending a lot of time in the last couple of years looking at our IP portfolio, which consists of not only patents and trade secrets, but also the other IP that's part of our business particularly in manufacturing, right? There's a lot of IP that's not necessarily patents, but -- and trade secrets, but how we operate, how we -- what our procedures are, how we actually build things. They're really critical to us.

So what we've done is we've actually put together a team that actually reviews patents on a regular basis. We have a process in place where we encourage employees that are working on technology and innovation to put forward ideas so we can actually evaluate, and we really want to drive that portfolio of patent as we look forward.

We're in the process of doing some economic value assessment of that as well, so we can understand really what does our portfolio mean to the enterprise. And we've been doing a lot to try and spur that and drive that from an innovation perspective because that is one of our cultural values at Plug is innovation. It's really important -- and -- but I also tell my team, technology without driving and being supportive of the business is just -- we're not going to do that just for technology's sake. It's really about how do we have solutions, how do we have economic value and how do we help our customers solve their solutions.

**Andrew J. Marsh**
*President, CEO & Director*

You got another one online, Preeti?

**Preeti Pande**
*Chief Marketing Officer*

Sure, Andy. So what is Plug doing? It's like thinking about salt caverns today, and how about pipelines?

**Andrew J. Marsh**
*President, CEO & Director*

You want to give that one, Sanjay?

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes, sure. So just repeat the question.

**Andrew J. Marsh**
*President, CEO & Director*

Salt caverns.

**Preeti Pande**
*Chief Marketing Officer*

Salt caverns, pipelines.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes. So again, as I briefly mentioned during the prepared remarks earlier, we actually do have a lot of work going on, both on the pipeline as well as on the cavern side. Now we want to be thoughtful about

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it, right, because it doesn't make a lot of sense to just go and do a small distance pipeline, 2- or 4-inch diameter pipeline. You got to really think about where the optimal solution comes into play. Because pipeline delivery, we compare that to how does that look like versus doing a liquid delivery from an on-road perspective where the economics start to change.

So we do have a lot of activity going on in the pipeline area. We're talking to a lot of players and trying to think about who might actually and how many of them could potentially be ideal partners for us. Now on the salt cavern side, the same thing. We actually have multiple partners we're working with. As a matter of fact, evaluating some real projects and thinking through, are we going to look at salt cavern as energy storage solution to think about firming the grid? Is that going to be somewhere where we think about a geological formation where you've got a massive wind farm, massive 12-inch pipeline, moving a lot of green hydrogen? Then the salt cavern as a storage solution to firm the grid create that resiliency.

And again, salt cavern and a lot of storage for hydrogen is not a new concept. It's been done before. There are some of those existing ones. So give us a couple of quarters. I think we'll be able to talk a lot more about it in a lot more concrete way because I don't want to jump the gun, but there is a tremendous amount of work going on in both of those areas for us.

**Andrew J. Marsh**
*President, CEO & Director*

It looks like we have another question from a long-term investor.

**Unknown Shareholder**

How are you down guys? Congratulations on all the successes this year. You've proven the financial and business use cases with material handling with larger warehouses, distribution centers, Amazon and Walmart and those customers. Now you're looking at getting into the smaller warehouses. When might we see some of that revenue stream coming in and how big of a revenue stream might that be? And I think a lot of us are interested when we might hear something on the Class 8 side.

**Andrew J. Marsh**
*President, CEO & Director*

I'll take the Class -- I'll let you handle the first one and I'll take the Class 8.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

So for Material Handling, I understand the question is when are we going to see revenues or the revenue stream for the smaller sites, right?

**Unknown Shareholder**

Yes.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

So we are already seeing some revenue from the smaller sites this year. One of the mixes that we're seeing this year is that revenue that comes from non-pedestal customers is growing greatly, thanks to specifically those type of customers that are smaller customers. They are doubling our addressable market. I'm expecting that, next year, we will see even more so of that.

One, because of new solutions, as I said before, that we have for those customers that are smaller, more tailored hydrogen infrastructure solutions. But also because of the hydrogen that we're going to be producing ourselves is going to be much more competitive, and we're going to be able to penetrate much more in those markets. So we see already some of that, and it would be growing much more in 2023 and 2024.

**Andrew J. Marsh**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLUG POWER INC. COMPANY CONFERENCE PRESENTATION | OCT 19, 2022

*President, CEO & Director*

So on the Class 8 vehicles, we've been cautious. And the relationship you see out there with our vehicle with Renault is really the type of relationship we think about. And why does this relationship with Renault work? And it's really -- I had one of our pedestal customers at the facility in France.

And we spent most of the time talking about not just the vehicle, but how you service that vehicle, what the dealer network looks like for the vehicles. And I don't think you can be successful in the vehicle market unless you put all 3 pieces together. And so -- and on top of that, we need your fuel, and that's a real advantage. So everything we do is very, very thoughtful around that.

There are 40 specs that went out that have technology. Very few of those specs have that whole system. And what we've learned when you listen to us talk about the hydrogen ecosystem, we need a partner who can help provide the whole system. We can provide hydrogen, we can provide fuel cells. We don't have the service network that can support that today.

We don't have that dealer network and those relationships at the local level you require. That's the amazing thing about Renault. There are probably 200 people that are talking to about those vehicles that come from their dealer network. If a vehicle needs to be serviced, they know how to get it done. That's why that partnership works, and any partnership we do has to include that.

And by the way, how -- you can -- every 1,000 trucks is about 35 tons of hydrogen?

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

That's more [ about it ].

**Andrew J. Marsh**
*President, CEO & Director*

We -- more? Well, I listen to the customer. And I do. That's -- so that's kind of how we view the world. What else we got, Preeti?

**Preeti Pande**
*Chief Marketing Officer*

All right. So Andy, here's a good question. So there's a good chance the dynamics in the House and Senate change. Thoughts on how this might affect hydrogen policy and deployment of hydrogen in the U.S.

**Andrew J. Marsh**
*President, CEO & Director*

You want to go to the microphone?

**Unknown Executive**

Yes, just to [indiscernible]. The good news for us is that hydrogen is 100% a bipartisan issue. And we're really pleased to say that and experience has told us so. Also, I referenced when I was talking earlier the Bipartisan Infrastructure Act that brought parties together. And so there may be a change in dynamics in the House, maybe in the Senate. And we also -- we have great relationships. It's worked well for us in the last couple of years.

We've got leader Schumer who you talked about, also Congressman Morelle, who represents Rochester area, Congressman Tanko, who represents our Latham facility. But we also have great partners all over the country who are both parties. And when we were working on the investment tax credit for the fuel cells back when, it was clear that both parties came together to fix the issue. They made a commitment to work together, and we're going to see that kind of support as well. And Andy, I'm going to pass it back over to you because you've had some really great conversations with Republicans as well as Democrats.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. So hydrogen is not nearly as, quite honestly, as controversial with solar can be sometimes. I am -- if you really think about the kind of senators I speak with, they come from places like Louisiana where we're building a plant, from places like New Mexico, from West Virginia, from Wyoming. These are traditional fossil fuel states.

Hydrogen looks a lot like what they do. Sanjay and I think George mentioned the importance of pipelines. You talk to people like Senator Manchin. Pipelines are critical and create lots of jobs. And probably the one the big difference about hydrogen versus some of the other technologies is it does create lots of jobs.

Creates jobs and pipelines. It creates jobs. You see these trailers and delivery of hydrogen. You see more people at plants to maintain them. It is a job creator. It also looks -- I made the statement, and I don't know if you caught it, about 25% of Plug's employees come from the oil and gas industry.

We've transformed 300 people between the Netherlands and India from being fossil fuel folks developing products to creating renewable hydrogen products. Those skill sets are completely transferable, and that's attractive to fossil fuel states. So when you're in the Senator from Kentucky's office, I won't say which one, he will -- they will tell you that they know the transition is coming.

And they understand that hydrogen is much more natural transition for their economy than maybe some of the other alternative energy solutions. By the way, they're also really smart. I'm stunned with Senator Casey from Louisiana. He knows the difference between liquid hydrogen, gases, hydrogen, green ammonia, green methanol, how they all fit together. These folks really understand energy, they really understand hydrogen.

And it looks like we got another question.

**Bridget van Dorsten**

Bridget van Dorsten with Wood Mackenzie. Thank you for your presentation so far. Considering all of the gigawatt announcements that we see in the news, it was really wonderful to see the study with McDermott that you did about the 1-gigawatt concept facility. I was wondering if you might be able to speak to the economies of scale that could be achieved when going from 120-megawatt-size plants to 1-gigawatt-size plants, particularly with the balance of plant.

**Andrew J. Marsh**
*President, CEO & Director*

So you want to take a shot, Ole?

**Dirk Ole Hoefelmann**
*Executive VP & GM of Electrolyzers*

Sure. Yes, that's a good question. So what I showed you earlier today is that we were basing our 120-megawatt system on the 10-megawatt array, and that has an anode vessel for the hydrogen attached to it. When we look at large plants, and now I imagine you're replicating that 100x for a gigawatt facility, when we look at larger plants, we're looking at the array that we designed and trying to see what could be moved off of that so that when you look at really the technology that we provide, the connection to the stack itself, it's minimal.

It's really just the electricity and the water that gets to it. And then when you look at the outside of the facility, let's look at pumps, let's look at gas treatment, let's look at the cooling side of things and scale that up. Today, a lot of our innovation has been, let's start with a stack and work outward from there. We now start looking at thinking of the next phase, and that's why I said after the video, okay, I'll be back next year and it will be different. We're already thinking about, okay, what do I have where I thought inside out that I need to be looking from the outside in?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So as Andy was saying, we have a lot of people that come from the oil and gas industry. They're looking at what sizes exist already in pumps, in water treatment, in hydrogen treatment, and then work from those out toward our stack. So I expect you'll see then a lot of improvement from that on the cost side.

**Andrew J. Marsh**
*President, CEO & Director*

Sanjay, you may -- because you made a statement about gigawatt-size plants too.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes. So again, just to add to what Ole said, right? Some of the other areas where I think not even just the balance of plant, how do you even think about power supply, right? How do you actually think about standardizing that, thinking about getting the supply chain benefit for that. How do you actually also start thinking about rectifiers, right?

Should we be thinking about bigger than 5-megawatt rectifiers because that's the largest you get from the solar industry right now? If we do a 10-megawatt sketch, should we be thinking about what else can we do there, right? And then another thing that we can optimize and avoid with some of the work that we're doing in our green hydrogen plant is the hydrogen that comes out of the electrolyzer. It comes at 40 bars.

So you don't need the compression before it goes into the liquefaction, right? So there are things that we can do. So when you go from that 15 to 45 to 75 to then, again, this gigawatt-scale plant, it's I think going to be continuous progress with the balance of plant. We're going to keep learning. We're going to keep optimizing. And as you know, our goal is pretty straightforward: keep driving the cost down. Right? So that's what I would say.

**Andrew J. Marsh**
*President, CEO & Director*

Thank you. It looks like we got another question from the floor.

**Unknown Analyst**

[ Kevin Imodio ]. A quick question. I saw the announcement about the Plug All-In-One. And I was just curious about what the demand for that is that you guys are seeing potential profitability that you guys see from that market.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Plug-Olin?

**Andrew J. Marsh**
*President, CEO & Director*

The Plug-Olin announcement...

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Yes, sure. So again, I think we've been working with Olin now for quite some time. So our plant in Tennessee is also the -- where the Olin is our partner. We get the feed gas from them there, right? So now we're building this plant in St. Gabe, Louisiana. And by the way, we're going to get this plant done very, very fast. It's almost a replica of what we're doing in Tennessee.

Now we could sell out that plant completely today if we wanted to. We have demand for that. And the pricing actually is very, very attractive based on what the cost is going to look like, right? So it will actually be in line with the gross margin target that we have highlighted of 30%. Okay. Now one of the things that

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Olin and we're trying to do is the CI score for that plant is not as attractive as the CI score for some of our green hydrogen plant.

So how do we collaborate, how do we think about driving the CI score down so that we can also optimize production tax together for partnership? And if that were to happen, if we can really optimize that, the profitability, if anything, goes up. We don't need that production tax credit for it to get to that 30% kind of a gross margin numbers, but we could actually take that number up.

And don't be surprised, as we said in the press release, hopefully, there is more to come. It's been a good partnership, and we'll continue to expand that relationship.

**Unknown Analyst**

Thank you. And just to clarify, there was a Plug All-In-One like...

**Preeti Pande**
*Chief Marketing Officer*

All-In-One product, Jose.

**Andrew J. Marsh**
*President, CEO & Director*

Yes, the All-In-One product.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

All-In-One?

**Preeti Pande**
*Chief Marketing Officer*

All-In-One product, yes.

**Andrew J. Marsh**
*President, CEO & Director*

I get it. Not the Plug-Olin partnership.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Oh, the Plug-Olin. It wasn't the Plug-Olin partnership you're...

**Andrew J. Marsh**
*President, CEO & Director*

He's not sure about the answer. How about that?

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

That was a good answer, too.

**Andrew J. Marsh**
*President, CEO & Director*

Do you want to talk about it, Preeti? Preeti, you want to take a shot at that one?

**Preeti Pande**
*Chief Marketing Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So there is -- clearly, this goes back to a question that came up, which was what are we doing about smaller sites with smaller fleets. So how do we make bringing hydrogen to the site more economical? So we've developed a product that has an electrolyzer that will be generating hydrogen on site, and that helps the economics for smaller sites.

So we've announced the product recently. And it was actually put in place because we had an interest from our customers. So it's -- we're ramping up. The interest is ramping up, and we're getting interest from customers.

**Andrew J. Marsh**
*President, CEO & Director*

But the Olin's a good deal too.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

It was a good question to answer.

**Andrew J. Marsh**
*President, CEO & Director*

What else we got online, Preeti?

**Preeti Pande**
*Chief Marketing Officer*

Andy, a good question here. Because of the war in Ukraine and other issues, do you see increasing energy prices or lack of access to energy having any effect on the rate and pace of energy transition in Europe? And you were just there recently. So...

**Andrew J. Marsh**
*President, CEO & Director*

I think it's a real -- and the question has to do with the energy transition. I had the wonderful opportunity to meet with the members of parliament of the EU. I was invited to have lunch with the 5 members of the Industry and Energy Committee. And that was really the heart of the discussion. And on the positive, there were representatives from Germany there. They felt comfortable that the heating issue was going to be not a big problem this winter.

But most of the discussion was about how Plug could help build plants more rapidly, especially we had lots of discussions where you want to build in Europe today. We have the wonderful deal with Acciona, Jose. You can do solar $25 a megawatt that works. Benjamin has lots of activity going on, and we talked to MPs from Sweden about using hydropower in Northern Sweden to bring that down into Central Europe.

Leveraging electrolyzers, essentially very much like what we're doing in New York. Finland has an incredibly aggressive plan about how to become a major energy supplier from Europe. Denmark, we've met with them. I have some friends from the Atlantic Council here who we met with the leadership in Denmark, where they're looking to do 30 gigawatts in the Baltics as well as more in the North Sea with electrolyzers. That investment is continuing.

And you heard from Benjamin when he was speaking, the Inflation Reduction Act really is also driving simplification in Europe. So I believe in Europe, what you're going to see is, and you can see the northern tier, the Nordics in Europe are really aggressive about how they become net exporters of energy using their wind power. Places like Spain are looking how they become net exporters using solar power.

And I think that equation works right. I mean for the United States, the big opportunity, quite honestly, is that along with Chile, Australia, we're becoming -- we are the low-cost producer of green hydrogen and green ammonia. And Europe recognizes that and expects to get half their needs from the rest of the world. And I'm being provocative here, but I think Europe is beginning to absolutely understand they want

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to depend on reliable partners who are engaged with the same -- have the same national security issues that we have in the West.

I've lived through unstable regimes a number of times in my life. I remember 1973, waiting in line for hours for gasoline. 1979, I was -- I have my own car then. I would go to my friends at night at gas stations, pay for it and get gasoline. Europe is going through the same thing in a much larger scale today. And I think there's a recognition they can't be dependent upon these tyrants. And I think that's -- and when you have those discussions, it's clear.

**Preeti Pande**
*Chief Marketing Officer*

We have a...

**Andrew J. Marsh**
*President, CEO & Director*

Yes.

**Unknown Analyst**

Yes. So I have a question about the IRA. The tax credit has a term of 10 years. Do you see a long-term effect after the term ends? And what would be -- if not, what would be the market in the U.S. after the IRA refreshes?

**Andrew J. Marsh**
*President, CEO & Director*

I'm going to give my view. I think that when you look at it, what's our responsibility? And we have a responsibility here to leverage the IRA to scale and drive down costs. And as mentioned earlier, that cost has gone down every time we double the number of units in the field by 25%. So we have an obligation, the leverages, the scale, to help develop our suppliers, to make costs in this industry lower.

That being said, I don't have a crystal ball to 2033, but I would say this. The IRA makes a lot of -- I would contain the IRA is just our nice way to take -- nice way to provide benefits that the oil and gas industry and fossil fuel industry receive today. The fact that they're polluting our air, the fact that they're creating climate change, the fact that they're impacting our health, all those items have a cost.

We don't like to pay taxes in the U.S. and we don't like to put those costs in. And I would contend by 2033, those costs will still be real and that there may have to be, when the world looks at it, some offsets to those costs that are happening. I look out now, beautiful trees, beautiful time up here. It is really important that those climate change gets addressed. But our obligation is we're going to drive down those costs. So hydrogen fuel cells, I worked in wireless industry, are going to be a lot more cost effective.

So I think I'm going to let -- oh, we got another question before I free us all. So go ahead.

**Christopher J. Dendrinos**
*RBC Capital Markets, Research Division*

Chris Dendrinos with RBC. Maybe, I guess, on margins here. Can you maybe speak about the progression, I guess, specifically to the PPA and in the fuel business, what's driving that improvement next year? And then also going back to the prior outlook, I think 30% gross margins in 2025, 17% operating income. That really hasn't changed going into '26 despite the IRA. So maybe just talk about the pieces behind that, why no movement.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. Go ahead, Paul.

**Paul B. Middleton**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Executive VP & CFO*

Well, I want to say I undersell and overdeliver because I usually get yelled at when I don't deliver. So hopefully, that's the case in our numbers. And -- but I would say a couple of things. On the fuel, I think we talked today extensively about the fact we're turning on all this new capacity. It's a dramatic -- I think this is probably one of the underrecognized facts of our fuel proposition.

It's going to be a dramatic differentiated cost structure for us. And so as we turn that on next year and we start selling that fuel, in addition to taking advantage of the PTC, it's a game changer. That's why, I mean, historically, it's been such a drag on what we've been doing. But when Sanjay says we're going to end the year at breakeven to slightly positive on the fuel basis, we still have a big legacy portion that's winding its way through. But it's going to be a step function change. And so that's going to be a huge contributor.

PPA is really 2 things. It's service cost to service those arrangements, which we see it continues to come down. We've got situations where we've put in reliability investments, and it's had a 70% part cost reduction at the sites. And so we've put more resources than we ever have on reliability and improving the performance profiles, and we're seeing dramatic changes. The other piece of PPA cost is the financing cost of those arrangements, to be honest. And we have seen step function benefits from that.

Just moving to the 30 -- back to the 30% ITC. And now as we move into next year, we think we could potentially go into the 40% and maybe 50% and take advantage of those benefits in certain regions. That has a dramatic effect on our cost. Another dynamic that has affected is some of those legacy arrangements have wound down. We've been able to buy back some of those assets, and now we're leveraging them into longer-term agreements, and they become cash cows. So there's a lot of things moving in those pieces. But in terms of the 17% for '26, I think, again, the main thing I would leave you with is hopefully we've undersold and we're going to be prepared to overdeliver.

**Andrew J. Marsh**
*President, CEO & Director*

So thank you. So for those who are here, we had over 250 people register. For those who are online, I really appreciate the time you spent with us today. One of our missions was to show you real things. Lots of people talk about this hydrogen economy, talk about fuel cells. Plug Power does it. You -- I think I started out this discussion by saying you've walked our gigafactory last night, you've talked to experts, which you can't find anywhere else in the world in one building who are really deeply involved in making the technology that we know how to implement lower cost and provide our customers better products.

We do lots of things. You saw our cryogenic capabilities with the trailers. You saw the electrolyzers. You saw the HYVIA van. You also heard testimonies from our customers. People, quite honestly, like working with Plug. I can tell you one of the things I woke up this morning, I said to myself, what's so unusual about this event? I had an analyst say to me last night, you're trusting us with all your customers around? The answer is, yes. We're the kind of folks who want -- who are going to lead this transition, who as my friend Sanjay says, we are creating the company, which is the category leader. It's important that all of you help us.

We need great employees, we need great partners, and many of our partners are here today. We need the financial community. We're not afraid. We're willing to get us all together and help build something special. And Plug is a special company. I've been so fortunate to work here for almost 15 years. I've worked with great people. I've watched great products being developed. We've had great people join us from other companies. This is a unique experience. And it's one that I hope you fully appreciate over the past few days.

In summary, I'd like to thank -- it's not like anybody on this stage, except Preeti did anything to make this event happen. My buddy Teal Hoyos over here, who I've been with most of the last 14 years. Teal has actually done this 4 times for me. I've had great executive assistants over the years. Noelle DiPietro and I've been at it, what, 8 years now, Noelle? And she teases me, I interviewed her, I was wearing a sweatsuit -- sweatpants and sweatsuit when we interviewed for the job. Best EA I've ever had, deeply involved in making all this happen. So I want to thank you, Noelle. Thank you, Teal. I thank all sorts of

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

other people. I know [ Meryl ] is here. It's a large, large team behind Teal, Noelle and Preeti to make this all happen. So I think we're going to feed people again. Right, Noelle?

**Noelle DiPietro**

Yes.

**Andrew J. Marsh**
*President, CEO & Director*

And where are we feeding them?

**Noelle DiPietro**

Right back where they ate breakfast.

**Andrew J. Marsh**
*President, CEO & Director*
Right back where you ate breakfast. I really appreciate all you for coming. I know many of you have come from long distances, from Europe, from New York City, from California, all over the country. Thank you for coming. I really appreciate it.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.