# Exhibit 21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **January 26, 2021**

# Plug Power Inc.
(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **1-34392** | **22-3672377** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **968 Albany Shaker Road, Latham, New York** | **12110** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(518) 782-7700**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | PLUG | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02  Results of Operations and Financial Condition.**

On January 26, 2021, Plug Power Inc., a Delaware corporation (the "Company"), will be hosting a conference call at 8:30 a.m. Eastern Time to provide a business update. The conference call will be available through the Company's website at www.plugpower.com. A copy of the presentation that will be used during the conference call is attached as Exhibit 99.1 to this Current Report on Form 8-K.

The information in this Item 2.02 of this Current Report on Form 8-K, including Exhibits 99.1 hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 7.01 Regulation FD Disclosure.**

The information set forth under Item 2.02 is incorporated by reference into this Item 7.01 of this Current Report on Form 8-K.

The information in this Item 7.01 of this Current Report on Form 8-K shall not be deemed to be "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to the liability of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Title |
| --- | --- |
| 99.1 | Presentation of Plug Power Inc. dated January 26, 2021. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Plug Power Inc.

Date:   January 26, 2021

By:   /s/ Paul Middleton
Name:   Paul Middleton
Title:   Chief Financial Officer

Exhibit 99.1







## 2020: Solidified Global Leadership Position

- **Established Plug as global leader in green hydrogen solutions**
  Strategic acquisitions and partnerships

- **Continued to expand in core market of material handling**
  Added 4th pedestal customer

- **Expanded presence in on-road applications**
  Agreement to establish a joint venture with Renault and other partnerships

- **Expanded global presence in hydrogen economy**
  Strategic investment from SK to establish a joint venture targeting select Asian markets

- **Exceeded 2020 gross billings target and raising 2021 estimates**
  Increasing 2024 gross billings target by >40%



PLUG POWER

## Raising Green Hydrogen Generation Targets

- Build the first green hydrogen generation network across the United States

- Targeting multiple green hydrogen plants in North America by 2022

- Raising green hydrogen generation target to 500-tons per day by 2025 and 1000-tons per day before 2028

- Develop appropriate global partnerships to support global expansion

- Expanding presence in Europe and Asia-Pacific



## On-Road and European Expansion: Creation of a 50/50 JV with Groupe Renault (1)

## Plug Power and SK Group Form Strategic Partnership to Accelerate Growth of Hydrogen Economy in Asian Markets (1)



 

✓ On January 6th, 2021, Plug Power and SK Group announced plans to form a strategic partnership and joint venture

✓ The partnership includes a $1.5Bn strategic investment from SK Group into Plug Power

✓ SK Group is one of the leading South Korean conglomerates with a significant presence throughout Asia's energy industry

✓ The partnership looks to leverage SK's leadership in chemicals, petroleum and energy as well as Plug's leading hydrogen platform

✓ Together, the companies look to accelerate the growth of the hydrogen economy and establish a foothold in the rapidly growing Asian markets

### South Korean Government's 2040 Targets [2]

- 6MM+ hydrogen fuel cell vehicles
- 1,200 hydrogen refueling stations
- 15,000 MW stationary hydrogen fuel cell capacity
- 5MM+ tons of hydrogen produced per year
- ~US$40Bn cumulative economic value

### Partnership Target Areas

 +  +

| Fuel Cells Systems | Fueling Infrastructure | Electrolyzers + Green Hydrogen |

Notes:
1. Strategic equity investment is expected to close in the first quarter of 2021. We cannot assure you that the strategic equity investment will close on the anticipated schedule or at all
2. Based on South Korea Ministry of Trade Industry and Energy, Hydrogen Economy Roadmap, published in January 2019









PLUG POWER

Corporate Headquarters
968 Albany Shaker Road, Latham, NY 12110

plugpower.com