# Exhibit 23



# News Details

View All News  →

## Plug Power Breaks Ground on Green Hydrogen Production Plant in Georgia

August 10, 2021

The plant will produce 15 tons per day of liquid green hydrogen made with 100% renewable energy
LATHAM, N.Y., Aug. 10, 2021 (GLOBE NEWSWIRE) -- Plug Power Inc. (NASDAQ: PLUG), a leading provider of turnkey hydrogen solutions for the global green hydrogen economy, broke ground on the site of a green hydrogen production plant in Camden County, Ga., where 15 tons of liquid green hydrogen will be produced per day.

By investing $84 million into the facility, Plug Power affirms its continued commitment to establishing the first North American green hydrogen supply network. The plant, which will serve customers in the southeastern U.S., will produce liquid green hydrogen using 100% renewable energy with the help of at least 24 full-time, local employees.

Plug Power is already the largest buyer of liquid hydrogen globally and has built more hydrogen refueling stations than any other company in the world. Experts forecast green hydrogen will play an essential role in meeting greenhouse gas emissions targets worldwide, particularly in the transportation and logistics sectors. Exponential growth in the hydrogen economy is expected to accelerate, reaching up to 500 to 800 million tons used per year by 2050 and supplying 20% of global energy demand.

Andy Marsh, CEO of Plug Power, said the location of the plant is a part of the company's larger strategic plan to offer green hydrogen that is cost-competitive with fossil fuel energy to its customers looking to meet their sustainability goals.

"Green hydrogen is the environmentally conscious solution companies need and want," Marsh said. "Plug Power's investment in this facility is an investment in Georgia — and an investment in our customers and the future world we want to live in."

Sanjay Shrestha, general manager of energy solutions and chief strategy officer for Plug Power, said the Georgia production plant signifies the company's deep commitment to the region and its customers.

"Plug Power's newest production plant is a result of increasing customer demand," Shrestha said. "More and more, customers are expressing their commitment to green hydrogen solutions. This Georgia plant is an important step for developing North America's first force-majeure resilient green hydrogen supply network. This helps Plug Power, our customers and, more importantly, the broader hydrogen economy."

The groundbreaking of the plant also serves as a milestone for local and state officials who have worked to attract more innovative jobs to the region.

The Georgia gas production plant is expected to be completed by the end of this year.

**About Plug Power Inc.**
Plug Power is building the hydrogen economy as the leading provider of comprehensive hydrogen fuel cell (HFC) turnkey solutions. The Company's innovative technology powers electric motors with hydrogen fuel cells amid an ongoing paradigm shift in the power, energy, and transportation industries to address climate change and energy security, while providing efficiency gains and meeting sustainability goals. Plug Power created the first commercially viable market for hydrogen fuel cell (HFC) technology. As a result, the Company has deployed over 40,000 fuel cell systems for e-mobility, more than anyone else in the world, and has become the largest buyer of liquid hydrogen, having built and operated a hydrogen highway across North America. Plug Power delivers a significant value proposition to end-customers, including meaningful environmental benefits, efficiency gains, fast fueling, and lower operational costs. Plug Power's vertically-integrated GenKey solution ties together all critical elements to power, fuel, and provide service to customers such as Amazon, BMW, The Southern Company, Carrefour, and Walmart. The Company is now leveraging its know-how, modular product architecture and foundational customers to rapidly expand into other key markets including zero-emission on-road vehicles, robotics, and data centers.

*Plug Power Safe Harbor Statement*
This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc.("PLUG"), including but not limited to statements about PLUG's expectations regarding its multi-year investment and growth, PLUG's clean hydrogen technology and fuel cell solutions playing a critical role in achieving climate and decarbonization goals, deepening of relationships with key stakeholders, and acceleration of demand and adoption of hydrogen technology. You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2020. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

**Media Contact**

Caitlin Coffee
Allison+Partners
plugPR@allisonpr.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/abc2803d-8ae9-47af-9f4a-95be369fe8ad



Source: Plug Power, Inc.

View All News  →

Plug Power Green Hydrogen Network



USA's First Green Hydrogen Network: by Plug Power Inc.

INVESTOR FAQS ›

INFORMATION REQUEST FORM ›

## IR Contact

✉ investors@plugpower.com

## Investor Email Alerts

| Enter your Email Address | | Submit |

☐ Press Releases          ☐ End of Day Stock Quote

UNSUBSCRIBE

**About Us**

Green Hydrogen at Work

Culture & Values

Sustainability

Leadership

Customers

Partners

Careers at Plug

Store

**Services**

GenKey | Turnkey Implementation

GenCare | Aftermarket Services

Hydrogen Services

**Literature & Resources**

*Get all the technical documentation and resources you need here.*

Learn More

**Investor Relations**

*Get the latest News, Investor Resources, Stock information and more.*

Visit the Investor Relations Site

Copyright 2025© Plug Power Inc.

Home    |    Privacy Policy & Terms of Use    |    Site Map