# EXHIBIT 1



FUEL CELL POWER    HYDROGEN    APPLICATIONS    MEDIA/NEWS    CONTACT US

# News Details



Overview    Why Invest    Stock Info    Financials    Governance    Press Releases    Events & Presentations    Investor Resources    ESG

View All News →

## Plug Power Starts Production of Liquid Green Hydrogen at its Georgia Plant

January 23, 2024

*Landmark Achievement for Plug's Vertically Integrated Green Hydrogen Ecosystem and the Largest Proton Exchange Membrane (PEM) Electrolyzer in the United States*

*Plant is a First-Hand Customer Showcase for Electrolyzer-Produced Hydrogen*

LATHAM, N.Y., Jan. 23, 2024 (GLOBE NEWSWIRE) -- Plug Power Inc. (NASDAQ: PLUG), a global leader in comprehensive hydrogen solutions for the green hydrogen economy, has started operation of the largest liquid green hydrogen plant in the U.S. market.

A truly unique accomplishment, this is the largest electrolytic liquid hydrogen production plant, and largest PEM electrolyzer deployment operating in the U.S., representing a landmark achievement in Plug's build-out of a vertically integrated green hydrogen ecosystem. The plant showcases Plug's own electrolyzer technology, demonstrating first-hand to customers its reliability in producing sustainable fuel.

Located in Woodbine, Georgia, the plant is designed to produce 15 tons per day (TPD) of liquid electrolytic hydrogen – enough to power approximately 15,000 forklifts per day. Through eight 5-megawatt (MW) PEM electrolyzers, water is separated into hydrogen and oxygen. The hydrogen gas is then condensed into liquid form at -423F to be delivered to customers' hydrogen fueling stations through Plug's logistics network using Plug cryogenic trailers.

This new facility will bolster Plug's supply of liquid hydrogen currently being delivered to Plug's pedestal customers for material handling operations, fuel cell electric vehicle fleets, and stationary power applications. Liquid hydrogen production, in addition to the on-going gaseous hydrogen production, is expected to positively impact Plug's bottom line and provide an additional step change in fuel margin expansion.

The addition of this liquid green hydrogen production plant to Plug's electrolyzer, fuel cell, and cryogenic equipment manufacturing facilities enables Plug to further its vision for building a vertically integrated green hydrogen ecosystem, a one-stop shop for producing, liquefying, storing, and transporting hydrogen. The continued build-out of Plug's global hydrogen network allows customers to seamlessly integrate hydrogen into its operations across multiple industries.

Customer demand for green hydrogen has grown as a low-carbon energy source for hard-to-decarbonize industries, such as heavy-duty transportation, heavy manufacturing (steel, cement, aluminum, and chemicals), stationary power generation, and aviation. In addition, hydrogen-supportive policies in both Europe and the U.S. have improved the economic attractiveness of green hydrogen.

"We have achieved a historic milestone for Plug and the entire hydrogen ecosystem," said Andy Marsh, Plug Power CEO. "Bringing this green hydrogen plant online demonstrates that we are the leading builder of global hydrogen infrastructure for supporting customer demand in decarbonizing their operations."

Plug finished the plant at a rapid pace of 18 months, more than two times faster than the three-year industry standard for hydrogen plants. The location of the plant near I-95 (one mile away) and I-10 (20 miles away) enables easy access to commercial and industrial centers, including Plug's pedestal customers throughout the U.S.

The Company has been operating a pilot gaseous hydrogen plant in Georgia using Plug's 5MW electrolyzer platform for over a year now, supporting high pressure tube trailer filling for Plug as well as other customers. The company is doing substantial work on other U.S. based plants, including plants in Louisiana, New York and Texas.

**About Plug**

Plug is building an end-to-end green hydrogen ecosystem, from production, storage, and delivery to energy generation, to help its customers meet their business goals and decarbonize the economy. In creating the first commercially viable market for hydrogen fuel cell technology, the company has deployed more than 60,000 fuel cell systems and over 180 fueling stations, more than anyone else in the world, and is the largest buyer of liquid hydrogen.

With plans to operate a green hydrogen highway across North America and Europe, Plug built a state-of-the-art Gigafactory to produce electrolyzers and fuel cells and is developing multiple green hydrogen production plants targeting commercial operation by year-end 2028. Plug delivers its green hydrogen solutions directly to its customers and through joint venture partners into multiple environments, including material handling, e-mobility, power generation, and industrial applications.

For more information, visit www.plugpower.com.

**Plug Power Safe Harbor Statement**

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("Plug"), including but not limited to, statements about: Plug's ability to build out a vertically integrated green hydrogen ecosystem, including its ability to develop multiple green hydrogen production plants targeting commercial operation by year-end 2028; Plug's electrolyzer technology and reliability in producing sustainable fuel; the production capacity at the Woodbine, Georgia hydrogen plant; Plug's expectation that such facility will bolster its supply of liquid hydrogen being delivered to customers; Plug's expectation that liquid and gaseous hydrogen production will have a positive impact on Plug's bottom line and step change in fuel margin expansion; Plug's continued build-out of its global green hydrogen network and its ability to allow customers to seamlessly integrate hydrogen into their operations across multiple industries; customer demand for green hydrogen; the impact of policies in Europe and the U.S. on the demand for green hydrogen. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2022, Quarterly Reports on Form 10-Q for the quarters ended March 31, 2023, June 30, 2023 and September 30, 2023, and any subsequent filings with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

MEDIA CONTACT

Kristin Monroe

Allison+Partners

plugPR@allisonpr.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/09317373-6a3c-45a2-a729-1e4aaf86e89b



Plug has started operation of the largest liquid green hydrogen plant in the U.S. market



The largest electrolytic liquid hydrogen production plant, and largest PEM electrolyzer deployment operating in the U.S., representing a landmark achievement in Plug's build-out of a vertically integrated hydrogen ecosystem

Source: Plug Power, Inc.

View All News →

**Quick Links**

SEC FILINGS >

INVESTOR FAQS >

INFORMATION REQUEST FORM >

**IR Contact**

✉ investors@plugpower.com

**Investor Email Alerts**

Enter your Email Address

Submit

☐ Press Releases    ☐ End of Day Stock Quote

UNSUBSCRIBE

**About Us**

Green Hydrogen at Work

Culture & Values

Sustainability

Leadership

Customers

Partners

Careers at Plug

Store

**Services**

GenKey | Turnkey Implementation

GenCare | Aftermarket Services

Hydrogen Services

**Literature & Resources**

Get all the technical documentation and resources you need here.

Learn More

**Investor Relations**

Get the latest News, Investor Resources, Stock information and more.

Visit the Investor Relations Site

**Follow Us**

Copyright 2025© Plug Power Inc.

Home | Privacy Policy & Terms of Use | Site Map