UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (JLH) CONSOLIDATED |

## LEAD PLAINTIFFS' NOTICE OF SUBSEQUENT AUTHORITY

Lead Plaintiffs Guy T. Brown and Wesley C. Brown respectfully submit the Memorandum Opinion and Order issued by the U.S. District Court for the District of Columbia in *Hawkins v. Danaher Corp.*, No. 23-02055 (AHA), 2025 WL 2216149 (D.D.C. Aug. 4, 2025) ("Order"), attached hereto as Exhibit A, as subsequent authority for purposes of the pending motion to dismiss Lead Plaintiffs' Second Amended Complaint.  The Order denied in relevant part defendants' motion to dismiss a class-action complaint alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

The Order recognizes that "[c]autionary language cannot be meaningful if it is misleading in light of historical facts."  2025 WL 2216149, at *8 (citing *In re Harman Int'l Indus., Inc. Sec. Litig.*, 791 F.3d 90, 102 (D.C. Cir. 2015), and *Slayton v. Am. Exp. Co.*, 604 F.3d 758, 770 (2d Cir. 2010)).  This principle is consistent with the arguments in Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (D.I. 75) that the safe harbor for forward-looking statements under the Private Securities Litigation Reform Act of 1995 is inapplicable here.  *See* D.I. 75 at 16-17 & n.8.

DATED:  August 8, 2025          **FRIEDLANDER & GORRIS, P.A.**


*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE  19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Desiree Cummings (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
(212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
jzweig@rgrdlaw.com
dcummings@rgrdlaw.com
jaic@rgrdlaw.com

*Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Nathan A. Hasiuk (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com


*Additional Counsel for the Class*