**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE PLUG POWER INC. SECURITIES LITIGATION | C.A. No. 23-409 (JLH) CONSOLIDATED |

## LOCAL RULE 7.1.1 CERTIFICATION

**FRIEDLANDER & GORRIS, P.A.**
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: (302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
Johnston de F. Whitman, Jr. (admitted pro hac vice)
Nathan A. Hasiuk (admitted pro hac vice)
Evan R. Hoey (admitted pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for the Class*

Dated: January 21, 2026

**JOHNSON VAN KWAWEGEN LLP**
Andrew E. Blumberg (Bar No. 6744)
Benjamin Potts (Bar No. 6007)
221 W. 10th Street, Suite 423
Wilmington, DE 19801
Telephone: (302) 330-8010
andrew@jvk-law.com
benjamin@jvk-law.com

**JOHNSON VAN KWAWEGEN LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Desiree Cummings (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
1120 Avenue of the Americas
New York, NY 10036
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com
jai@jvk-law.com

*Proposed Lead Counsel for the Class*

Lead Plaintiffs Guy T. Brown and Wesley C. Brown (together "Lead Plaintiffs") have moved to appoint Johnson Van Kwawegen LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B)(v). D.I. 83. Defendants do not have standing to oppose this motion. *See* 15 U.S.C. §78u-4(a)(3)(B)(v); *Dutton v. Harris Stratex Networks, Inc.*, Civil Action Nos. 08–755–JJF, 08–815–JJF, 2009 WL 1598408, at \*2 n.2 (D. Del Jun. 5, 2009) ("[I]n the Third Circuit, Defendants do not have standing to challenge the appointment of lead plaintiffs or their selection of counsel."). Accordingly, Lead Plaintiffs respectfully submit that the conferral requirement of Local Rule 7.1.1 is inapplicable and should be waived for this motion.

DATED: January 21, 2026

*Of Counsel*

**JOHNSON VAN KWAWEGEN LLP**
Chad Johnson (admitted *pro hac vice*)
Noam Mandel (admitted *pro hac vice*)
Desiree Cummings (admitted *pro hac vice*)
Jonathan Zweig (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
1120 Avenue of the Americas
New York, NY 10036
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com
jai@jvk-law.com

**FRIEDLANDER & GORRIS, P.A.**

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: (302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

**JOHNSON VAN KWAWEGEN LLP**
Andrew E. Blumberg (Bar No. 6744)
Benjamin Potts (Bar No. 6007)
221 W. 10th Street, Suite 423
Wilmington, DE 19801
Telephone: (302) 330-8010
andrew@jvk-law.com
benjamin@jvk-law.com

*Proposed Lead Counsel for the Class*

- 2 -

**KESSLER TOPAZ MELTZER
& CHECK, LLP**
Johnston de F. Whitman, Jr.
(admitted *pro hac vice*)
Nathan A. Hasiuk (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
jwhitman@ktmc.com
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for the Class*

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Christopher H. Lyons (Bar No. 5493)
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: (302) 467-2660
clyons@rgrdlaw.com

*Lead Counsel for the Class*