### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-00409 (JLH) |

### DEFENDANTS' LIMITED RESPONSE TO
### PLAINTIFFS' MOTION TO APPOINT NEW LEAD COUNSEL

Defendant Plug Power Inc. and the individual defendants, Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha, respectfully submit this limited response to plaintiffs' motion to appoint Johnson Van Kwawegen LLP as new lead counsel.  D.I. 84.

Defendants take no position on the Court's approval of lead counsel.  However, defendants respectfully request that any order approving of plaintiffs' selection of counsel provide that any determinations made in connection with that approval are preliminary and limited to the counsel selection process.  Defendants reserve the right to oppose on any ground any motion for class certification, including but not limited to objections based on the adequacy of the named plaintiffs and their chosen counsel.  Defendants also dispute the movants' recitation of the factual background of this case.

Dated: February 3, 2026

Respectfully submitted,

Of Counsel:

DLA PIPER LLP (US)

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

By:   */s/ Ronald N. Brown, III*
     Ronald N. Brown, III (Bar No. 4831)
     ronald.brown@us.dlapiper.com

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000

1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

*Counsel for Defendant Plug Power Inc.*

* Admitted *pro hac vice*

RICHARDS, LAYTON, & FINGER P.A

By:   */s/ Jason J. Rawnsley*
     Rudolf Koch (Bar No. 4947)
     koch@rlf.com
     Jason J. Rawnsley (Bar No. 5379)
     rawnsley@rlf.com

920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants
Andrew Marsh, Paul B. Middleton,
and Sanjay Shrestha*

2