IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re PLUG POWER INC. SECURITIES LITIGATION | Case No. 23-409-JLH |

## ORDER

At Wilmington, this 12th day of February, 2026,

WHEREAS, on June 29, 2023, the Court appointed the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (D.I. 25 at 5);

WHEREAS, since that time, Robbins Geller attorneys Chad Johnson, Noam Mandel, Desiree Cummings, and Jonathan Zweig ("the Lead Attorneys") have led the prosecution of this action (D.I. 84 at 1);

WHEREAS, the Lead Attorneys have now left Robbins Geller and joined the law firm of Johnson Van Kwawegan LLP (D.I. 84 at 1);

WHEREAS, on January 20, 2026, Lead Plaintiffs Guy T. Brown and Wesley C. Brown filed a motion and accompanying brief seeking to appoint Johnson Van Kwawegan LLP as Lead Counsel, replacing Robbins Geller (D.I. 83, 84);

WHEREAS, on February 3, 2026, Defendant Plug Power Inc., along with individual defendants Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha, filed their response and take no position on the Court's approval of lead counsel, except to reserve the right to oppose, on any ground, any subsequent motion for class certification (D.I. 86);

WHEREAS, as before, the Court finds no basis to disturb the PSLRA's "strong presumption" in favor of a lead plaintiff's selection and retention of counsel, *see In re Cendant Corp. Litig.*, 264 F.3d 201, 276 (3d Cir. 2001);

WHEREAS, the approval of a lead plaintiff's choice of counsel is committed to the discretion of the Court, *see Vandevelde v. China Nat. Gas, Inc.*, 277 F.R.D. 126, 131 (D. Del. 2011);

WHEREAS, the Court finds no basis to reject Lead Plaintiffs' choice of counsel where the Lead Attorneys remain the same, and it is only the law firm to which the Lead Attorneys are attached that has changed;

WHEREAS, the Court's previous findings as to the qualifications of Robbins Geller apply equally, in this instance, to the qualifications of Johnson Van Kwawegan LLP (D.I. 25 at 5);

WHEREAS, Robbins Geller supports the substitution of Johnson Van Kwawegan LLP as Lead Counsel and will remain as counsel to facilitate the transfer (D.I. 84 at 3);

NOW, THEREFORE, IT IS HEREBY ORDERED that Johnson Van Kwawegan LLP is appointed as Lead Counsel, replacing Robbins Geller Rudman & Dowd LLP. The latter is hereby terminated as Lead Counsel but shall remain as counsel to facilitate the transfer.

_____
Honorable Jennifer L. Hall
United States District Judge