## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: PLUG POWER INC. SECURITIES
LITIGATION

Case No. 1:23-cv-0409-JLH

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER

Subject to the approval of the Court, lead plaintiffs Guy T. Brown and Wesley C. Brown and defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha, stipulate and agree:

WHEREAS,

A.    In a memorandum order entered on April 20, 2026, the Court granted in part and denied in part the defendants' motion to dismiss the second amended consolidated complaint;

B.    By operation of the Federal Rules of Civil Procedure, the deadline for all defendants to file an answer to the complaint is May 4, 2026. Fed. R. Civ. P. 12(a)(4)(A). Defendants request additional time to prepare their response(s) to the complaint, which spans 251 paragraphs over 101 pages [D.I. 67];

C.    The parties have conferred and, subject to the approval of the Court, have agreed to extend the deadline for all defendants to file their answers to the second amended complaint through and including May 21, 2026.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed that the time for all defendants to file their answer or other pleading in response to the second amended consolidated complaint is extended through and including May 21, 2026.

Dated:  April 23, 2026

FRIEDLANDER & GORRIS, P.A.

*/s/ David Hahn*
Jeffrey M. Gorris (Bar No. 5012)
jgorris@friedlandergorris.com
David Hahn (Bar No. 6417)
dhahn@friendlandergorris.com
1201 North Market Street, Suite 2200
Wilmington, Delaware 19801
(302) 573-3500

*Liaison Counsel for the Class*

KESSLER TOPAZ MELTZER & CHECK, LLP

Nathan A. Hasiuk*
nhasiuk@ktmc.com
Evan R. Hoey*
ehoey@ktmc.com
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

* Admitted *pro hac vice*

*Additional Counsel for the Class*

JOHNSON VAN KWAWEGEN, LLP

Chad Johnson*
chad@jvk-law.com
Noam Mandel*
noam@jvk-law.com
Jonathan Zweig*
jonathan@jvk-law.com
Desiree Cummings*
desiree@jvk-law.com
Jai Chandrasekhar*
jai@jvk-law.com
485 Madison Avenue, 15th Floor
New York, New York 10022
(646) 836-9630

* Admitted *pro hac vice*

*Lead Counsel for the Class*

2

DLA PIPER LLP (US)

Of Counsel:

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street
Chicago, Illinois 60606
(312) 368-4000

\* Admitted *pro hac vice*

*/s/ Ronald N. Brown, III*
Ronald N. Brown, III (Bar No. 4831)
ronald.brown@dlapiper.com
Peter H. Kyle (Bar No. 5918)
peter.kyle@dlapiper.com
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Rudolf Koch (Bar No. 4947)
koch@rlf.com
Jason J. Rawnsley (Bar No. 5379)
rawnsley@rlf.com
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants Andrew Marsh,*
 *Paul B. Middleton, and Sanjay Shrestha*

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge