**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-00409 (JLH) |

**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING**
**DEADLINE TO FILE STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

WHEREAS, on May 21, 2026, the Court entered a Scheduling Order, D.I. 93, setting June 1, 2026 as the deadline to file a Stipulation and [Proposed] Protective Order (the "Protective Order");

WHEREAS, on May 29, 2026, the defendants, Plug Power Inc., Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha, filed an Unopposed Motion to Extend Deadline to File Stipulation and [Proposed] Protective Order (the "Motion"), D.I. 98;

WHEREAS, by Order dated June 1, 2026, the Court granted the Motion, extending the deadline to submit a proposed Protective Order to June 15, 2026;

WHEREAS, the parties have met and conferred several times and have narrowed at least some of their disputes regarding the proposed Protective Order;

WHEREAS, the parties respectfully request a further extension of two days to try to narrow or resolve their remaining disputes;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for the parties to submit a proposed Protective Order shall be further extended to June 17, 2026.

FRIEDLANDER & GORRIS, P.A.

/s/ David Hahn

Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for Lead Plaintiffs*

JOHNSON VAN KWAWEGEN LLP

Andrew E. Blumberg (Bar No. 6744)
Benjamin Potts (Bar No. 6007)
221 W. 10th Street, Suite 423
Wilmington, DE 19801
Telephone: (302) 330-8010
andrew@jvk-law.com
benjamin@jvk-law.com

Chad Johnson (pro hac vice)
Noam Mandel (pro hac vice)
Desiree Cummings (pro hac vice)
Jonathan Zweig (pro hac vice)
485 Madison Ave, 15th Floor
New York, NY 10022
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com

*Lead Counsel for Lead Plaintiffs*

KESSLER TOPAZ MELTZER
& CHECK, LLP

Nathan A. Hasiuk (pro hac vice)
Evan R. Hoey (pro hac vice)
280 King of Prussia Road
Radnor, Pennsylvania 19087

DLA PIPER LLP (US)

By:  /s/ Ronald N. Brown, III

   Ronald N. Brown, III (Bar No. 4831)
   ronald.brown@us.dlapiper.com

1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

Of Counsel:

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000
* Admitted *pro hac vice*

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON, & FINGER P.A.

By:   /s/ Jason J. Rawnsley

   Rudolf Koch (Bar No. 4947)
   koch@rlf.com
   Jason J. Rawnsley (Bar No. 5379)
   rawnsley@rlf.com

920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants
 Andrew Marsh, Paul B. Middleton,
 and Sanjay Shrestha*

2

Telephone: (610) 667-7706
nhasiuk@ktmc.com
ehoey@ktmc.com

*Additional Counsel for Lead Plaintiffs*

Dated: June 15, 2026

IT IS SO ORDERED this _____ day of _____, 2026

_____
The Honorable Jennifer L. Hall
United States District Judge