**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No.: 1:23-cv-0409-JLH |

**DEFENDANTS' MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Defendants respectfully move this Court to schedule a teleconference to address the following outstanding discovery disputes, which are timely raised before the close of fact discovery:

- Whether, through its Opinion and Order entered on April 20, 2026 (the "Order," D.I. 90), the Court dismissed plaintiffs' claims based on the May 9, 2022 statements contained in paragraphs 143(e) and 143(f) of the Second Amended Class Action Complaint ("SACAC," D.I. 67), and therefore whether plaintiffs may take discovery that relates solely to the May 9 statements.

- Whether any "scheme" claims under SEC Rule 10b-5(a) and (c) are still in the case (SACAC ¶¶ 88-89, 245-246), and therefore whether plaintiffs may take discovery that relates solely to the "scheme" claims.

The following lawyers, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in telephonic conferences to discuss these issues on July 6, 2026 and July 8, 2026 and thereafter exchanged correspondence regarding these issues.

Delaware Counsel:

- David Hahn (counsel for Lead Plaintiffs)
- Kelly L. Freund (counsel for defendant Plug Power, Inc.)
- Jason J. Rawnsley (counsel for defendants Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha)

Lead Counsel:

- Jonathan Zweig (counsel for Lead Plaintiffs)
- Nathan Hasiuk (counsel for Lead Plaintiffs)
- Ryan A. Shelton-Benson (counsel for Lead Plaintiffs)
- Aasiya Mirza Glover (counsel for Lead Plaintiffs)
- Cali Giuggio Prendes (counsel for Lead Plaintiffs)
- Jai Chandrasekhar (counsel for Lead Plaintiffs)
- Mallory Biblo (counsel for defendant, Plug Power, Inc.)
- Yan Grinblat (counsel for defendant, Plug Power, Inc.)

- Clee A. Malfitano (counsel for defendant Plug Power, Inc.)
- Kat DiCaprio (counsel for defendant, Plug Power, Inc.)
- Gina Trimarco (counsel for defendant, Plug Power, Inc.)
- Jason J. Rawnsley (counsel for defendants Andrew Marsh, Paul B, Middleton and Sanjay Shrestha)

The parties are available for a teleconference on the following dates and times:

- September 3, 2026 – 10am to 12pm ET;
- September 4, 2026 – at or any time after 12pm ET; or
- September 11, 2026 – 1pm to 2pm ET

Dated: August 20, 2026

DLA PIPER LLP (US)

By: */s/ Kelly L. Freund*
Ronald N. Brown, III (Bar No. 4831)
ronald.brown@us.dlapiper.com
Kelly L. Freund (Bar No. 6280)
kelly.freund@us.dlapiper.com

1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

*Counsel for Defendant Plug Power Inc.*

Of Counsel:

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Jason S. Lewis*
jason.lewis@us.dlapiper.com
Mallory Biblo*
mallory.biblo@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201-2482
(713) 425-8400

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000

* Admitted *pro hac vice*

RICHARDS, LAYTON, & FINGER P.A.

By: */s/ Jason J. Rawnsley*
Rudolf Koch (Bar No. 4947)
koch@rlf.com
Jason J. Rawnsley (Bar No. 5379)
rawnsley@rlf.com

920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha*