**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No.: 1:23-cv-0409-JLH |

**DEFENDANTS' MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Defendants respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Whether plaintiffs can assert work product protection over documents and communications that were not created by plaintiffs' counsel but are currently in the possession of plaintiffs' counsel, such as (1) documents that were consulted or relied upon, but not referenced, in the complaint; (2) documents otherwise supporting or undermining plaintiffs' allegations; (3) documents received in response to informal document requests; and (4) publicly available documents in the custody of plaintiffs' counsel that were not obtained from Lead Plaintiffs.

- Whether plaintiffs can assert work product protection over (1) communications between their investigators or attorneys and current or former Plug Power employees or contractors, including but not limited to the 17 "confidential witnesses" referenced in the complaint, or (2) documents, facts, or other information that current or former Plug Power employees or contractors provided to plaintiffs, their counsel, or their investigators.

Defendants respectfully request that the Court expedite resolution of this dispute because the materials sought may be relevant to class certification (plaintiffs' motion for class certification is due on October 15, 2026).

The following lawyers, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet and confer on August 14, 2026.

Delaware Counsel:

David Hahn (counsel for Lead Plaintiffs)
Ronald N. Brown, III (counsel for defendant Plug Power, Inc.)
Kelly L. Freund (counsel for defendant Plug Power, Inc.)
Jason J. Rawnsley (counsel for defendants Andrew Marsh, Paul B, Middleton and Sanjay Shrestha)

Lead Counsel:

Jonathan Zweig (counsel for Lead Plaintiffs)
Nathan Hasiuk (counsel for Lead Plaintiffs)
Ryan A. Shelton-Benson (counsel for Lead Plaintiffs)
Aasiya Mirza Glover (counsel for Lead Plaintiffs)
Cali Giuggio Prendes (counsel for Lead Plaintiffs)
Jai Chandrasekhar (counsel for Lead Plaintiffs)
Yan Grinblat (counsel for defendant Plug Power, Inc.)
Clee A. Malfitano (counsel for defendant Plug Power, Inc.)
Jason J. Rawnsley (counsel for defendants Andrew Marsh, Paul B, Middleton and Sanjay Shrestha)

The parties are available for a teleconference on the following dates:

September 22, 2026 (any time)
September 25, 2026 (any time)

Dated: August 28, 2026

Of Counsel:

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Jason S. Lewis*
jason.lewis@us.dlapiper.com
Mallory Biblo*
mallory.biblo@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201-2482
(713) 425-8400

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000

* Admitted *pro hac vice*

DLA PIPER LLP (US)

By: */s/ Ronald N. Brown, III*
Ronald N. Brown, III (Bar No. 4831)
ronald.brown@us.dlapiper.com
Kelly L. Freund (Bar No. 6280)
kelly.freund@us.dlapiper.com

1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON, & FINGER P.A.

By: */s/ Jason J. Rawnsley*
Rudolf Koch (Bar No. 4947)
koch@rlf.com
Jason J. Rawnsley (Bar No. 5379)
rawnsley@rlf.com

920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants*
*Andrew Marsh, Paul B. Middleton,*
*and Sanjay Shrestha*