**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Kelly L. Freund
kelly.freund@us.dlapiper.com
T 302.468.5648
F 302.691.4778

September 4, 2026

***VIA CM/ECF***

The Honorable Jennifer L. Hall
US District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801

**Re: *In Re Plug Power Inc. Securities Litigation,* C.A. No. 23-cv-00409-JLH**
**Telephonic Discovery Hearings**

Dear Judge Hall:

I write on behalf of defendants in the above-captioned action regarding the hearing dates for the two pending discovery disputes. If it is convenient for Your Honor, defendants respectfully request that the two motions both be heard on September 22, 2026, in the interest of efficiency.

Currently, the Court is scheduled to hear the discovery dispute concerning plaintiffs' invocation of the work product doctrine on September 22, 2026, in person. (D.I. 125, 126.) A separate discovery dispute concerning the impact of the Court's dismissal ruling on the scope of the remaining claims is scheduled to be heard on October 23, 2026. (D.I. 120, 122.) Submissions from Defendants and Plaintiffs in the work product dispute are due on September 9 and 12, 2026, respectively. (D.I. 126.) Defendants are prepared to submit their letters regarding both disputes on September 9, 2026.

Defendants have asked Plaintiffs for their position on this request. Plaintiffs take no position regarding the request.

Respectfully,

*/s/ Kelly L. Freund*

Kelly L. Freund (I.D. No. 6280)

cc: All counsel of record