**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-0409 (JLH) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' MOTION FOR LEAVE TO FILE AND DEFENDANTS' RESPONSE TO THE THIRD AMENDED COMPLAINT**

WHEREAS, on September 9, 2026, Plaintiffs filed an unopposed motion for leave to file their proposed third amended complaint (the "Motion to Amend," D.I. 127);

WHEREAS, while reserving all rights and defenses, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendants consent to the amendments to the second amended complaint in the proposed third amended complaint that has been filed as an exhibit to the motion for leave to amend; and

WHEREAS, Defendants intend to file a motion to dismiss the third amended complaint, Defendants expressly reserve all of their defenses to the claims asserted in it, and Plaintiffs expressly reserve all of their responses to such motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

1. No later than three business days after the date that this stipulation is ordered, Plaintiffs shall file their third amended complaint substantially in the form attached to the Motion to Amend (the "Third Amended Complaint"). Because the Third Amended Complaint includes information from documents designated "highly confidential" by a non-party, Plaintiffs may file such Third Amended Complaint under seal, and shall file the public, redacted version of the Third Amended Complaint within seven days thereafter.

2. The Third Amended Complaint is designated as the operative complaint in this matter.

3. The time for all Defendants to answer, move, or otherwise respond to the Third Amended Complaint is extended through and including October 9, 2026.

4. If Defendants, or any of them, respond to the Third Amended Complaint with a motion to dismiss, then Plaintiffs shall file any papers in opposition to that motion no later than November 9, 2026, and Defendants shall file any reply in further support of the motion to dismiss by no later than December 9, 2026.

5. Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings in this action shall be stayed during the pendency of Defendants' motion to dismiss the Third Amended Complaint. For avoidance of doubt, the parties may send document preservation subpoenas or document preservation letters to non-parties during the pendency of such stay. All deadlines previously set forth in the Court's Scheduling Order entered on May 21, 2026 (D.I. 93) are suspended.

6. In light of such stay of discovery, Defendants' pending motions concerning discovery disputes (*see* D.I. 120 and 125) are withdrawn without prejudice, the deadlines for filing letter briefs concerning those disputes (*see* D.I. 128) are suspended, and the hearing in this matter scheduled for September 22, 2026 is cancelled.

Dated: September 11, 2026

FRIEDLANDER & GORRIS, P.A.

*/s/ David Hahn*

Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 North Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

JOHNSON VAN KWAWEGEN LLP

Chad Johnson (*pro hac vice*)
Noam Mandel (*pro hac vice*)
Desiree Cummings (*pro hac vice*)
Jonathan Zweig (*pro hac vice*)
Jai Chandrasekhar (*pro hac vice*)
485 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com
jai@jvk-law.com

*Lead Counsel for the Class*

KESSLER TOPAZ MELTZER & CHECK, LLP

Nathan A. Hasiuk (*pro hac vice*)
Richard A. Russo, Jr. (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
nhasiuk@ktmc.com
rrusso@ktmc.com

*Additional Counsel for the Class*

DLA PIPER LLP (US)

*/s/ Ronald N. Brown, III*
Ronald N. Brown, III (Bar No. 4831)
Kelly L. Freund (Bar No. 6280)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
ronald.brown@us.dlapiper.com
kelly.freund@us.dlapiper.com

OF COUNSEL:

John J. Clarke, Jr. (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
john.clarke@us.dlapiper.com

Jason S. Lewis (admitted *pro hac vice*)
Mallory Biblo (admitted *pro hac vice*)
1900 N. Pearl Street
Dallas, Texas 75201-2482
(713) 425-8400
jason.lewis@us.dlapiper.com
mallory.biblo@us.dlapiper.com

Yan Grinblat (admitted *pro hac vice*)
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000
yan.grinblat@us.dlapiper.com

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Rudolf Koch (Bar No. 4947)
Jason J. Rawnsley (Bar No. 5379)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com

*Counsel for Defendants Andrew Marsh, Paul B. Middleton, David Mindnich, Sanjay Shrestha, and Martin D. Hull*

IT IS SO ORDERED this _____ day of ________________, 2026.

________________________________
The Honorable Jennifer L. Hall
United States District Judge