**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-0409 (JLH) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on October 9, 2026, defendants filed a motion to dismiss plaintiffs' third amended complaint (D.I. 139-140) and a request for judicial notice of documents incorporated by reference into the third amended complaint (D.I. 141);

WHEREAS, certain of the documents attached to defendants' request for judicial notice were produced by a non-party pursuant to a subpoena and were designated "Highly Confidential" pursuant to the stipulated protective order in this matter;

WHEREAS, the deadline for defendants to file redacted copies of these materials is October 16, 2026;

WHEREAS, defendants require additional time to confer with this non-party regarding the redaction of these materials;

NOW THEREFORE, IT IS HEREBY STIPULATED AGREED, by and between the parties, subject to the approval of the Court, that defendants shall file a redacted version of exhibits 1, 3, 5-7, and 9 to defendants' request for judicial notice on or before October 23, 2026.

Dated: October 16, 2026

FRIEDLANDER & GORRIS, P.A.

*/s/ David Hahn*

Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 North Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for the Class*

JOHNSON VAN KWAWEGEN LLP

Chad Johnson (*pro hac vice*)
Noam Mandel (*pro hac vice*)
Desiree Cummings (*pro hac vice*)
Jonathan Zweig (*pro hac vice*)
Jai Chandrasekhar (*pro hac vice*)
485 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com
jai@jvk-law.com

*Lead Counsel for the Class*

KESSLER TOPAZ MELTZER & CHECK, LLP

Nathan A. Hasiuk (*pro hac vice*)
Richard A. Russo, Jr. (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
nhasiuk@ktmc.com
rrusso@ktmc.com

*Additional Counsel for the Class*

DLA PIPER LLP (US)

*/s/ Ronald N. Brown, III*

Ronald N. Brown, III (Bar No. 4831)
Kelly L. Freund (Bar No. 6280)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
ronald.brown@us.dlapiper.com
kelly.freund@us.dlapiper.com

OF COUNSEL:

John J. Clarke, Jr. (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
john.clarke@us.dlapiper.com

Jason S. Lewis (admitted *pro hac vice*)
Mallory Biblo (admitted *pro hac vice*)
1900 N. Pearl Street
Dallas, Texas 75201-2482
(713) 425-8400
jason.lewis@us.dlapiper.com
mallory.biblo@us.dlapiper.com

Yan Grinblat (admitted *pro hac vice*)
DLA PIPER LLP (US)
444 W. Lake Street
Chicago, Illinois 60606
(312) 368-4000
yan.grinblat@us.dlapiper.com

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Rudolf Koch (Bar No. 4947)
Jason J. Rawnsley (Bar No. 5379)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com

*Counsel for Defendants Andrew Marsh, Paul B. Middleton, David Mindnich, Sanjay Shrestha, and Martin D. Hull*

IT IS SO ORDERED this _____ day of _________________, 2026.

____________________________________
The Honorable Jennifer L. Hall
United States District Judge