**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-00409 (JLH) |

**DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR THEIR OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS THE THIRD AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A CORRECTED OPENING BRIEF**

Defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha (collectively, "Defendants") respectfully move for an order enlarging the page limit applicable to their Opening Brief in Support of Defendants' Motion to Dismiss the Third Amended Complaint [D.I. 140] (the "Opening Brief") from twenty (20) pages to twenty-two (22) pages or, in the alternative, granting Defendants leave to file a corrected Opening Brief that complies with the twenty-page limit. In support of this motion, Defendants state as follows:

1. On September 11, 2026, the Court entered the parties' Stipulation and Order Concerning Plaintiffs' Motion for Leave to File and Defendants' Response to the Third Amended Complaint. [D.I. 134.] Lead plaintiffs filed the Third Amended Class Action Complaint on September 16, 2026. [D.I. 136; D.I. 137.]

2. On October 9, 2026, Defendants moved to dismiss the new allegations in the Third Amended Complaint and filed their Opening Brief. [D.I. 139; D.I. 140.] Lead plaintiffs filed their answering brief on November 9, 2026. [D.I. 147; D.I. 148.]

3. Under Local Rule 7.1.3(a)(4), an opening brief may not exceed twenty (20) pages absent leave of Court. Through inadvertence, the Opening Brief exceeds that limit by less than two pages. The overage was not intentional, and Defendants regret the error. Defendants did not seek, and do not seek, to obtain any strategic advantage through the additional pages.

4. The Court has previously found good cause to enlarge the page limits for motion to dismiss briefing in this action. In connection with defendants' motions to dismiss the consolidated amended complaint, the Court so-ordered a stipulation permitting a consolidated opening brief of up to thirty-five (35) pages, an answering brief of up to thirty-five (35) pages, and a reply brief of up to twenty (20) pages. [D.I. 53.] In connection with defendants' motion to dismiss the Second Amended Class Action Complaint, the Court so-ordered a stipulation permitting an opening brief of up to thirty (30) pages, an opposition of up to thirty (30) pages, and a reply of up to fifteen (15) pages. [D.I. 70; D.I. 71.]

5. Good cause exists to grant the requested relief. The requested enlargement is modest—less than two pages—and is far smaller than the enlargements the Court previously approved for the prior rounds of motion to dismiss briefing. The requested enlargement will not prejudice lead plaintiffs or delay the resolution of the motion.

6. In the alternative, should the Court decline to enlarge the page limit, Defendants respectfully request leave to file, within seven (7) days of the Court's order, a corrected Opening Brief that conforms to the twenty-page limit and makes no substantive additions to the arguments presented in the original Opening Brief.

7. Pursuant to Local Rule 7.1.1, counsel for Defendants conferred with counsel for lead plaintiffs regarding the relief requested in this motion and requested lead plaintiffs' position. Lead plaintiffs stated that they take no position on the motion and reserve all rights.

WHEREFORE, Defendants respectfully request that the Court enter the proposed order submitted herewith enlarging the page limit for the Opening Brief to twenty-two (22) pages or, in the alternative, granting Defendants leave to file a corrected Opening Brief that complies with the twenty-page limit.

Respectfully submitted,

DLA PIPER LLP (US)

By: */s/ Kelly L. Freund*
Ronald N. Brown, III (Bar No. 4831)
ronald.brown@us.dlapiper.com
Kelly L. Freund (Bar No. 6280)
kelly.freund@us.dlapiper.com
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

*Counsel for Defendant Plug Power Inc.*

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Rudolf Koch*
Rudolf Koch (Bar No. 4947)
koch@rlf.com
Jason J. Rawnsley (Bar No. 5379)
rawnsley@rlf.com
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Counsel for Defendants Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha*

Dated: November 19, 2026

Of Counsel:

John J. Clarke, Jr.*
john.clarke@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
(212) 335-4500

Jason S. Lewis*
jason.lewis@us.dlapiper.com
Mallory Biblo*
mallory.biblo@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201-2482
(713) 425-8400

Yan Grinblat*
yan.grinblat@us.dlapiper.com
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000

* Admitted *pro hac vice*