**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re PLUG POWER INC. SECURITIES LITIGATION | Case No. 1:23-cv-00409 (JLH) |

**~~[PROPOSED]~~ ORDER TO ENLARGE PAGE LIMIT**
**FOR DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR**
**MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

WHEREAS, defendants Plug Power Inc., Andrew Marsh, Paul B. Middleton, and Sanjay Shrestha (collectively, "Defendants") having moved the Court for an order enlarging the page limit applicable to their Opening Brief in Support of Defendants' Motion to Dismiss the Third Amended Complaint [D.I. 140] (the "Opening Brief") from twenty (20) pages to twenty-two (22) pages or, in the alternative, granting Defendants leave to file a corrected Opening Brief that complies with the twenty-page limit (the "Motion"); and

WHEREAS, the Court having considered the Motion, and lead plaintiffs having taken no position on the Motion, and good cause appearing therefor;

IT IS HEREBY ORDERED, this 20th day of November, 2026, as follows:

1. The Motion is GRANTED;
2. The page limit applicable to the Opening Brief is enlarged from twenty (20) pages to twenty-two (22) pages; and
3. The Opening Brief [D.I. 140] is deemed properly filed.

THE HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT COURT JUDGE